UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

KATHRYN HYLAND et al.,

              Plaintiff,

     -against-

NAVIENT CORPORATION and
NAVIENT SOLUTIONS, LLC,

              Defendant.
-------------------------------------------------------

Case No.  1:18-cv-09031

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending        ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

     Faith Gay
     _____
           FILL IN ATTORNEY NAME

My SDNY Bar Number is: FG9357_____  My State Bar Number is 2117117_____

I am,

☑ An attorney

☐ A Government Agency attorney

☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Quinn Emanuel_____
                FIRM ADDRESS: 51 Madison Avenue, 22nd Floor_____
                FIRM TELEPHONE NUMBER: (212) 849-7220_____
                FIRM FAX NUMBER: (212) 849-7100_____

NEW FIRM:     FIRM NAME: Selendy & Gay PLLC_____
                FIRM ADDRESS: 1290 Avenue of the Americas, 17th Floor_____
                FIRM TELEPHONE NUMBER: (212) 390-1000_____
                FIRM FAX NUMBER: (212 )390-9399_____

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
was entered on _____ by Judge_____.

Dated: 10/3/2018              /s/ Faith Gay_____
                                 ATTORNEY'S SIGNATURE