# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

KATHRYN HYLAND, MELISSA GARCIA,
ELDON R. GAEDE, JESSICA SAINT-PAUL,
REBECCA SPITLER-LAWSON, MICHELLE
MEANS, ELIZABETH KAPLAN, JENNIFER
GUTH, and MEGAN NOCERINO, individually and
on behalf of all others similarly situated,

        *Plaintiffs*,

        v.

NAVIENT CORPORATION and NAVIENT
SOLUTIONS, LLC,

        *Defendants*.

Case No. 1:18-cv-09031

**NOTICE OF APEARANCE**

To: The Clerk of the Court and all Parties of Record:

Notice is hereby given that Maria Ginzburg is admitted or otherwise authorized to practice in this court and enters her appearance as counsel for Kathryn Hyland, Melissa Garcia, Eldon R. Gaede, Jessica Saint-Paul, Rebecca Spitler-Lawson, Michelle Means, Elizabeth Kaplan, Jennifer Guth, and Megan Nocerino (collectively "Plaintiffs") in the above-captioned case. Plaintiffs request that copies of all notices and filings be provided to Maria Ginzburg.

Dated: October 19, 2018

Respectfully submitted,


/s/ Maria Ginzburg

SELENDY & GAY PLLC

Maria Ginzburg
1290 Avenue of the Americas, 17th Floor
New York, NY 10104
(212) 390-9000
mginzburg@selendygay.com

*Attorney for Plaintiffs Kathryn Hyland,
Melissa Garcia, Eldon R. Gaede, Jessica
Saint-Paul, Rebecca Spitler-Lawson,
Michelle Means, Elizabeth Kaplan, Jennifer
Guth, and Megan Nocerino.*