**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KATHRYN HYLAND, MELISSA GARCIA, ELDON R. GAEDE, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, and MEGAN NOCERINO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC,<br><br>*Defendants.* | Case No. 1:18-cv-09031<br><br>**NOTICE OF APEARANCE** |

To: The Clerk of the Court and all Parties of Record:

Notice is hereby given that Maggie England is admitted or otherwise authorized to practice in this court and enters her appearance as counsel for Kathryn Hyland, Melissa Garcia, Eldon R. Gaede, Jessica Saint-Paul, Rebecca Spitler-Lawson, Michelle Means, Elizabeth Kaplan, Jennifer Guth, and Megan Nocerino (collectively "Plaintiffs") in the above-captioned case. Plaintiffs request that copies of all notices and filings be provided to Maggie England.

Dated: October 19, 2018

Respectfully submitted,


/s/ *Maggie England*

SELENDY & GAY PLLC

Maggie England
1290 Avenue of the Americas, 17th Floor
New York, NY 10104
(212) 390-9000
mengland@selendygay.com

*Attorney for Plaintiffs Kathryn Hyland,*
*Melissa Garcia, Eldon R. Gaede, Jessica*
*Saint-Paul, Rebecca Spitler-Lawson,*
*Michelle Means, Elizabeth Kaplan, Jennifer*
*Guth, and Megan Nocerino.*