**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHRYN HYLAND, MELISSA GARCIA, ELDON R. GAEDE, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, and MEGAN NOCERINO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC,<br><br>Defendants. | ECF Case<br><br>Case No. 18-CV-09031<br><br>**<u>NOTICE OF APPEARANCE</u>** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of

Defendants Navient Corporation and Navient Solutions, LLC, in the above-captioned action:

Andrew A. Ruffino
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
*aruffino@cov.com*
Phone: 212-841-1097

Dated:  October 29, 2018
New York, NY

By:  <u>s/ Andrew A. Ruffino</u>
Andrew A. Ruffino
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
*aruffino@cov.com*
Phone: 212-841-1097

*Counsel for Defendants Navient Corporation and Navient Solutions, LLC*