**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| KATHRYN HYLAND, MELISSA GARCIA, ELDON R. GAEDE, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, and MEGAN NOCERINO, individually and on behalf of all others similarly situated, |

ECF Case

Case No. 18-CV-09031

**Plaintiffs,**

**RULE 7.1 CORPORATE**
**DISCLOSURE STATEMENT OF**
**DEFENDANTS NAVIENT**
**CORPORATION AND NAVIENT**
**SOLUTIONS, LLC**

v.

NAVIENT CORPORATION and NAVIENT
SOLUTIONS, LLC,

**Defendants.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for

defendants Navient Corporation and Navient Solutions, LLC, states as follows:

Navient Corporation, a publicly held corporation, has no parent corporation and, based on

a review of publicly available reports filed on the US Securities and Exchange Commission's

EDGAR system, no publicly-held corporation owns 10 percent or more of its stock.

Navient Solutions, LLC, is wholly owned by Navient Corporation.

Dated: New York, New York
       October 29, 2018

Respectfully submitted,

COVINGTON & BURLING LLP


By:    s/Andrew A. Ruffino
       Andrew A. Ruffino

The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
aruffino@cov.com

*Counsel for Defendants Navient Corporation and*
*Navient Solutions, LLC*