**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHRYN HYLAND, MELISSA GARCIA, ELDON R. GAEDE, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, and MEGAN NOCERINO, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>          v.<br><br>NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC,<br><br>                              Defendants. | ECF Case<br><br>Case No. 18-CV-09031<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF ASHLEY SIMONSEN** |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern and Eastern Districts of New York, I, Ashley Simonsen, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Navient Corporation and Navient Solutions, LLC, in the above-captioned action.

*[this space intentionally left blank]*

I am in good standing with the California State Bar, and there are no pending disciplinary proceedings against me in any state or federal court.  A certificate of good standing from the State of California is annexed hereto as Exhibit A.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  A proposed Order for Admission Pro Hac Vice is annexed hereto as Exhibit B.  The affidavit required by Local Rule 1.3 is annexed hereto as Exhibit C.

Dated: Los Angeles, CA
      November 1, 2018

Respectfully submitted,

COVINGTON & BURLING LLP

By:    <u>s/ Ashley Simonsen</u>
        Ashley Simonsen

1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Tel.: (424) 332-4800
asimonsen@cov.com

*Counsel for Defendants Navient Corporation and Navient Solutions, LLC*