## COVINGTON

BEIJING  BRUSSELS  DUBAI  FRANKFURT  JOHANNESBURG
LONDON  LOS ANGELES  NEW YORK  SAN FRANCISCO
SEOUL  SHANGHAI  SILICON VALLEY  WASHINGTON

DOCUMENT
~~~~~~~~ LY FILED
DATE FILED: 11-13-18

**By ECF**

Andrew A. Ruffino

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1097
aruffino@cov.com

October 29, 2018

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007-1312

Re: *Hyland v. Navient Corporation*, Case No. 1:18-cv-09031

Dear Judge Cote:

I write on behalf of defendants Navient Corporation and Navient Solutions, LLC ("Navient") pursuant to Rule 1(E) of Your Honor's Individual Practices to request an extension of time to November 30, 2018 to respond to plaintiffs' complaint.  Navient anticipates filing a motion to dismiss on various grounds, and the parties have agreed to the following briefing schedule:

Motion due: November 30, 2018
Opposition due: January 16, 2019
Reply due: January 30, 2019

Navient's current deadline to respond to the Complaint is November 2, 2018, and no previous requests for extensions of time have been made in this case.  As noted above, plaintiffs have agreed to this proposed schedule.

Respectfully,

s/Andrew A. Ruffino

Andrew A. Ruffino

cc:  Plaintiffs' Counsel (by ECF)

*The motion may be filed on 11/30/18. A schedule will be devised at the initial conference.*

*Denise Cote*
*11/13/18*

