Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Lena Konanova
Partner
212 390 9010
lkonanova@selendygay.com

**Selendy
&Gay**

November 15, 2018

**Via ECF**

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    *Hyland v. Navient Corporation*, No. 18-cv-9031
       **Certificate of Service**

Dear Judge Cote:

      I, Lena Konanova, hereby certify that on November 14, 2018, I caused a copy of a cover letter, Notice of Initial Pretrial Conference, and your Honor's individual practices to be served upon the counsel for defendants, Navient Corporation and Navient Solutions, LLC, named below by electronic mail and first-class mail:

> Andrew A. Ruffino
> Partner
> Covington & Burling LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, NY 10018-1405

Respectfully submitted,

Lena Konanova

cc: Defendants' counsel (by ECF)