UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN HYLAND et al.,

                Plaintiff,

Case No.  18-CV-09031 (DLC)

      against

NAVIENT CORPORATION and
NAVIENT SOLUTIONS, LLC,

                Defendant.

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑  I have cases pending           ☐  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## Ashley Simonsen

FILL IN ATTORNEY NAME

My SDNY Bar Number is:        My State Bar Number is  275203 (CA)

I am,

☐    An attorney

☐    A Government Agency attorney

☑    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Susman Godfrey LLP
                FIRM ADDRESS: 560 Lexington Avenue, New York, NY 10022
                FIRM TELEPHONE NUMBER: (212) 336-8330
                FIRM FAX NUMBER:  (212) 336-8340

NEW FIRM:    FIRM NAME:  Covington & Burling LLP (LA)
                FIRM ADDRESS:  1999 Avenue of the Stars, Los Angeles, CA 90067
                FIRM TELEPHONE NUMBER:  (424) 332-4800
                FIRM FAX NUMBER: (424) 332-4749

☑    I will continue to be counsel of record on the above entitled case at my new firm/agency.

☐    I am no longer counsel of record on the above entitled case.  An order withdrawing my appearance was entered on _____ by Judge _____ .

Dated: November 30, 2018

                    s/ Ashley Simonsen
                    ATTORNEY'S SIGNATURE