**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KATHRYN HYLAND, MELISSA
GARCIA, ELDON R. GAEDE, JESSICA
SAINT-PAUL, REBECCA SPITLER-
LAWSON, MICHELLE MEANS,
ELIZABETH KAPLAN, JENNIFER
GUTH, and MEGAN NOCERINO,
individually and on behalf of all others
similarly situated,

              Plaintiffs,

v.

NAVIENT CORPORATION and
NAVIENT SOLUTIONS, LLC,

              Defendants.
                                  /

Case No. 18-CIV-09031

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, <u>Mark Richard</u> hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Kathryn Hyland et. al. in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of the State of Florida, the District of Columbia and the State of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 10/20/18

Respectfully Submitted,

Mark Richard, Esquire
Phillip, Richard & Rind, PA
9360 SW 72 Street, Suite 283
Miami, FL 33173
Tel: (305) 412-8322
Fax: (305) 412-8299
Email: mrichard@phillipsrichard.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KATHRYN HYLAND, MELISSA
GARCIA, ELDON R. GAEDE, JESSICA
SAINT-PAUL, REBECCA SPITLER-
LAWSON, MICHELLE MEANS,
ELIZABETH KAPLAN, JENNIFER
GUTH, and MEGAN NOCERINO,
individually and on behalf of all others
similarly situated,

        Plaintiffs,

v.

NAVIENT CORPORATION and
NAVIENT SOLUTIONS, LLC,

        Defendants.

_____/

Case No. 18-CIV-09031

## AFFIDAVIT OF MARK RICHARD

STATE OF FLORIDA       )
                      ) S.S
COUNTY OF MIAMI-DADE  )

    **BEFORE ME**, the undersigned authority, personally appeared Mark Richard, whom upon

being duly sworn, deposes and states:

    1.  I am a licensed attorney in state of Florida, state of New York and the District of

Columbia. I have been a practicing law for approximately 38 years.

    2.  I have never been convicted of a felony.

    3.  I have never been censured, suspended, disbarred or denied admission or readmission

by any court.

4. I presently do not have any disciplinary proceedings against me.

**FUTHER AFFIANT SAYETH NAUGHT.**

_____
Mark Richard

**SWORN AND SUBSCRIBED BEFORE ME** this ___1st___ day of _November_ 2018, by Mark

Richard who is <u>personally known</u> to me or has produced _____(type of

identification) as identification.

_____
NOTARY PUBLIC, STATE OF FLORIDA

_Melody J. Mcdougald_
Print Name

My Commission Expires: __5/8/21__

MELODY J. MCDOUGALD
MY COMMISSION # GG 077737
EXPIRES: May 8, 2021
Bonded Thru Notary Public Underwriters

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KATHRYN HYLAND, MELISSA
GARCIA, ELDON R. GAEDE, JESSICA
SAINT-PAUL, REBECCA SPITLER-
LAWSON, MICHELLE MEANS,
ELIZABETH KAPLAN, JENNIFER
GUTH, and MEGAN NOCERINO,
individually and on behalf of all others
similarly situated,

Case No. 18-CIV-09031

         Plaintiffs,

v.

NAVIENT CORPORATION and
NAVIENT SOLUTIONS, LLC,

        Defendants.

_____/

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Mark Richard, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of State of Florida, the District of Columbia and the State of New York; and that his contact information is as follows (please print):

Applicant's Name:    Mark Richard

Firm Name:    Phillips, Richard & Rind, P.A.

Address:    9360 SW 72 Street, Suite 283

City/State/Zip:    Miami, Florida 33173

Telephone/Fax:    T: 305-412-8322  F: 305-412-8299

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Kathryn Hyland et. al. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: _____

_____
United States District / Magistrate Judge



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that



was duly qualified and admitted on **August 8, 2016** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on November 26, 2018.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida       )

County of Leon       )

In Re:  0305979
Mark H Richard
Phillips & Richard PA 9360 SW 72nd St Ste 283
Miami, Florida 33173-3283

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 25, 1980**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 28th day of **November, 2018**.

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG:R10
CTM-28872





*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

———————

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## Mark H. Richard

*having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **27th day of April, 2017**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.*

*In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **26th day of November, 2018.***

Robert D Mayberger

*Clerk*

