UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
KATHRYN HYLAND, MELISSA GARCIA, ELDON     :
R. GAEDE, JESSICA SAINT-PAUL, REBECCA     :
SPITLER-LAWSON, MICHELLE MEANS,           :          18cv9031 (DLC)
ELIZABETH KAPLAN, JENNIFER GUTH, and      :
MEGAN NOCERINO, individually and on       :             ORDER
behalf of all others similarly           :
situated,                                 :
                                          :
                    Plaintiffs,           :
                                          :
         -v-                              :
                                          :
NAVIENT CORPORATION and NAVIENT           :
SOLUTIONS, LLC,                           :
                                          :
                    Defendants.           :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     On November 30, 2018, defendants filed a motion to dismiss

the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  Under

Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after

the service of a motion under Rule 12(b) to amend the complaint

once as a matter of course.  Accordingly, it is hereby

     ORDERED that plaintiffs shall file any amended complaint by

**January 16, 2019.**  It is unlikely that plaintiffs will have a

further opportunity to amend.

     IT IS FURTHER ORDERED that if no amended complaint is

filed, plaintiffs shall file any opposition to the motion to

dismiss by **January 16, 2019.**  Defendants' reply, if any, shall

be filed by **February 1, 2019.**  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.


        SO ORDERED:

Dated:    New York, New York
          December 7, 2018

                              _____
                              DENISE COTE
                              United States District Judge

2