UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
KATHRYN HYLAND, MELISSA GARCIA, ELDON      :
R. GAEDE, JESSICA SAINT-PAUL, REBECCA      :
SPITLER-LAWSON, MICHELLE MEANS,            :        18cv9031(DLC)
ELIZABETH KAPLAN, JENNIFER GUTH, and       :
MEGAN NOCERINO, individually and on        :        ORDER
behalf of all others similarly             :
situated,                                  :
                                           :
                        Plaintiffs,        :
                                           :
             -v-                           :
                                           :
NAVIENT CORPORATION and NAVIENT            :
SOLUTIONS, LLC,                            :
                                           :
                        Defendants.        :
                                           :
-------------------------------------------X

DENISE COTE, District Judge:

On November 30, 2018, the defendants moved pursuant to Fed.

R. Civ. P. 12(b)(6) to dismiss the plaintiffs' complaint.  On

January 16, 2019, the plaintiffs filed an amended complaint.

Accordingly, it is hereby

ORDERED that the defendants' November 30 motion to dismiss

shall be terminated as moot.

Dated:    New York, New York
          January 17, 2019

                                    _____
                                            DENISE COTE
                                    United States District Judge