**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Ashley Simonsen

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T  +1 424 332 4782
asimonsen@cov.com

*By ECF*                                                                                       January 22, 2019

Honorable Denise Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007-1312

        **Re:  *Hyland v. Navient Corporation*, Case No. 1:18-cv-09031 (DLC)**

Dear Judge Cote:

      I write on behalf of defendants Navient Corporation and Navient Solutions, LLC ("Navient") pursuant to Rule 1(E) of Your Honor's Individual Practices to request an extension of time to February 15, 2019 to respond to plaintiffs' amended complaint.  Navient anticipates filing a motion to dismiss on various grounds, and the parties have agreed to the following briefing schedule:

      Motion due: February 15, 2019
      Opposition due: March 18, 2019
      Reply due: April 8, 2019

      Navient's current deadline to respond to the amended complaint is January 30, 2019.  No previous requests for extensions of time have been made for this deadline.  As noted above, plaintiffs have agreed to the above proposed briefing schedule.

      Navient further requests that the parties be permitted to file motion and opposition briefs not exceeding 30 pages each, and that Navient be permitted to file a reply brief not exceeding 15 pages.  Plaintiffs have agreed to this request, which the parties believe is necessary adequately to address the number and complexity of claims and issues.

                                                Respectfully,

                                                s/Ashley Simonsen

                                                Ashley Simonsen

cc:  Plaintiffs' Counsel (by ECF)