**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

KATHRYN HYLAND, MELISSA GARCIA, ELDON R. GAEDE, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO and ANTHONY CHURCH, individually and on behalf of all others similarly situated,

　　　　　　　　　*Plaintiffs*,

　　　　v.

NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC,

　　　　　　　　　*Defendants*.

Case No. 1:18-cv-09031

**NOTICE OF APPEARANCE**

---

To: The Clerk of the Court and all Parties of Record:

　　　　Notice is hereby given that Mark Richard is admitted *pro hac vice* as of December 12, 2018 in this court and enters his appearance as counsel for Kathryn Hyland, Melissa Garcia, Eldon R. Gaede, Elizabeth Taylor, Jessica Saint-Paul, Rebecca Spitler-Lawson, Michelle Means, Elizabeth Kaplan, Jennifer Guth, Megan Nocerino, and Anthony Church (collectively "Plaintiffs") in the above-captioned case.  Plaintiffs request that copies of all notices and filings be provided to Mark Richard.

Dated: January 30, 2019

Respectfully submitted,

/s/ Mark Richard

PHILLIPS, RICHARD & RIND, P.A.

Mark Richard
9360 SW 72 Street, Suite 283
Miami, Florida 33173
(305) 412-8322
Mrichard@phillipsrichard.com

*Attorney for Plaintiffs Kathryn Hyland, Melissa Garcia, Eldon R. Gaede, Elizabeth Taylor, Jessica Saint-Paul, Rebecca Spitler-Lawson, Michelle Means, Elizabeth Kaplan, Jennifer Guth, Megan Nocerino, and Anthony Church*

2