**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHRYN HYLAND, MELISSA GARCIA, ELDON R. GAEDE, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC,<br><br>     Defendants. | ECF Case<br><br>Case No. 18-CV-09031 (DLC) |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS**
**AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, dated February 15, 2019, and the Amended Class Action Complaint in this action (ECF No. 32), Defendants Navient Corporation and Navient Solutions, LLC, by their attorneys Covington & Burling LLP, will move this Court, before the Honorable Denise L. Cote, United States District Court Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 18B, New York, New York, as soon as counsel may be heard, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing all causes of action in the Complaint, and for such other and further relief as the Court deems just and proper.

Dated: New York, NY      Respectfully submitted,
   February 15, 2019

            COVINGTON & BURLING LLP

By:    s/ Ashley Simonsen
       Ashley Simonsen

1999 Avenue of the Stars
Los Angeles, CA 90067-4643
asimonsen@cov.com
Tel.: (424) 332-4800

Andrew A. Ruffino
Alexander Setzepfandt
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
aruffino@cov.com
asetzepfandt@cov.com
Tel.: (212) 841-1000

*Counsel for Defendants*