# Exhibit 4

Loan Repayment Forms

**Document ID:** 110936

# Last Publish Date: 10/23/2017

| CLASS - S | YES | CLASS - ED | YES | FDR | NO |

**Background**

Guidelines for completing Loan Repayment Forms.

| Loan Repayment Forms | Loan Repayment Forms Guide | W-9 Requests |

**Critical Points**

When a Public Service Loan Forgiveness (PSLF) Application is received in Encore the request should be re-indexed in Encore. Add the following comment: PSLF- Forward to Mail Center.

**W-9 Requests**

See 46902 - Schools Requesting a W-9 for Navient CollegeServ for procedures.

**Loan Repayment Form Procedures**

Step Action

Review the form for the customer's signature. For valid signatures, see 107318 - Servicing CSC - Information Accessible on Navient.com.

| If the customer... | Then... |
|---|---|
| | send the completed form to the customer ONLY. |
| did NOT sign the form | When the form is received from a third party without the customer's signature, the request should be completed and sent only to the |

| | | |
|---|---|---|
| 1 | signed the form | customer, not the third party. Do not deny the request. Proceed to the next Step. review the demographics and update as needed. See 35380 - Demographic Procedures for more information. Proceed to the next Step. |
| 2 | Review the 151 screen to determine if the same form received was already sent to the customer, if it was proceed to Step 8. If it was not, proceed to the next Step. Access the 115 screen on the specified platform. | |

| | **If the form is...** | **Then...** |
|---|---|---|
| | specific to loan program eligibility | select the eligible loans and proceed to the next Step. |
| 3 | NOT specific to a loan program | select all the loans EXCEPT for Private Credit. Only select the Private Credit loans if the form specifically states to include private. |

| | | |
|---|---|---|
| 4 | Review the document and determine what Loan Repayment Form was received. Click here to access the Loan Repayment Forms Guide. This sheet includes specific information that needs to be completed on each form. | |
| 5 | Print the document received to the PDFill PDF Image Writer. Use the Fill & Sign option to complete the necessary information on the form. | |
| | • Click here for more information on how to use PDF Fill. | |
| 6 | Print the document and sign/Stamp it. | |
| | Complete Batch Cover sheet and fax cover sheet as needed. Place materials in the correct location. | |

| | **System** | **Cover Sheet** |
|---|---|---|
| | Commercial | Backend Scan<br>Fax |
| 7 | ED<br>**When a customer has ED loans always use the ED coversheets** | Backend Scan<br>Fax |

 When the request is a priority request, agents are able to fax per the customers request.

Access the 151 screen and enter the corresponding corr on the received date of the document.

| | If... | Then corr... |
|---|---|---|
| 8 | the request was already worked or there are no active loans | MK00 - RECD LN RPY REQ, NAT, REQUEST ALREADY WORKED **or** MK00 - RECD LN RPY REQ, NAT, NO ACTIVE LOANS |
| | denied | GK00 - RECVD LOAN RPMT FORM; DENIED; REASON FOR DENIAL |
| | complete | GYC5 - COMPLETED LN RPY REQ - SENT TO BE FXD/MAILED |
| | complete and has to be worked on FDR | GYC5 - COMPLETED LN RPY REQ - SENT TO BE FXD/MAILED and GK9L - RCVD PRIVATE CREDIT DOC, TRANSFERRED TO FDR |

[Return To Top]



| Policy Number | |
|---|---|
| QMS Task | |
| ICE Control | |

*Confidential and Proprietary Information of Navient*

Related Topics:
1

[Add Comment]