# Exhibit 6

| | |
|---|---|
| **From:** | Simonsen, Ashley M <asimonsen@cov.com> |
| **Sent:** | Wednesday, January 30, 2019 10:35 AM |
| **To:** | Ron Krock; Lena Konanova |
| **Cc:** | Ruffino, Andrew; Setzepfandt, Alexander; Faith Gay; Maria Ginzburg; Maggie Siller |
| **Subject:** | RE: Hyland v. Navient Corp., No. 1:18-cv-09031-DLC (S.D.N.Y.) |

Ron,

I wanted to give you an update on document issues we discussed last week.

- **Notes or summaries prepared by Navient concerning calls between Navient and the named Plaintiffs**: Navient will search for and produce account records containing notes or summaries of calls with the named plaintiffs for the 9/27/07 to 10/3/18 time period.

- **Correspondence between Navient and the named Plaintiffs**: Navient will search for and produce written correspondence to the named plaintiffs over the same time period.

- **Documents regarding IDR that were available to call center representatives (including policies and procedures)**: Navient is still investigating the burden associated with identifying such documents relating specifically to IDR for the same time period, but expects to be able to produce these documents (in addition to producing such documents relating to PSLF).

- **Change orders re Navient's servicing contract with the Department of Education:** Navient is still investigating the burden associated with identifying change orders relevant to this lawsuit, but at this time expects to be able to produce relevant change orders.

- **Policies and procedures from third parties (like the Department of Education) concerning PSLF or IDR that were used to create internal guidance available to call center representatives**: As noted above, Navient expects to be able to produce relevant change orders from the Department of Education, which were used to create the documents available to call center representatives.

Regards,

**Ashley Simonsen**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4782 | asimonsen@cov.com
www.cov.com

**COVINGTON**

---

**From:** Simonsen, Ashley M
**Sent:** Friday, January 25, 2019 2:21 PM
**To:** 'Ron Krock' <rkrock@selendygay.com>; 'Lena Konanova' <lkonanova@selendygay.com>
**Cc:** Ruffino, Andrew <aruffino@cov.com>; Setzepfandt, Alexander <ASetzepfandt@cov.com>; 'Faith Gay' <fgay@selendygay.com>; 'Maria Ginzburg' <mginzburg@selendygay.com>; 'Maggie Siller' <msiller@selendygay.com>
**Subject:** RE: Hyland v. Navient Corp., No. 1:18-cv-09031-DLC (S.D.N.Y.)

Ron,

Please find attached our comments on the draft protective order. I want to flag that this is subject to further comment from my client, who is still reviewing the draft. In the interest of moving things along, however, I am sending you our comments now.

Have a nice weekend,
Ashley

---

**From:** Simonsen, Ashley M
**Sent:** Thursday, January 24, 2019 2:19 PM
**To:** 'Ron Krock' <rkrock@selendygay.com>; Lena Konanova <lkonanova@selendygay.com>
**Cc:** Ruffino, Andrew <aruffino@cov.com>; Setzepfandt, Alexander <ASetzepfandt@cov.com>; Faith Gay <fgay@selendygay.com>; Maria Ginzburg <mginzburg@selendygay.com>; Maggie Siller <msiller@selendygay.com>
**Subject:** RE: Hyland v. Navient Corp., No. 1:18-cv-09031-DLC (S.D.N.Y.)

Ron,

Addressing each of your points in turn:

1. I clearly stated during our call on Tuesday that I could not commit to producing documents by any particular time until speaking further with my client. In the two days since that call, I have not been able to do that, as my client has been traveling for depositions. However, I have conveyed to my client the substance of our call and your many additional document requests. In addition, I expect to return comments on the draft protective order by tomorrow.

2. We seem to be talking past each other. On Tuesday's call, I confirmed that the policies and procedures relating to PSLF that Navient had already agreed to produce would include documents relating to PSLF that were available to customer service representatives when speaking with borrowers. You apparently use the terms "call scripts" and "call flow procedures" to refer to such documents. I disagree with that phrasing, but that is beside the point; whatever you want to call these documents, Navient has agreed to produce them. Navient has also agreed to consider producing documents relating to IDR that were available to customer service representatives when speaking with borrowers. Navient has not agreed to produce such documents relating to any other topics (besides PSLF and IDR).

3. As noted above, I have conveyed your (many) requests for additional documents to my client and they are considering your requests, which we have been discussing for two days – not since November. I will provide an update on the status of these requests early next week.

