UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                           :

KATHRYN HYLAND, MELISSA GARCIA, ELDON : 
R. GAEDE, JESSICA SAINT-PAUL, REBECCA : 
SPITLER-LAWSON, MICHELLE MEANS,       :     18cv9031(DLC)
ELIZABETH KAPLAN, JENNIFER GUTH, and  : 
MEGAN NOCERINO, individually and on   :     ORDER
behalf of all others similarly        : 
situated,                             : 
                           :
              Plaintiffs,   :
                           :
          -v-              :

NAVIENT CORPORATION and NAVIENT      : 
SOLUTIONS, LLC,                      : 
                           :
             Defendants.   :
                           :
------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 31 2019

DENISE COTE, District Judge:

    Defendants in the above-captioned action filed a motion to dismiss the first amended complaint on February 15, 2019. That motion became fully submitted on April 8, 2019. On May 30, the plaintiffs filed a letter motion to compel discovery. It is hereby

    ORDERED that the plaintiffs' May 30 motion to compel is denied without prejudice to renewal after the February 15 motion to dismiss is decided.

Dated:    New York, New York
           May 31, 2019

                          _____
                          DENISE COTE
               United States District Judge

Alison Nathan
Part I