**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Ashley Simonsen

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4782
asimonsen@cov.com

*By ECF*                                                                 June 10, 2019

Honorable Denise Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007-1312

Re:  *Hyland v. Navient Corporation*, Case No. 1:18-cv-09031 (DLC)

Dear Judge Cote:

I write on behalf of defendants Navient Corporation and Navient Solutions, LLC ("Navient"), pursuant to section 3(G) of Your Honor's Individual Practices in Civil Cases, to respectfully inform the Court that Navient's motion to dismiss has now been fully briefed for over 60 days (since April 8, 2019).

Respectfully submitted,

s/Ashley Simonsen

Ashley Simonsen

cc:  Plaintiffs' Counsel (by ECF)