UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
KATHRYN HYLAND, MELISSA GARCIA, ELDON :
R. GAEDE, JESSICA SAINT-PAUL, REBECCA :        18cv9031 (DLC)
SPITLER-LAWSON, MICHELLE MEANS,       :
ELIZABETH KAPLAN, JENNIFER GUTH, and  :        ORDER
MEGAN NOCERINO, individually and on   :
behalf of all others similarly        :
situated,                             :
                                      :
                    Plaintiffs,       :
                                      :
          -v-                         :
                                      :
NAVIENT CORPORATION and NAVIENT       :
SOLUTIONS, LLC,                       :
                                      :
                    Defendants.       :
                                      :
-------------------------------------X

DENISE COTE, District Judge:

On June 10, 2019, counsel for the defendants submitted a letter pursuant to Rule 3.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated:    New York, New York
          June 10, 2019

                          _____
                                    DENISE COTE
                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 0 2019