UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
KATHRYN HYLAND, MELISSA GARCIA, ELDON :
R. GAEDE, JESSICA SAINT-PAUL, REBECCA :
SPITLER-LAWSON, MICHELLE MEANS,       :      18cv9031(DLC)
ELIZABETH KAPLAN, JENNIFER GUTH, and  :
MEGAN NOCERINO, individually and on   :         ORDER
behalf of all others similarly        :
situated,                             :
                                      :
                    Plaintiffs,       :
                                      :
              -v-                     :
                                      :
NAVIENT CORPORATION and NAVIENT       :
SOLUTIONS, LLC,                       :
                                      :
                    Defendants.       :
                                      :
--------------------------------------X

┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____          │
│ DATE FILED: 7│9│2019             │
└─────────────────────────────────┘

DENISE COTE, District Judge:

     An Opinion and Order of July 8, 2019 dismissed all of the

plaintiffs' claims with the exception of the claims brought

under New York General Business Law § 349.  It is hereby

     ORDERED that a scheduling conference will be held on **July

26, 2019**, at **3:00 p.m.** in Courtroom 18B at the United States

Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          July 9, 2019

                                    _____
                                         DENISE COTE
                                    United States District Judge