# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**Ashley Simonsen**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T  +1 424 332 4782
asimonsen@cov.com

***By ECF***                                                                July 16, 2019

Honorable Denise Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007-1312

> Re:  ***Hyland v. Navient Corporation***, **Case No. 1:18-cv-09031 (DLC)**

Dear Judge Cote:

I write on behalf of defendants Navient Corporation and Navient Solutions, LLC ("Navient") pursuant to Rule 1(E) of Your Honor's Individual Practices to request an extension of time to August 12, 2019, for Navient to file an answer to plaintiffs' amended complaint.

Navient's current deadline to file an answer is July 22, 2019.  No previous requests for extensions of time have been made for this deadline.

Navient requires additional time to prepare its answer due to the length of plaintiffs' amended complaint (129 pages) and to accommodate the summer travel schedules of its attorneys.  Plaintiffs' counsel have informed Navient's counsel that they consent to this extension request.

Respectfully,

*s/Ashley Simonsen*

Ashley Simonsen

cc:  Plaintiffs' Counsel (by ECF)