UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
KATHRYN HYLAND, MELISSA GARCIA, ELDON     :
R. GAEDE, JESSICA SAINT-PAUL, REBECCA     :       18cv9031 (DLC)
SPITLER-LAWSON, MICHELLE MEANS,           :
ELIZABETH KAPLAN, JENNIFER GUTH, and      :       ORDER
MEGAN NOCERINO, individually and on       :
behalf of all others similarly           :
situated,                                 :
                                          :
                     Plaintiffs,          :
                                          :
          -v-                             :
                                          :
NAVIENT CORPORATION and NAVIENT           :
SOLUTIONS, LLC,                           :
                                          :
                     Defendants.          :
                                          :
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 6 2019

DENISE COTE, District Judge:

A scheduling conference in the above-captioned matter was

held on July 26, 2019.  As set forth on the record at that

conference, it is hereby

ORDERED that the parties shall each, by July 30, 2019, file

a one-page letter with the Court with citations to three cases

that support their respective positions regarding class

certification in this case.

Dated:    New York, New York
          July 26, 2019

                              _____
                                      DENISE COTE
                              United States District Judge