UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X

KATHRYN HYLAND, MELISSA GARCIA, ELDON
R. GAEDE, JESSICA SAINT-PAUL, REBECCA
SPITLER-LAWSON, MICHELLE MEANS,
ELIZABETH KAPLAN, JENNIFER GUTH, and
MEGAN NOCERINO, individually and on
behalf of all others similarly
situated,

                 Plaintiffs,

       -v-

NAVIENT CORPORATION and NAVIENT
SOLUTIONS, LLC,

                 Defendants.

------------------------------------------- X

: 18cv9031 (DLC)
:
: PRETRIAL
: SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8|6|2019

DENISE COTE, District Judge:

      A pretrial conference in this case was held pursuant to Rule 16, Fed. R. Civ. P., on July 26, 2019. The parties have submitted letters of July 30 and 31, and August 1. The following schedule shall govern the further conduct of pretrial proceedings in this case:

1.    By **August 9, 2019,** plaintiffs' counsel shall advise the Court whether any of the named plaintiffs seek a referral for settlement of their individual claims.

2.    Defendants' answer is due **August 12, 2019.**

3.    The following motion will be served by the dates indicated below.

      Any motion for class certification

      –     Motion served by **December 20, 2019**
      –     Opposition served by **January 31, 2020**
      –     Reply served by **February 21**

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

4.   The parties are instructed to contact the chambers of Magistrate Judge Moses no later than **one week** after a decision is issued on the plaintiffs' motion for class certification in order to schedule settlement discussions under her supervision.

5.   All fact discovery must be completed by **March 6, 2020.**

6.   The following motion will be served by the dates indicated below.

Any motion for summary judgment

- Motion served by **April 17, 2020**
- Opposition served by **May 8, 2020**
- Reply served by **May 22, 2020**

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

7.   In the event no motion is filed, the Joint Pretrial Order must be filed by **April 17, 2020.**

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order:  Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial.  Any responsive papers are due one week thereafter.

2

Counsel will provide the Court with two (2) courtesy copies
of all pretrial documents at the time of filing.

SO ORDERED:

Dated:    New York, New York
          August 6, 2019

                            _____
                                    DENISE COTE
                            United States District Judge