Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000



August 9, 2019

**Via ECF**

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

**Re:**   *Hyland, et al. v. Navient Corp., et al.*, **No. 1:18-cv-09031 (the "Action")**

Dear Judge Cote:

Upon consultation with the Named Class Representatives, each of the individual Plaintiffs is willing to engage in mediation contemporaneously with discovery.  Plaintiffs believe there are overarching issues in any potential resolution of this Action that would benefit from early discussion with a mediator.

Plaintiffs propose proceeding with mediation before Magistrate Judge Barbara Moses, assigned in this Action.


Respectfully submitted,

*/s/ Lena Konanova*

Lena Konanova

cc (via ECF): Defendants' counsel