UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------X

KATHRYN HYLAND, MELISSA GARCIA, ELDON R.        :     18cv9031(DLC)(BCM)
GAEDE, JESSICA SAINT-PAUL, REBECCA              :
SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH       :          ORDER
KAPLAN, JENNIFER GUTH, and MEGAN                :
NOCERINO, individually and on behalf of         :
all others similarly situated,                  :
                                                :
                            Plaintiffs,         :
            -v-                                 :
                                                :
NAVIENT CORPORATION and NAVIENT                 :
SOLUTIONS, LLC,                                 :
                                                :
                            Defendants.         :
                                                :

----------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8|12|2019

DENISE COTE, District Judge:

        Having received the plaintiffs' letter of August 9, 2019,

it is hereby

        ORDERED that the parties shall contact the chambers of

Magistrate Judge Moses by **August 16, 2019** in order to schedule

settlement discussions under her supervision.


Dated:      New York, New York
            August 12, 2019

                                    _____
                                          DENISE COTE
                                    United States District Judge