UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
                                    :     18cv9031(DLC)(BCM)

KATHRYN HYLAND, MELISSA GARCIA, ELDON R.  :
GAEDE, JESSICA SAINT-PAUL, REBECCA        :       ORDER OF
SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH  :    REFERENCE TO A
KAPLAN, JENNIFER GUTH, and MEGAN        :    MAGISTRATE JUDGE
NOCERINO, individually and on behalf of  :
all others similarly situated,          :

                     Plaintiffs,    :
         -v-                  :

NAVIENT CORPORATION and NAVIENT      :
SOLUTIONS, LLC,                  :

                   Defendants.   :
-------------------------------------------------X

USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2019

DENISE COTE, District Judge:

    The above entitled action is referred to the designated
Magistrate Judge for the following purpose(s):

_____  General Pretrial (includes      _____  Consent under 28 U.S.C. §
       scheduling, discovery, non-         636(c) for all purposes
       dispositive pretrial            (including trial)
       motions, and settlement)

_____  Specific Non-Dispositive      _____  Consent under 28 U.S.C. §
       Motion/Dispute               636(c) for limited purpose
                              (e.g., dispositive motion,
                              preliminary injunction)
_____             Purpose:

_____            _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

    \_\_\_\_ Habeas Corpus

 X   Settlement

    \_\_\_\_ Social Security

\_\_\_\_ Inquest After Default/Damages Hearing

    \_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:

_____

Dated:    New York, New York
           August 12, 2019

_____
DENISE COTE
United States District Judge

2