USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___9/17/19___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN HYLAND, et al.,

       Plaintiffs,

    -against-

NAVIENT CORPORATION, et al.,

       Defendants,

18-CV-9031 (DLC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On August 12, 2019, the Hon. Denise L. Cote, United States District Judge, referred this action to me for settlement. (Dkt. No. 67.) Since that date, the Court and its staff have been in contact with the parties concerning whether and when a settlement conference would be productive. On September 9, 2019, the parties were informed that the Court would hold a settlement conference, and were asked to confirm their availability. However, the parties have not been able to agree on a date on which all parties and their counsel are available for an in-person settlement conference.

No later than **September 20, 2019**, the parties shall file a joint letter providing the Court with *three dates* on which *all parties and their counsel* are available for an in-person settlement conference, between October 21 and November 15, 2019. Judge Moses ordinarily conducts settlement conferences Monday through Thursday afternoons, commencing at 2:15 p.m., and requires the parties, as well as their counsel, to attend in person.

Dated: New York, New York
       September 17, 2019

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**