September 20, 2019

**By ECF**

The Honorable Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re:** *Hyland, et al. v. Navient Corp., et al.,* **Case No. 1:18-cv-09031 (DLC)**

Dear Judge Moses:

  The parties in the above-referenced action write in response to the Court's Order dated September 17, 2019, requesting that the parties provide three dates on which the parties and their counsel are available for an in-person settlement conference between October 21, 2019 and November 15, 2019. *See* Dkt. 69.

  Based on the availability of the parties and their counsel, the parties would prefer to schedule the in-person settlement conference for November 5, 2019. However, if that date is not convenient for the Court, November 4, 2019 and November 6, 2019 are alternate potential dates.

  The parties thank the Court for its consideration in this regard.

Respectfully submitted,

| | |
|---|---|
| */s/Margaret M. Siller* | */s/ Andrew A. Ruffino* |
| Faith Gay | Ashley Simonsen |
| Maria Ginzburg | 1999 Avenue of the Stars |
| Yelena Konanova | Los Angeles, CA 90067-4643 |
| Margaret Siller | Telephone: (424) 332-4800 |
| 1290 Avenue of the Americas | E-mail: asimonsen@cov.com |
| New York, NY 10104 | |
| Telephone: (212) 390-9000 | Andrew A. Ruffino |
| E-mail: fgay@selendygay.com | Alexander Setzepfandt |
| mginzburg@selendygay.com | The New York Times Building |
| lkonanova@selendygay.com | 620 Eighth Avenue |
| msiller@selendygay.com | New York, NY 10018-1405 |
| | Telephone: (212) 841-1000 |
| Mark Richard (pro hac vice) | E-mail: aruffino@cov.com |
| PHILLIPS, RICHARD & RIND, P.A. | asetzepfandt@cov.com |
| 9360 SW 72 Street, Suite 283 | |
| Miami, FL 33173 | |
| Telephone: (305) 412-8322 | |
| E-mail: mrichard@phillipsrichard.com | |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |