Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Lena Konanova
Partner
212 390 9010
lkonanova@selendygay.com



October 14, 2019

**<u>Via ECF, Email, and Hand Delivery</u>**

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

**Re:**  *Hyland, et al. v. Navient Corp., et al.*, **No. 1:18-cv-09031**

Dear Judge Cote:

Pursuant to Your Honor's Individual Practice Rule 4.A, Plaintiffs respectfully request permission to file with redactions Exhibit 1 (attached via email) in support of Plaintiffs' Letter Motion to Compel dated October 11, 2019 (Dkt. 72).

One paragraph on page 23 of Exhibit 1 has been designated "Confidential" by Defendants Navient Corporation and Navient Solutions, LLC (together, "Navient") under the Stipulated Confidentiality Agreement and Protective Order entered in this action (Dkt. 38) and, according to Navient, contains proprietary information. Specifically, the paragraph purports to describe how written correspondence is routed at Navient Solutions, LLC.

Plaintiffs intend to refile the Letter Motion to Compel dated October 11, 2019 (Dkt. 72) and accompanying exhibits with the redaction upon the Court's endorsement of this request.

Respectfully submitted,

*/s/ Lena Konanova*

Lena Konanova

cc (via ECF and email): Counsel of record

Enclosures (via email)