UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

KATHRYN HYLAND, MELISSA GARCIA, ELDON R.            :            18cv9031(DLC)
GAEDE, JESSICA SAINT-PAUL, REBECCA                  :
SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH           :               ORDER
KAPLAN, JENNIFER GUTH, and MEGAN                    :
NOCERINO, individually and on behalf of             :
all others similarly situated,                      :
                                                    :
                               Plaintiffs,          :
                     -v-                            :
                                                    :
NAVIENT CORPORATION and NAVIENT                     :
SOLUTIONS, LLC,                                     :
                                                    :
                               Defendants.          :
                                                    :
------------------------------------------X

DENISE COTE, District Judge:

     Having received the plaintiffs' letter of October 11, 2019,

it is hereby

     ORDERED that a telephone conference is scheduled for

**October 17, 2019** at **11:00 a.m.**  Counsel for the plaintiffs shall

have all parties on the line and call Chambers at 212-805-0202.

     IT IS FURTHER ORDERED that the parties shall meet and

confer in advance of the conference and attempt to resolve or

narrow the disputes raised in plaintiffs' October 11 letter.


Dated:      New York, New York
            October 15, 2019

                                    _____
                                         DENISE COTE
                                    United States District Judge