Case 1:18-cv-09031-DLC   Document 76   Filed 10/15/19   Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2019

KATHRYN HYLAND, MELISSA GARCIA, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC,

Defendants.

Case No. 18-cv-9031-DLC

**[PROPOSED] ORDER AND STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS BETWEEN PLAINTIFF ELDON R. GAEDE AND DEFENDANTS NAVIENT CORPORATION AND NAVIENT SOLUTIONS, LLC**

**WHEREAS** counsel for Plaintiff Eldon R. Gaede ("Gaede") has represented that Plaintiff Gaede seeks to withdraw from the action due to the burden of health issues;

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned counsel of record for Plaintiff Gaede and Defendants Navient Corporation and Navient Solutions, LLC (collectively, "Navient"), that pursuant to Rule 41(a)(1)(A)(ii) and (a)(2) of the Federal Rules of Civil Procedure, Plaintiff Gaede does hereby withdraw as class representative and voluntarily dismisses, with prejudice, his claims asserted against Navient.

The parties acknowledge that the resulting dismissal of class claims by Plaintiff Gaede against Defendants Navient is with prejudice to Plaintiff Gaede but without prejudice to the putative class, and the dismissal herein shall not be a bar

to any rights or remedies unnamed putative class members may have, if any, against Navient.   This dismissal will in no way impact the remaining Plaintiffs' claims against Navient in the litigation.   The parties to this Stipulation agree that they shall bear their own costs associated with this dismissal.

Dated:  October 15, 2019


*/s/ Margaret Siller*
Faith Gay
Maria Ginzburg
Yelena Konanova
Margaret Siller
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 390-9000
E-mail: fgay@selendygay.com
        mginzburg@selendygay.com
        lkonanova@selendygay.com
        msiller@selendygay.com

Mark Richard (pro hac vice)
PHILLIPS, RICHARD & RIND, P.A.
9360 SW 72 Street, Suite 283
Miami, FL 33173
Telephone: (305) 412-8322
E-mail:
mrichard@phillipsrichard.com

*/s/ Ashley Simonsen*
Ashley Simonsen
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
E-mail: asimonsen@cov.com

Andrew A. Ruffino
Alexander Setzepfandt
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
E-mail: aruffino@cov.com
        asetzepfandt@cov.com


*Counsel for Plaintiffs*

*Counsel for Defendants*


SO ORDERED:


_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

10/16/19