UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN HYLAND et al.,

    Plaintiffs,

-against-

NAVIENT CORPORATION et al.,

    Defendants.

18-CV-9031 (DLC) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

The settlement conference scheduled before Judge Moses on November 5, 2019, at 2:15 p.m., will now begin on **November 5, 2019, at 1:30 p.m.**

Dated: New York, New York
       October 30, 2019

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge