USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN HYLAND et al.,

    Plaintiffs,

    -against-

NAVIENT CORPORATION et al.,

    Defendants,

18-CV-9031 (DLC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    No later than **November 19, 2019**, the parties shall submit a joint confidential letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, updating Judge Moses on the progress of the parties' settlement negotiations and advising the Court whether the parties believe that further Court-supervised settlement discussions would be fruitful.

Dated: New York, New York
       November 6, 2019

                **SO ORDERED.**

                **BARBARA MOSES**
                **United States Magistrate Judge**