Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Lena Konanova
Partner
212 390 9010
lkonanova@selendygay.com

Selendy
&Gay

January 17, 2020



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/21/2020

**Via ECF**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re: *Hyland, et al. v. Navient Corp., et al.*, No. 1:18-cv-09031

Dear Judge Cote:

Pursuant to the parties' discussion with Chambers this afternoon and for the reasons stated, and pursuant to Your Honor's Individual Practice Rule 1.E, Plaintiffs in the above-captioned matter respectfully request an adjournment of Plaintiffs' January 17, 2020 deadline to serve their motion for class certification pending submission of further pleadings. Defendants consent to this request.

Two prior requests for an extension to serve Plaintiffs' motion for class certification were requested by Plaintiffs (Dkt. Nos. 85, 88) and approved by the Court (Dkt. Nos. 86, 89).

The parties are available at the Court's convenience should the Court have any questions.

Respectfully submitted,

*Lena Konanova*

Lena Konanova

Cc: Defendants' counsel (by ECF)

*The extension is granted to 1/27/20. There shall be no further extension.*

*Denise Cote*
*1/21/20*