IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN HYLAND, MELISSA GARCIA, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC,<br><br>                Defendants. | No. 18-cv-9031-DLC-BLM |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT,
CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS,
APPOINTMENT OF PLAINTIFFS AS CLASS REPRESENTATIVES AND
PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND
APPROVAL OF PLAINTIFFS' PROPOSED NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that Plaintiffs Kathryn Hyland, Melissa Garcia, Elizabeth Taylor, Jessica Saint-Paul, Rebecca Spitler-Lawson, Michelle Means, Elizabeth Kaplan, Jennifer Guth, Megan Nocerino, and Anthony Church (collectively, "Plaintiffs"), by and through their undersigned counsel, shall move the Court before the Honorable Denise L. Cote, United States District Court Judge, at the United States District Court for the Southern District of New York, Courtroom 18B, 500 Pearl Street, New York, NY 10007-1312, on a date to be selected by the Court, for an order pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(e) granting (i) preliminary approval of the proposed class action settlement, (ii) conditional certification of the settlement class, (iii) appointment of Plaintiffs as class representatives and Plaintiffs' counsel as

class counsel, and (iv) approval of Plaintiffs' proposed notice of settlement, upon the contemporaneously filed Memorandum of Law and Declaration of Lena Konanova, and all exhibits thereto (the "Motion"). Defendants Navient Solutions, LLC and Navient Corporation do not oppose Plaintiffs' Motion.

| | |
|---|---|
| Dated: New York, NY<br>April 24, 2020 | Respectfully submitted,<br><br>SELENDY & GAY PLLC<br><br>By:   /s/         *Faith Gay*         <br>Faith Gay<br>Maria Ginzburg<br>Yelena Konanova<br>Margaret Siller<br>SELENDY & GAY, PLLC<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Tel: 212-390-9000<br>E-mail:  fgay@selendygay.com<br>mginzburg@selendygay.com<br>lkonanova@selendygay.com<br>msiller@selendygay.com<br><br>Mark Richard<br>PHILLIPS, RICHARD & RIND, P.A.<br>9360 SW 72 Street, Suite 283<br>Miami, FL 33173<br>Telephone: 305-412-8322<br>E-mail: mrichard@phillipsrichard.com<br>(admitted *pro hac vice*)<br><br>*Attorneys for Plaintiffs* |