# Exhibit B

**Short-Form Notice – *Hyland v. Navient***

Legal Notice

*Una versión en español de este aviso está disponible en [URL].*

# IF YOU ARE A BORROWER OF FEDERAL STUDENT LOANS THAT ARE OR WERE SERVICED BY NAVIENT SOLUTIONS, LLC, AND ARE A PUBLIC SERVICE EMPLOYEE, A PROPOSED CLASS ACTION MAY AFFECT YOUR RIGHTS

There is a Proposed Settlement in a class action lawsuit, *Hyland, et al. v. Navient Corp., et al,* Case No. 18 Civ. 9031, in the United States District Court for the Southern District of New York.

**The Proposed Settlement affects a "Class," or group, of people that may include you. This is just a summary of your rights. To get complete information you should visit [Settlement Website] or call [Toll-Free Number].**

### What is the case about?

The people who filed this lawsuit, the plaintiffs, are employed by qualifying public service employers and claim that Navient Solutions, LLC and Navient Corporation ("Navient") misled borrowers working in public service concerning their eligibility to benefit from the federal program of public service loan forgiveness, which is called the Public Service Loan Forgiveness Program, or "PSLF." Navient denies that it did anything wrong. The parties agreed to the Proposed Settlement to provide relief to the class and to avoid further expense associated with this litigation.

### What is the "Class"?

The Class includes all individuals who from October 1, 2007 to the Effective Date (i) have or had Federal Family Education Loan Program ("FFEL") or Direct Loans serviced by Navient; (ii) are or were employed full-time by a qualifying public service employer or employers for purposes of PSLF; and (iii) spoke to a Navient customer service representative about subjects relating to eligibility for PSLF.

### What does the Settlement provide?

Under the Proposed Settlement, Navient has agreed, under the Rule 23(b)(2) mechanism for resolving claims seeking injunctive relief, to design, implement, and maintain specific procedures to enhance its practices with respect to PSLF. Specifically, Navient will enhance its internal resources, maintain regular training and monitoring for call center representatives, update its written and chat communications with borrowers, and update its website over the next three years. Navient will also contribute $1.75 million to a newly formed non-profit organization called [name of new non-profit] for education and student loan counseling to public service borrowers.

There will be no monetary recovery for Class Members under this settlement.

### Short-Form Notice – *Hyland v. Navient*

### Who is counsel to the Class?

The Court has appointed attorneys to represent the Class ("Class Counsel"). Class Counsel will request that the Court award attorneys' fees and expenses in an amount not to exceed $500,000. You may hire your own attorney, if you wish. However, you will be responsible for your attorney's fees and expenses.

### What are the legal rights of Class Members?

If the Court approves the Proposed Settlement, Class Members will be bound by the Court's decisions. Class Members will not be able to sue Navient for non-monetary (i.e., injunctive) relief based on the allegations made in this lawsuit. Class Members also will not be able to sue Navient in a class or aggregate action based on the allegations made in this lawsuit. But Class Members will retain the right and ability to sue for actual money damages on their own behalf in individual lawsuits should they choose to do so. You should retain your own attorney at your own expense if you wish to file a lawsuit; Class Counsel will not represent you. For full information about the rights Class Members are giving up, please read the full *Notice of Proposed Class Action Settlement*, which is available at [CLASS WEBSITE].

### You can tell the Court if you do not like the Proposed Settlement.

To object or comment, you must send a letter that is mailed and postmarked no later than [Month, Date] 2020, as outlined in the *Notice of Proposed Class Action Settlement*, which is available at [CLASS WEBSITE]. You may hire an attorney to prepare an objection for you at your own expense.

### Will the Court approve the Proposed Settlement?

The Court will hold a Final Approval Hearing on [Month, Date, Year] at [Time] at [Address] to consider whether the Proposed Settlement is fair, reasonable, and adequate and to consider the motion for attorneys' fees and expenses. Comments and objections received pursuant to the procedure outlined in the *Notice of Proposed Class Action Settlement* will be considered by the Court at this time.

## For more information on the Proposed Settlement, and to obtain a copy of the *Notice of Proposed Class Action Settlement:*

## Call [Toll Free Number] or Visit [URL]