## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KATHRYN HYLAND, MELISSA GARCIA, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC,<br><br>                    Defendants. | Case No. 18-cv-9031-DLC-BCM |

### <u>NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715</u>

PLEASE TAKE NOTICE that on May 4, 2020, pursuant to and in accordance with 28 U.S.C. § 1715(b), Defendants Navient Solutions, LLC and Navient Corporation caused notification of the proposed class action settlement with the putative plaintiff class in this action to be provided to each of the appropriate federal and state officials by certified mail through the U.S. Postal Service.

Dated:  May 4, 2020

Respectfully submitted,

COVINGTON & BURLING LLP

By:    s/ Ashley Simonsen
        Ashley Simonsen

1999 Avenue of the Stars
Los Angeles, CA 90067-4643
asimonsen@cov.com
Tel.: (424) 332-4800

Andrew A. Ruffino
Alexander Setzepfandt
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
aruffino@cov.com
asetzepfandt@cov.com
Tel.: (212) 841-1000

*Counsel for Defendants*