```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
KATHRYN HYLAND, MELISSA GARCIA,          :
ELIZABETH TAYLOR, JESSICA SAINT-PAUL,    :
REBECCA SPITLER-LAWSON, MICHELLE         :   18cv9031 (DLC)
MEANS, ELIZABETH KAPLAN, JENNIFER        :
GUTH, and MEGAN NOCERINO, and ANTHNONY   :       ORDER
CHURCH individually and on behalf of     :
all others similarly situated,           :
                                         :
                         Plaintiffs,     :
            -v-                          :
                                         :
NAVIENT CORPORATION and NAVIENT          :
SOLUTIONS, LLC,                          :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On April 24, 2020, the parties moved for preliminary approval of a class settlement. Accordingly, it is hereby

ORDERED that a conference is scheduled for **June 5, 2020, at 1:00 p.m.** The conference will take place by Skype for Business videoconference. To access the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/anthony_sampson/GWROA2I1.

To use this link, you may need to download software to use Skype's videoconferencing features.[1] Participants are directed

---

[1] See Microsoft, Install Skype for Business (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

to test their videoconference setup in advance of the conference -- including their ability to access the link above.  Users who do not have an Office 365 account may use the "Join as Guest" option.  When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business.  For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2]  Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for

---

[2] See, e.g., Microsoft, Skype for Business on Mac (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.

Business, may access the conference audio using the following credentials:

    Call-in number: 917-933-2166

    Conference ID: 907040305

IT IS FURTHER ORDERED that if the parties find that they are unable to use Skype for Business, they may notify the Court by **June 3**, and the Court will conduct the conference telephonically.

Dated:    New York, New York
           May 28, 2020

                                      _____
                                            DENISE COTE
                                  United States District Judge