Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Faith Gay
Partner
212 390 9001
fgay@selendygay.com



May 29, 2020


**<u>Via ECF</u>**

Hon. Denise Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:**   *Hyland, et al. v. Navient Corp., et al*, **No 1:18-cv-09031**

Dear Judge Cote:

Plaintiffs write respectfully to request a brief adjournment of the conference regarding Plaintiffs' unopposed motion for preliminary approval of the settlement class (Dkt. 96) currently scheduled for June 5, 2020 at 1:00 p.m. due to a scheduling conflict.  Plaintiffs' principal trial counsel, Faith Gay, must appear for an all-day, in-person hearing in a bankruptcy trial in Texas on the same date, June 5, 2020, which was set during a hearing on May 19, 2020 and re-confirmed during a status conference held today, May 29, 2020, at 11:00 a.m.  *See* Dkt. 2976, *In re Westmoreland Coal Company, et al.*, No. 18-35672 (Bankr. S.D. Tex.).

Defendants consent to the request for an adjournment.  Counsel for both parties are available to conduct the conference on June 10 or June 11, 2020, if convenient for the Court.  This is the first request for an adjournment of this hearing.  The requested adjournment will not affect any other deadlines in the case.

Respectfully submitted,

Faith Gay