Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Lena Konanova
Partner
212 390 9010
lkonanova@selendygay.com



June 8, 2020

<u>**Via ECF**</u>

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:   *Hyland, et al. v. Navient Corp., et al.*, No. 1:18-cv-09031

Dear Judge Cote:

     In anticipation of the preliminary approval conference set for Wednesday, June 10, 2020, Plaintiffs respectfully seek to update the proposed class notices for the Court's consideration.  The original proposed notices were filed at ECF Nos. 98-3 and 98-4.  Revised versions of the short-form and long-form notices are attached hereto as Exhibits A and B, respectively, together with redlines.  Defendants consent to this request.

     The parties are available at the Court's convenience should the Court have any questions.

Respectfully submitted,

*/s/ Lena Konanova*

Lena Konanova

Cc:   Defendants' counsel (by ECF)