Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Lena Konanova
Partner
212 390 9010
lkonanova@selendygay.com



June 12, 2020

**Via ECF**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:   *Hyland, et al. v. Navient Corp., et al.*, **No. 1:18-cv-09031**

Dear Judge Cote:

Pursuant to the Court's instructions during the preliminary approval conference held on Wednesday, June 10, 2020, Plaintiffs respectfully submit revised class notices for the Court's consideration. Revised versions of the short-form and long-form notices are attached hereto as Exhibits A and B, respectively, together with redlines against the versions submitted on Monday, June 8, 2020, at ECF No. 103.

Respectfully submitted,

*/s/ Lena Konanova*

Lena Konanova

Cc:   Defendants' counsel (by ECF)