Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Lena Konanova
Partner
212 390 9010
lkonanova@selendygay.com



June 18, 2020

<u>Via ECF</u>

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:   *Hyland, et al. v. Navient Corp., et al.*, No. 1:18-cv-09031

Dear Judge Cote:

Pursuant to the Court's instructions, Plaintiffs respectfully submit revised class notices for the Court's consideration. Revised versions of the short-form and long-form notices are attached hereto as Exhibits A and B, respectively, together with redlines against the versions submitted on Friday, June 12, 2020, at ECF No. 104.

Counsel for the parties are generally available for a final approval hearing between the dates of September 21 and October 16, 2020, with the exceptions of September 28 (to avoid conflicts with the Jewish holidays) and October 5 from 11:00 a.m. to 1:00 p.m., if convenient for the Court. The parties are glad to submit additional availability dates as needed.

Respectfully submitted,

*/s/ Lena Konanova*

Lena Konanova

Cc:   Defendants' counsel (by ECF)