```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
KATHRYN HYLAND, MELISSA GARCIA,          :
ELIZABETH TAYLOR, JESSICA SAINT-PAUL,    :
REBECCA SPITLER-LAWSON, MICHELLE         :    18cv9031 (DLC)
MEANS, ELIZABETH KAPLAN, JENNIFER        :
GUTH, and MEGAN NOCERINO, and ANTHONY    :        ORDER
CHURCH individually and on behalf of     :
all others similarly situated,           :
                                         :
                         Plaintiffs,     :
              -v-                        :
                                         :
NAVIENT CORPORATION and NAVIENT          :
SOLUTIONS, LLC,                          :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On June 19, 2020 the Court granted preliminary approval to a class settlement in this action. The class was conditionally certified under Rule 23(b)(2), Fed. R. Civ. P. On July 8, the Second Circuit held that a class of past purchasers may not properly be certified under Rule 23(b)(2). Berni v. Barilla S.p.A., No. 19-1921-CV, 2020 WL 3815523, at *7 (2d Cir. July 8, 2020). Accordingly, it is hereby

ORDERED that the parties shall submit, by **July 20, 2020**, letters addressing the impact of Berni on the proper class

definition in this case and on the Court's June 19 Preliminary Approval Order.

Dated:   New York, New York
         July 14, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　United States District Judge