IN THE UNITED STATES DISTRCT COURT

FOR THE SOUTHERN DISTRICT

OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF HYLAND, | Case No.: 18 Civ. 9031 |
| Et al.<br>    Plaintiff,<br><br>v.<br><br>Navient Corp., et al.,<br>    Defendant. | OBJECTION TO PROPOSED SETTLEMENT |

I, Joelle Dominique Millikin, since October 1st, 2007:

(i) Have or had FFEL or Direct Loans serviced by Navient;

(ii) Are or were employed full-time by a qualifying public service employer or employers for purposes of PSLF; and

(iii) Spoke/communicated with a Navient customer service representative about subjects relating to eligibility for PSLF;

and I am, therefore, a class member.

\\\

\\\

\\\

Page - 1 of 2 – OBJECTION TO PROPOSED SETTLEMENT

JOELLE DOMINIQUE MILLIKIN
116 N. Pelham St., Rhinelander, WI 54501
Telephone: 503-894-0814
Email: forrest.millikin@icloud.com

I have reviewed the proposed settlement between Hyland, et al. and Navient Corp., et al., and I disagree with the terms for many material reasons, including:

(i) My PSLF eligible loans are no longer serviced by Navient, and thus requiring Navient to "design, implement, and maintain specific, substantial procedures to enhance its PSLF-related practices" would provide no relief to me, if my rights and interests were harmed by Navient's misleading behavior in the past. The "toothpaste is already out of the tube," and these procedures would in no way rectify the harm they may have committed to me previously;

(ii) Defendants creating a "non-profit organization formed to provide education and student loan counseling to public service borrowers" would also provide no benefit and no relief to me if my interests and rights were harmed by Navient previously. Once you no longer have eligible loans for PSLF, you cannot later convert them into PSLF eligible loans. No longer misleading or misinforming customers in the future provides no relief to customers in the past.

(iii) I am not a class representative, so I would not receive any financial compensation, whether or not Navient significantly harmed my financial interests or rights to receive relief through the PSLF program.

**WHEREFORE**, I OBJECT to the proposed settlement and I do not want to be included in the agreement.

Dated this 22 day of July, 2020.

Joelle Dominique Millikin
Class Member