**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHRYN HYLAND, MELISSA GARCIA, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH, individually and on behalf of all others similarly situated, | Case No. 1:18-cv-09031 |
| *Plaintiffs*, | **NOTICE OF APPEARANCE** |
| v. | |
| NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC, | |
| *Defendants*. | |

To: The Clerk of the Court and all Parties of Record:

Notice is hereby given that David A. Coon is admitted or otherwise authorized to practice in this court and enters his appearance as counsel for Kathryn Hyland, Melissa Garcia, Elizabeth Taylor, Jessica Saint-Paul, Rebecca Spitler-Lawson, Michelle Means, Elizabeth Kaplan, Jennifer Guth, Megan Nocerino, and Anthony Church (collectively "Plaintiffs") in the above-captioned case. Plaintiffs request that copies of all notices and filings be provided to David A. Coon.

Dated: August 27, 2020

Respectfully submitted,

*/s/ David A. Coon*

David A. Coon
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
(212) 390-9000
dcoon@selendygay.com

*Attorney for Plaintiffs Kathryn Hyland, Melissa Garcia, Elizabeth Taylor, Jessica Saint-Paul, Rebecca Spitler-Lawson, Michelle Means, Elizabeth Kaplan, Jennifer Guth, Megan Nocerino, and Anthony Church*