**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

KATHRYN HYLAND, MELISSA GARCIA, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH, individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC,

*Defendants*.

Case No. 1:18-cv-09031

**NOTICE OF APPEARANCE**

---

To: The Clerk of the Court and all Parties of Record:

Notice is hereby given that Ron Krock is admitted or otherwise authorized to practice in this court and enters his appearance as counsel for Kathryn Hyland, Melissa Garcia, Elizabeth Taylor, Jessica Saint-Paul, Rebecca Spitler-Lawson, Michelle Means, Elizabeth Kaplan, Jennifer Guth, Megan Nocerino, and Anthony Church (collectively "Plaintiffs") in the above-captioned case. Plaintiffs request that copies of all notices and filings be provided to Ron Krock.

Dated: August 27, 2020

Respectfully submitted,

/s/ Ron Krock

Ron Krock
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
(212) 390-9000
rkrock@selendygay.com

*Attorney for Plaintiffs Kathryn Hyland, Melissa Garcia, Elizabeth Taylor, Jessica Saint-Paul, Rebecca Spitler-Lawson, Michelle Means, Elizabeth Kaplan, Jennifer Guth, Megan Nocerino, and Anthony Church*