IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN HYLAND, MELISSA GARCIA, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC, <br><br> Defendants. | No. 18-cv-9031-DLC-BLM |

**NOTICE OF CLASS COUNSEL'S UNOPPOSED APPLICATION FOR AWARD OF REASONABLE ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

**PLEASE TAKE NOTICE** that Selendy & Gay PLLC ("Class Counsel"), counsel for Plaintiffs Kathryn Hyland, Melissa Garcia, Elizabeth Taylor, Jessica Saint-Paul, Rebecca Spitler-Lawson, Michelle Means, Elizabeth Kaplan, Jennifer Guth, Megan Nocerino, and Anthony Church, shall move the Court before the Honorable Denise L. Cote, United States District Court Judge, at the United States District Court for the Southern District of New York, Courtroom 18B, 500 Pearl Street, New York, NY 10007-1312, on October 2, 2020 at 3:00 P.M., for an order pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure granting the award of reasonable attorneys' fees to Class Counsel in the amount of $500,000, inclusive of any costs or other expenses, upon the contemporaneously filed Memorandum of Law and Declaration of Yelena Konanova, and all exhibits thereto (the "Application"). Defendants Navient Solutions, LLC and Navient Corporation do not oppose Class Counsel's Application.

| | |
|---|---|
| Dated: New York, NY<br>August 28, 2020 | Respectfully submitted,<br><br>SELENDY & GAY PLLC<br><br>By:  /s/        *Faith Gay*         <br>Faith Gay<br>Maria Ginzburg<br>Yelena Konanova<br>Margaret Siller<br>Ronald J. Krock<br>SELENDY & GAY, PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Tel: 212-390-9000<br>E-mail:  fgay@selendygay.com<br>mginzburg@selendygay.com<br>lkonanova@selendygay.com<br>msiller@selendygay.com<br>rkrock@selendygay.com<br><br>Mark Richard<br>PHILLIPS, RICHARD & RIND, P.A.<br>9360 SW 72 Street, Suite 283<br>Miami, FL 33173<br>Tel: 305-412-8322<br>E-mail: mrichard@phillipsrichard.com<br>(admitted *pro hac vice*)<br><br>*Attorneys for Plaintiffs* |