**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHRYN HYLAND, MELISSA GARCIA, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC,<br><br>        Defendants. | No. 18-cv-9031-DLC-BLM |

**NOTICE OF UNOPPOSED APPLICATION FOR**
**SERVICE AWARDS FOR CLASS REPRESENTATIVES**

**PLEASE TAKE NOTICE** that Plaintiffs Kathryn Hyland, Melissa Garcia, Elizabeth Taylor, Jessica Saint-Paul, Rebecca Spitler-Lawson, Michelle Means, Elizabeth Kaplan, Jennifer Guth, Megan Nocerino, and Anthony Church (each a "Class Representative," and collectively, "Plaintiffs"), by and through their undersigned counsel, shall move the Court before the Honorable Denise L. Cote, United States District Court Judge, at the United States District Court for the Southern District of New York, Courtroom 18B, 500 Pearl Street, New York, NY 10007-1312, on October 2, 2020, for an order granting their request for service awards of $15,000 to each Class Representative upon the contemporaneously filed Memorandum of Law and Declarations of Plaintiffs and Yelena Konanova, and all exhibits thereto (the "Motion"). Defendants Navient Solutions, LLC and Navient Corporation do not oppose Plaintiffs' Motion.

Dated:  New York, NY
        August 28, 2020

Respectfully submitted,

SELENDY & GAY PLLC

By:   ___/s/_____*Faith Gay*_____

Faith Gay
Maria Ginzburg
Yelena Konanova
Margaret Siller
Amy Nemetz
SELENDY & GAY, PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
E-mail:  fgay@selendygay.com
mginzburg@selendygay.com
lkonanova@selendygay.com
msiller@selendygay.com
anemetz@selendygay.com

Mark Richard
PHILLIPS, RICHARD & RIND, P.A.
9360 SW 72 Street, Suite 283
Miami, FL 33173
Telephone: 305-412-8322
E-mail: mrichard@phillipsrichard.com
(admitted *pro hac vice*)

*Attorneys for Plaintiffs*

2