**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr>
<td>

KATHRYN HYLAND, MELISSA GARCIA, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC,

Defendants.

</td>
<td>

No. 18-cv-9031-DLC-BLM

</td>
</tr>
</table>

### [PROPOSED] ORDER APPROVING APPLICATION FOR SERVICE AWARDS TO CLASS REPRESENTATIVES

**WHEREAS**, Plaintiffs Kathryn Hyland, Melissa Garcia, Elizabeth Taylor, Jessica Saint-Paul, Rebecca Spitler-Lawson, Michelle Means, Elizabeth Kaplan, Jennifer Guth, Megan Nocerino, and Anthony Church ("Plaintiffs" or "Class Representatives," and, collectively with the other members of the Settlement Class, the "Settlement Class") entered into a Memorandum of Understanding ("MOU") with Defendants Navient Solutions, LLC and Navient Corporation (collectively, "Defendants"), on January 17, 2020 to resolve the claims in the above-captioned class action lawsuit (the "Litigation");

**WHEREAS**, Plaintiffs subsequently reached a negotiated settlement with Defendants (the "Settlement Agreement") on April 24, 2020, in which Defendants agreed to pay Service Awards to each of the Class Representatives in the amount of $15,000;

**WHEREAS**, Plaintiffs also filed an Unopposed Motion for Preliminary Approval of the Settlement Agreement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs as Class Representatives and Plaintiffs' Counsel as Class Counsel, and Approval of Plaintiffs' Proposed Notice of Settlement (Dkts. 96–97) (the "Motion") on April 24, 2020;

**WHEREAS**, this Court granted that Motion on June 19, 2020 (Dkt. 108), preliminarily approving the Settlement Agreement and appointing Selendy & Gay PLLC ("S&G") and its co-counsel, Phillips, Richard & Rind, P.A. ("PR&R"), as attorneys for the Class (collectively, "Class Counsel");

**WHEREAS**, notice was furnished on the Class on or before August 3, 2020 and such notice, approved by the Court, provided in relevant part that "Class Counsel will … request that $15,000 be paid to each of the class representatives";

**WHEREAS**, this Court also instructed Class Counsel to file an application for service awards (the "Application") on or before August 28, 2020;

**WHEREAS**, S&G filed papers in support of that Application on August 28, 2020;

**WHEREAS**, the Court held a final approval hearing on October 2, 2020;

**WHEREAS**, the Court, having read and considered the memorandum of law, declarations of the Class Representatives and Yelena Konanova, and accompanying exhibits in support of the Application, as well as the objections and responses to the same, hereby finds that the Application should be **GRANTED**.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      The Court finds that the requested service awards are justified under the circumstances of this case. *See, e.g.*, *Roberts v. Texaco, Inc.*, 979 F. Supp. 185, 200 (S.D.N.Y. 1997) ("The guiding standard in determining an incentive award is broadly stated as being the

existence of special circumstances including the personal risk (if any) incurred by the plaintiff-applicant in becoming and continuing as a litigant, the time and effort expended by that plaintiff in assisting in the prosecution of the litigation or in bringing to bear added value (e.g., factual expertise), any other burdens sustained by that plaintiff in lending himself or herself to the prosecution of the claim, and, of course, the ultimate recovery."); *Castagna v. Madison Square Garden, L.P.*, 2011 WL 2208614, at *8 (S.D.N.Y. June 7, 2011) ("[Service awards] are important to compensate plaintiffs for the time and effort expended in assisting the prosecution of the litigation, the risks incurred by becoming and continuing as a litigant, and any other burdens sustained by the plaintiff."). The Class Representatives agreed to a broader release of claims than the rest of the Class, spent significant time and effort in prosecuting this action and added value thereby, incurred expenses as a result of their involvement, and undertook many risks and burdens.

2. As such, the requested service awards are approved and each Class Representative is awarded $15,000 pursuant to the Settlement Agreement.

**IT IS SO ORDERED.**

This ___ day of _____, 2020

_____

DENISE COTE
United States District Judge

3