# Exhibit 5

**[*See* Exhibit A-1 to Declaration of Jessica Jenkins re: Notice by E-mail, Mail, and Publication]**