# Exhibit 6

**[*See* Exhibit A-2 to Declaration of Jessica Jenkins re: Notice by E-mail, Mail, and Publication]**