# Exhibit 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KATHRYN HYLAND, MELISSA GARCIA, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC,<br><br>    Defendants. | Case No. 18-cv-9031-DLC |

## CERTIFICATION OF COMPLIANCE

On or about April 24, 2020, the parties in the above-referenced matter executed a Settlement Agreement to resolve the claims asserted by the Plaintiffs in this case.  On or about [date], 2020, the Court granted final approval of the settlement as reflected in the Settlement Agreement.  Section V.B of the Settlement Agreement provides for Navient Corporation and Navient Solutions, LLC ("Navient") to implement certain business practice enhancements relating to the Public Service Loan Forgiveness (PSLF) Program.  Section V.B.6.2 of the Settlement Agreement provides for Navient at periodic intervals to certify to Class Counsel its continuing compliance with these business practice enhancements.  The undersigned is providing this document on behalf of Navient as the [First/Second/Third] Certification required by Section V.B.6.2 of the Settlement Agreement.

1.    Enhance Internal Resources for Call Center Representatives

a. Navient has updated job aids to clarify that customer service representatives should discuss all repayment options, including loan forgiveness such as PSLF, with borrowers prior to offering forbearance.  These job aids have been in place at Navient since [date] and have been available to customer service representatives through the KnowledgeShare database since that time.

b. Navient has updated call flow procedures for repayment options to clarify that customer service representatives should review and

determine borrowers' possible eligibility for repayment programs, including loan forgiveness such as PSLF, during calls in which borrowers express an interest in repayment options or indicate that they are having difficulty repaying their loans. These call flow procedures have been in place at Navient since [date] and have been available to customer service representatives through the KnowledgeShare database since that time.

c. Navient has implemented procedures requiring customer service representatives to listen for keywords or phrases that indicate borrowers' possible eligibility for forgiveness programs and to ask leading questions regarding employment by a government or not-for-profit organization. Customer service representatives have been instructed that when borrowers are interested in and appear to be eligible for forgiveness including PSLF they should be provided with additional information regarding forgiveness options, directed to the Federal Student Aid website, directed to call FedLoan Servicing, or sent the form email referenced below for additional information. Navient has maintained regular monitoring of a sample of calls by customer service representatives to ensure that they are complying with and adhering to policies and procedures such as the policies and procedures described herein as part of Navient's quality assurance process.

2. <u>Update Written Communications With Borrowers</u>

a. Navient has updated the template forms sent to borrowers when they consent to forbearance, to provide another reminder that there may be loan forgiveness options available, including PSLF, and to direct them to the Federal Student Aid website and FedLoan Servicing to learn more about PSLF.

b. Navient has created forms that can be sent via email to borrowers who request additional information about PSLF or express interest in PSLF.

c. Navient has maintained regular monitoring of customer service representatives to ensure they are complying with and adhering to policies and procedures such as the policies and procedures described herein as part of Navient's quality assurance process.

3. <u>Update Website and Chat Communications With Borrowers</u>

a. Navient has maintained direct links to the National Student Loan Data System for Students ("NSLDS") on its website.

b.  Navient has implemented procedures requiring customer service representatives to look for keywords or phrases that indicate borrowers' possible eligibility for forgiveness programs and to ask leading questions regarding forbearance and repayment options and/or provided additional information about loan forgiveness including PSLF, during webchat conversations, including by directing borrowers to the Federal Student Aid website or directing them to call FedLoan Servicing.

4.  <u>Training and Monitoring of Call Center Representatives</u>

a.  Navient has provided training to customer service representatives on the practice enhancements described above and has maintained required training (including classroom training and on-the-job training) on PSLF for customer service representatives.

b.  Navient has maintained regular monitoring of a sample of calls by customer service representatives to ensure that they are complying with and adhering to policies and procedures including the policies and procedures described herein.

c.  When a job aid was changed or updated, an alert was sent to all customer service representatives via [mechanism] providing the updated job aid for review.

5.  <u>Maintenance and Certification</u>

a.  Navient implemented the practice enhancements specified in Section V.B.1-3 of the Settlement Agreement and set forth above on or about [date]. Plaintiffs' counsel was provided with documentation on a confidential basis on [date] sufficient to show such implementation.

b.  The business practice enhancements specified in Section V.B.1-3 and set forth above remain in effect to the present.

c.  [If applicable] Navient has updated the materials specified in Section V.B.1-3 and set forth above consistent with the following changes in the statutory and regulatory scheme governing loan forgiveness:

    i.  [Describe changes to practice enhancements as a result of statutory/regulatory changes]

3

Dated:      [date]

By:    */s/ DRAFT* _____
        Name:
        Position: