# Exhibit 9

*Hyland v. Navient Corp.*, No. 18-cv-9031-DLC-BLM (S.D.N.Y.)
Discounted Hourly Rates For Attorneys And Paraprofessionals
Reporting Period From Inception Through August 21, 2020

| Timekeeper | Title | Discounted Rate | Hours | Subtotals |
|---|---|---|---|---|
| Allamby, Jade | Bench Attorney | $400.00 | 680.8 | $272,320.00 |
| Allison, Ryan | Associate | $616.00 | 268.9 | $165,642.40 |
| Ambrose, Evan | Staff Attorney | $400.00 | 492.7 | $197,080.00 |
| Auzoux, Lydia | Bench Attorney | $320.00 | 841.0 | $269,120.00 |
| Avellan, Ricardo | Senior Litigation Support | $160.00 | 1.0 | $160.00 |
| Baum, Lauren | Bench Attorney | $320.00 | 403.1 | $128,992.00 |
| Botchkina, Katya | Summer Associate | $440.00 | 4.5 | $1,980.00 |
| Brunstad, Alex | Paralegal | $280.00 | 2.6 | $728.00 |
| Budetti, Dominic | Summer Associate | $440.00 | 235.1 | $103,444.00 |
| Coon, David | Associate | $616.00 | 223.9 | $137,922.40 |
| Davis, Alan | Senior Litigation Support | $200.00 | 24.8 | $4,960.00 |
| Dow, Nicole | Paralegal | $280.00 | 1.3 | $364.00 |
| Eyjolfsson, Gudmundur | Staff Attorney | $400.00 | 28.5 | $11,400.00 |
| Fontaine, Yuri La | Senior Litigation Support | $160.00 | 246.1 | $39,376.00 |
| Freedman, Edie | Paralegal/Operations | $280.00 | 85.4 | $23,912.00 |
| Galustyan, Roza | Bench Attorney | $320.00 | 20.5 | $6,560.00 |
| Gay, Faith E. | Partner | $1,232.00 | 145.5 | $179,256.00 |
| Ginzburg, Maria | Partner | $1,100.00 | 260.9 | $286,990.00 |
| Gonzalez, Jessica | Staff Attorney | $400.00 | 402.7 | $161,080.00 |
| Grant, Emily | Summer Associate | $440.00 | 60.9 | $26,796.00 |
| Gutierrez, Kristen | Managing Clerk | $280.00 | 32.2 | $9,016.00 |
| Halligan, Caitlin | Partner | $1,100.00 | 36.8 | $40,480.00 |

| Timekeeper | Title | Discounted Rate | Hours | Subtotals |
|---|---|---|---|---|
| Herold, Marjory | Staff Attorney | $440.00 | 13.2 | $5,808.00 |
| Holness, Janice | Bench Attorney | $320.00 | 407.3 | $130,336.00 |
| Jewett, Hilary | Staff Attorney | $440.00 | 109.7 | $48,268.00 |
| Kakanas, Debbie | Paralegal | $360.00 | 8.2 | $2,952.00 |
| Konanova, Lena | Partner | $816.00 | 682.1 | $556,593.60 |
| Krock, Ron | Associate | $640.00 | 558.9 | $357,696.00 |
| LaCruise, Tyrik | Summer Associate | $440.00 | 25.9 | $11,396.00 |
| Larkin, Megan | Associate | $640.00 | 201.1 | $128,704.00 |
| Lee, Koo | Staff Attorney | $360.00 | 505.6 | $182,016.00 |
| Liu, Tom | Staff Attorney | $360.00 | 537.6 | $193,536.00 |
| Margolin, Josh | Partner | $788.00 | 1.3 | $1,024.40 |
| Martinez, Christine | Paralegal | $280.00 | 306.2 | $85,736.00 |
| McGivney, Jessica | Paralegal/Operations | $280.00 | 121.7 | $34,076.00 |
| Mendoza, Yamilet | Paralegal/Operations | $280.00 | 6.0 | $1,680.00 |
| Metzger, Daniel | Associate | $572.00 | 4.3 | $2,459.60 |
| Miah, Nobin | Managing Clerk | $280.00 | 57.2 | $16,016.00 |
| Miller, Edward | Managing Clerk | $400.00 | 38.5 | $15,400.00 |
| Moussa, Jason | Bench Attorney | $320.00 | 209.5 | $67,040.00 |
| Nemetz, Amy | Associate | $660.00 | 91.7 | $60,522.00 |
| Offenhartz, Jesse | Paralegal/Operations | $280.00 | 1.2 | $336.00 |
| Pajaczkowski, Aldona | Paralegal | $280.00 | 1.5 | $420.00 |
| Pena, Jasmine | Paralegal/Operations | $280.00 | 11.2 | $3,136.00 |
| Peters, Arielle | Paralegal | $280.00 | 9.2 | $2,576.00 |
| Peterson, Dianne | Staff Attorney | $400.00 | 246.4 | $98,560.00 |
| Pinkhasov, Eduard | Senior Litigation Support | $160.00 | 25.9 | $4,144.00 |
| Pugh, Abbie | Staff Attorney | $440.00 | 405.4 | $178,376.00 |

3

| Timekeeper | Title | Discounted Rate | Hours | Subtotals |
|---|---|---|---|---|
| Rasquinha, Alexis | Paralegal/Operations | $280.00 | 10.4 | $2,912.00 |
| Rathgeber, William | Associate | $616.00 | 9.9 | $6,098.40 |
| Rivera, Wilma | Paralegal/Operations | $280.00 | 0.5 | $140.00 |
| Roache, Elizabeth | Staff Attorney | $440.00 | 67.6 | $29,744.00 |
| Ryan, Terry | Staff Attorney | $440.00 | 164.7 | $72,468.00 |
| Schultz, Mone't | Paralegal/Operations | $280.00 | 0.2 | $56.00 |
| Shine, Oscar | Associate | $704.00 | 12.8 | $9,011.20 |
| Siller, Maggie | Associate | $704.00 | 1,405.9 | $989,753.60 |
| Smith, Leigh | Staff Attorney | $440.00 | 158.9 | $69,916.00 |
| Tetro, Kortney | Paralegal | $280.00 | 4.0 | $1,120.00 |
| Trippe, Lane | Staff Attorney | $440.00 | 12.5 | $5,500.00 |
| Weatherwax, Jordan | Associate | $552.00 | 1.0 | $552.00 |
| Zhang, Henry | Paralegal/Operations | $280.00 | 20.4 | $5,712.00 |
| Zimmerman, Lauren | Associate | $640.00 | 728.9 | $466,496.00 |
| | | | | |
| **Totals** | | | 11,683.7 | $5,915,865.60 |