**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHRYN HYLAND, MELISSA GARCIA, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC,<br><br>    Defendants. | No. 18-cv-9031-DLC-BLM |

## DECLARATION OF JESSICA JENKINS REGARDING NOTICE BY EMAIL, MAIL, AND PUBLICATION

I, Jessica Jenkins, declare as follows:

1.      I am a Senior Project Manager at Rust Consulting, Inc. ("Rust").  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could competently testify about them.  I am authorized to submit this Declaration on behalf of Rust.

2.      Rust specializes in class action notification and claims administration services, including telephone support and web-based support, direct mail services, claims processing, and settlement fund distribution.  Rust has extensive experience in class action matters, having provided services in class actions ranging in size from 100 to 100 million settlement class members, and has provided notification and/or claims administration services for over 7,000 settlements.

3.     I submit this declaration in order to provide the Court with information regarding Rust's Settlement Administrator services related to this matter, which have included the following to date:

    a.  Establishing and maintaining the Class Settlement Website www.PSLFSettlement.com to provide potential Settlement Class Members with access to the Court-approved Long Form Notice and Short Form Notice, both in English and Spanish, along with other settlement-related documents, answers to frequently-asked questions, and a timeline of important settlement-related dates and events. Attached hereto as Exhibit A are true and correct copies of the Long Form Notice and Short Form Notice in English and Spanish;

    b.  Establishing a post office box (P.O. Box 44, Minneapolis, MN 55440-0044) to receive undeliverable mail, objections, and correspondence from Settlement Class Members;

    c.  Establishing and maintaining a settlement-specific toll-free telephone number, 1-877-906-1589, which Settlement Class Members may call to listen to pre-recorded questions and answers regarding the Settlement, to speak directly to a Customer Service Representative regarding the Settlement, or to request that a Short Form Notice be mailed to them;

    d.  Emailing and mailing of the Court-approved Short Form Notice to all identified Settlement Class Members; and

    e.  Facilitating publication of the Short Form Notice in three national newspapers.

## EMAILING OF THE SHORT FORM NOTICE

4.      On June 26, 2020, Rust received a list of 476,728 individual records identified by Defendant as containing Settlement Class Member information according to its internal records. Of the 476,728 records, 635 were blank as to name, address, and email address.  A mailing address and/or email address was provided for the remaining 476,093 Settlement Class Members.  On July 23, 2020, Rust was provided with the mailing addresses for the above-referenced 635 blank records.

5.      On July 10, 2020, Rust caused the Short Form Notice to be emailed to the 474,832 Settlement Class Members whose record contained a potentially valid email address. Attached hereto as Exhibit B is a true and correct copy of the emailed Short Form Notice. Of the emails sent, 10,714 were returned as undeliverable or the email address was determined to be invalid. Of the 10,714 Settlement Class Members who did not receive the emailed Short Form Notice, a mailing address was available for 10,711, and those were denoted to receive a Short Form Notice by mail.

## MAILING OF THE SHORT FORM NOTICE

6.      The address information for the 10,711 Settlement Class Members that did not receive the emailed Short Form Notice, along with 1,261 Settlement Class Members that had no available email address at the time the Short Form Notice was emailed, was sent to the National Change of Address service to ensure adequate address formatting and to qualify for postal discounts.

7.      On August 3, 2020, Rust caused the Short Form Notice to be mailed by postcard to a total of 12,646 potential Settlement Class Members.  This total included 10,711 Settlement Class Members that did not receive the emailed Short Form Notice, 1,261 Settlement Class Members

that had no available email address at the time the Short Form Notice was emailed, 635 Settlement Class Members for whom the mailing address was provided on July 23, 2020, and 44 potential Settlement Class Members who requested that a Short Form Notice be mailed to them. Attached hereto as Exhibit C is a true and correct copy of the mailed Short Form Notice.

8. As of August 27, 2020, the USPS has returned 1,078 Short Form Notices as undeliverable without forwarding addresses. A skip trace, using all available information, has been performed on 1,052 undeliverable Short Form Notices in an attempt to obtain a new address for each Settlement Class Member. Of the 1,052 traces performed, 835 have resulted in updated addresses. Short Form Notices have been or will soon be re-mailed to these 835 Settlement Class Members. Of the Short Form Notices re-mailed to date, two (2) have been returned as undeliverable a second time.

9. As of August 27, 2020, the USPS has returned 23 Short Form Notices with forwarding addresses. Rust re-mailed the Short Form Notices to these Settlement Class Members.

10. Ultimately, despite Rust's reasonable efforts to obtain updated address information and re-mail Short Form Notices as outlined in paragraphs 8 and 9 above, 219 of the Short Form Notices remain undeliverable as of August 27, 2020.

### PUBLICATION OF THE SHORT FORM NOTICE

11. On August 3, 2020, Rust caused the Short Form Notice to be published in three national newspapers: the New York Times, USA Today, and the Wall Street Journal. Attached hereto as Exhibit D is a true and correct copy of the published Short Form Notice.

### SETTLEMENT CLASS MEMBER COMMUNICATIONS

12. As of August 27, 2020, there have been 4,160 calls to the toll-free phone number.

13. As of August 27, 2020, there have been 53,851 unique website visits.

14.    As of August 27, 2020, Rust has received 11 pieces of general correspondence. These are general requests for address updates or requests to mail a Short Form Notice.

15.    As of August 27, 2020, Rust has received 35 objections to the Settlement.  Attached hereto as Exhibit E is a list of the individuals who have submitted objections to the Settlement.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.


Executed this 27th day of August, 2020, in Brooklyn Park, Minnesota.


_____
Jessica Jenkins

5