Best,
Ashley

---

**From:** Ron Krock <rkrock@selendygay.com>
**Sent:** Wednesday, January 23, 2019 8:03 PM
**To:** Simonsen, Ashley M <asimonsen@cov.com>; Lena Konanova <lkonanova@selendygay.com>
**Cc:** Ruffino, Andrew <aruffino@cov.com>; Setzepfandt, Alexander <ASetzepfandt@cov.com>; Faith Gay <fgay@selendygay.com>; Maria Ginzburg <mginzburg@selendygay.com>; Maggie Siller <msiller@selendygay.com>
**Subject:** RE: Hyland v. Navient Corp., No. 1:18-cv-09031-DLC (S.D.N.Y.)

Hi Ashley,

Thanks for your prompt response. We write to clarify the few instances in which your email departs from our conversation.

*First*, with respect to production timing, we understood from our conversation yesterday that you would endeavor to begin producing Navient's policies and procedures on PSLF by Friday of this week, with other documents to follow thereafter. You did not suggest that Plaintiffs' receipt of those documents was contingent on the Court entering the protective order, which we sent to you almost two months ago and as to which you have not yet provided comments. We can agree to treat all produced documents confidentially pending the parties' negotiation of specific terms and the entry of the protective order.

*Second*, with respect to the scope of the production, we expressly discussed whether Navient maintained call scripts and other written guidance available to call center employees, and, if so, whether it would be willing to produce those materials at this juncture. You stated that you did not believe that Navient maintained "call scripts," as opposed to what it purports to call "call flow procedures," but you would confirm with your client and determine whether to produce any such documents as well as written guidance.

*Third*, please do let us know whatever information you are able to gather by close of business Thursday, with any follow-ups as necessary. While we are sympathetic to the time it takes to obtain information, we have been discussing these same sets of documents for two months, since late November. Especially given the relatively circumscribed nature of these requests, please let us have the courtesy of your prompt response.

We appreciate your attention to these issues. We are at your disposal for any questions or follow-ups.

Best regards,
Ron

---

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Wednesday, January 23, 2019 11:32 AM
**To:** Ron Krock <rkrock@selendygay.com>; Lena Konanova <lkonanova@selendygay.com>
**Cc:** Ruffino, Andrew <aruffino@cov.com>; Setzepfandt, Alexander <ASetzepfandt@cov.com>; Faith Gay <fgay@selendygay.com>; Maria Ginzburg <mginzburg@selendygay.com>; Maggie Siller <msiller@selendygay.com>
**Subject:** RE: Hyland v. Navient Corp., No. 1:18-cv-09031-DLC (S.D.N.Y.)

Ron,

I want to correct some inaccuracies in your notes below:

1. I did not state during our call that my team would "aim to begin producing documents within the next week." I stated that I would confer with my client and get back to you about when Navient expects to begin producing the first three categories of documents below. Please note that Navient will not be able to produce any confidential materials (including policies and procedures relating to PSLF) until after a protective order is entered. As I stated during yesterday's call, we expect to return comments on plaintiffs' draft protective order next week.

2. On yesterday's call you did not request "[c]all scripts or any other written guidance that was available to call center representatives from 9/27/2007 to 10/3/2018." You asked for documents relating to PSLF and IDR plans that were available to call center representatives when speaking with borrowers. Navient has already agreed to produce or consider producing these documents. Any other documents that were available to call center representatives (on wholly unrelated subjects) are irrelevant, were not requested in plaintiffs' RFPs, and would be unduly burdensome to collect and produce.

3. With respect to the (many) other documents that you requested on yesterday's call, we will confer with our client and will get back to you when we have more information, but we will not be able to do so by tomorrow as you have requested.

Best,
Ashley

**From:** Ron Krock <rkrock@selendygay.com>
**Sent:** Tuesday, January 22, 2019 4:13 PM
**To:** Simonsen, Ashley M <asimonsen@cov.com>; Lena Konanova <lkonanova@selendygay.com>
**Cc:** Ruffino, Andrew <aruffino@cov.com>; Setzepfandt, Alexander <ASetzepfandt@cov.com>; Faith Gay <fgay@selendygay.com>; Maria Ginzburg <mginzburg@selendygay.com>; Maggie Siller <msiller@selendygay.com>
**Subject:** RE: Hyland v. Navient Corp., No. 1:18-cv-09031-DLC (S.D.N.Y.)

Ashley:

Thanks again for speaking to us this afternoon. We continue to disagree with your position that discovery is stayed in this action, because Navient did not move for a stay and the Court has not entered one sua sponte. Nonetheless, we appreciate your willingness to produce certain of the documents responsive to Plaintiffs' first set of requests for production at this time, and we reserve our rights as to the remainder.

In terms of next steps, we understand that your team will aim to begin producing documents within the next week, including policies and procedures as early as this Friday, January 25, 2019. In terms of the scope of that production, you indicated that you are prepared to produce:
- Policies and procedures, including call flow procedures, regarding the PSLF program that were available to call center representatives from 9/27/2007 to 10/3/2018;
- Publicly-available servicing contracts; and
- All call recordings between Navient and named Plaintiffs from 9/27/2007 to 10/3/2018 (and earlier, to the extent they exist).

We did not separately discuss our fourth request for all recordings or transcripts of phone calls furnished to the Department of Education as part of the 2017 audit of Navient, but we understand that you are refusing to produce those documents at this time.

You also indicated that you will follow up with your client this week to determine whether you will produce the following additional documents:
- Policies and procedures regarding income-driven repayment ("IDR") that were available to call center representatives from 9/27/2007 to 10/3/2018;
- Policies and procedures from third parties (like the Department of Education) concerning PSLF or IDR that were used to create internal guidance available to call center representatives from 9/27/2007 to 10/3/2018;
- Call scripts or any other written guidance that was available to call center representatives from 9/27/2007 to 10/3/2018;
- Change orders to the servicing contracts;
- Any notes or summaries prepared by Navient concerning calls between Navient and the named Plaintiffs from 9/27/2007 to 10/3/2018; and
- Correspondence between Navient and the named Plaintiffs from 9/27/2007 to 10/3/2018.

Please let us know the status by close of business Thursday, January 24, 2019.

Finally, you indicated that your team had reviewed the draft confidentiality and ESI orders that Plaintiffs sent you on Wednesday, December 5, 2018, and that you plan to provide comments on those drafts within the next week.

Please let us know if you have any questions or disagree with anything outlined above. We look forward to hearing from you.

Best regards,
Ron

---

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Friday, January 18, 2019 3:46 PM
**To:** Lena Konanova <lkonanova@selendygay.com>
**Cc:** Ruffino, Andrew <aruffino@cov.com>; Setzepfandt, Alexander <ASetzepfandt@cov.com>; Faith Gay <fgay@selendygay.com>; Maria Ginzburg <mginzburg@selendygay.com>; Maggie Siller <mengland@selendygay.com>; Ron Krock <rkrock@selendygay.com>
**Subject:** RE: Hyland v. Navient Corp., No. 1:18-cv-09031-DLC (S.D.N.Y.)

Sure.  We are available for a call Tuesday from 11 a.m. to 1 p.m. ET or after 5 ET.

In the meantime, now that plaintiffs' amended complaint is on file, will plaintiffs stipulate to the following briefing schedule on defendants' renewed motion to dismiss?

- Defendants to file a renewed motion to dismiss on or before February 15, 2019 (not to exceed 30 pages);
- Plaintiffs to file their opposition to Defendants' renewed motion to dismiss on or before March 18, 2019 (not to exceed 30 pages);
- Defendants to file their reply to Plaintiffs' opposition to the renewed motion to dismiss on or before April 8, 2019 (not to exceed 15 pages).

This is the same briefing schedule we discussed previously.  If this is OK with you, we can submit a letter asking Judge Cote to approve this schedule.

Best,
Ashley

---

**From:** Lena Konanova <lkonanova@selendygay.com>
**Sent:** Friday, January 18, 2019 12:29 PM
**To:** Simonsen, Ashley M <asimonsen@cov.com>
**Cc:** Ruffino, Andrew <aruffino@cov.com>; Setzepfandt, Alexander <ASetzepfandt@cov.com>; Faith Gay <fgay@selendygay.com>; Maria Ginzburg <mginzburg@selendygay.com>; Maggie Siller <mengland@selendygay.com>; Ron Krock <rkrock@selendygay.com>
**Subject:** Re: Hyland v. Navient Corp., No. 1:18-cv-09031-DLC (S.D.N.Y.)

Ashley,

It is harder than I anticipated rescheduling my travel today to accommodate a call. Could we reschedule to Monday afternoon or Tuesday?

Let me know. Thanks.

Best,
Lena

On Jan 16, 2019, at 6:40 PM, Simonsen, Ashley M <asimonsen@cov.com> wrote:

> Lena,
>
> 1 p.m. PT this Friday works for me.
>
> ---
>
> **From:** Lena Konanova <lkonanova@selendygay.com>
> **Sent:** Wednesday, January 16, 2019 9:07 AM
> **To:** Simonsen, Ashley M <asimonsen@cov.com>
> **Cc:** Ruffino, Andrew <aruffino@cov.com>; Setzepfandt, Alexander <ASetzepfandt@cov.com>; Faith Gay <fgay@selendygay.com>; Maria Ginzburg <mginzburg@selendygay.com>; Maggie England <mengland@selendygay.com>; Ron Krock <rkrock@selendygay.com>
> **Subject:** RE: Hyland v. Navient Corp., No. 1:18-cv-09031-DLC (S.D.N.Y.)
>
> Thanks, Ashley.  I am not available after midnight Eastern.  I will rearrange my Friday schedule – if 1pm Pacific/4pm Eastern works for you, we will send a dial in.
>
> Best regards,
> Lena

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Tuesday, January 15, 2019 10:08 PM
**To:** Lena Konanova <lkonanova@selendygay.com>
**Cc:** Ruffino, Andrew <aruffino@cov.com>; Setzepfandt, Alexander <ASetzepfandt@cov.com>; Faith Gay <fgay@selendygay.com>; Maria Ginzburg <mginzburg@selendygay.com>; Maggie England <mengland@selendygay.com>; Ron Krock <rkrock@selendygay.com>
**Subject:** RE: Hyland v. Navient Corp., No. 1:18-cv-09031-DLC (S.D.N.Y.)

Lena,

As I mentioned in my previous email, I am tied up for the next couple of days, including the evenings.  I could talk in the late evening Thursday (after 9 p.m. PT).

**From:** Lena Konanova <lkonanova@selendygay.com>
**Sent:** Tuesday, January 15, 2019 2:11 PM
**To:** Simonsen, Ashley M <asimonsen@cov.com>
**Cc:** Ruffino, Andrew <aruffino@cov.com>; Setzepfandt, Alexander <ASetzepfandt@cov.com>; Faith Gay <fgay@selendygay.com>; Maria Ginzburg <mginzburg@selendygay.com>; Maggie England <mengland@selendygay.com>; Ron Krock <rkrock@selendygay.com>
**Subject:** RE: Hyland v. Navient Corp., No. 1:18-cv-09031-DLC (S.D.N.Y.)

Ashley, thanks.  I am traveling Friday – could we do something in the late afternoons/early evenings over the next few days?

Best,
Lena

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Tuesday, January 15, 2019 1:54 PM
**To:** Lena Konanova <lkonanova@selendygay.com>
**Cc:** Ruffino, Andrew <aruffino@cov.com>; Setzepfandt, Alexander <ASetzepfandt@cov.com>; Faith Gay <fgay@selendygay.com>; Maria Ginzburg <mginzburg@selendygay.com>; Maggie England <mengland@selendygay.com>; Ron Krock <rkrock@selendygay.com>
**Subject:** RE: Hyland v. Navient Corp., No. 1:18-cv-09031-DLC (S.D.N.Y.)

Lena,

I am not available at 4 p.m. today, and am tied up for the next couple of days.  Could we plan to talk on Friday?  I am generally available that day.

Best,
Ashley

**From:** Lena Konanova <lkonanova@selendygay.com>
**Sent:** Tuesday, January 15, 2019 5:19 AM
**To:** Simonsen, Ashley M <asimonsen@cov.com>
**Cc:** Ruffino, Andrew <aruffino@cov.com>; Setzepfandt, Alexander <ASetzepfandt@cov.com>; Faith Gay <fgay@selendygay.com>; Maria Ginzburg <mginzburg@selendygay.com>; Maggie England <mengland@selendygay.com>; Ron Krock <rkrock@selendygay.com>
**Subject:** RE: Hyland v. Navient Corp., No. 1:18-cv-09031-DLC (S.D.N.Y.)

Ashley,

Are you available for a call regarding the below at 4pm today? If not, please let me know what other times work today or tomorrow.

Thanks,
Lena

---

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Friday, January 11, 2019 6:49 PM
**To:** Lena Konanova <lkonanova@selendygay.com>; Faith Gay <fgay@selendygay.com>; Maria Ginzburg <mginzburg@selendygay.com>; Maggie England <mengland@selendygay.com>; Ron Krock <rkrock@selendygay.com>
**Cc:** Ruffino, Andrew <aruffino@cov.com>; Setzepfandt, Alexander <ASetzepfandt@cov.com>
**Subject:** Hyland v. Navient Corp., No. 1:18-cv-09031-DLC (S.D.N.Y.)

Counsel,

Please find attached defendants' responses and objections to plaintiffs' first set of requests for production of documents. As you will see, defendants generally object to producing the documents sought by the requests at this time, but plan to serve supplemental responses within 30 days after the Court approves a discovery schedule.

Notwithstanding these objections, we are willing to meet and confer with you about a more narrow and less burdensome production of documents in the interim. To that end, we are in the process of collecting Navient's policies and procedures relating to the Public Service Loan Forgiveness program, Navient's servicing contracts with the Department of Education, and recordings of phone calls with the named plaintiffs, and we plan to produce those documents once we have assembled and reviewed them, notwithstanding our objections.

Best,

**Ashley Simonsen**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4782 | asimonsen@cov.com
www.cov.com