HOUSTON KIRKALDIE
REG. NO. 13092-059
FCC-YAZOO CITY MEDIUM
P.O. BOX 5000
YAZOO CITY, MS 39194-5000

August 1, 2020

CASE NO. 18-CIV. -9031

RE: REQUEST FOR CLAIM FORM
Hyland, et al. v. Navient Corp. et al.

Dear Settlement Administrator/Claims Administrator/Clerk of the Court:

Respectfully I submit this letter in regards to the above cited class action civil suit. As a class Member, I have yet to receive a current CLAIM FORM.

Upon receipt of this letter, could you please send me a CLAIM FORM. I would greatly appreciate it. As you know there are deadlines and/or closing dates to meet a claim filing. Your valued prompt response and help with this pertinent matter would be very much appreciated. I look forward to your prompt response. Should you have any further questions and/or concerns, please feel free to contact me. Thank you again. I remain.

Sincerely:

Houston Kirkaldie

CC: FILE
HK: cc/sa/ca
U.S. District Court
Southern District of New York
U.S. Courthouse
Clerk of the Court
52 Duane Street
New York, NY 10007-1226

Case 1:18-cv-09031-DLC Document 138 Filed 08/31/20 Page 2 of 3



Houston Kirkaldie #13092-059
Federal Correctional Complex
Yazoo City Medium · P.O. Box 5000
Yazoo City, MS 39194-5000

Request For
Claim Form

JACKSON MS 390

14 AUG 2020 PM 1 L

USA FOREVER

U.S District Court
Southern District of New York
U.S. Courthouse
Clerk of the Court
52 Duane Street
New York, NY 10007-1206

Houston Kirkaldie #13092-059
Federal Correctional Complex
Yazoo City Medium
PO Box 5000
Yazoo City MS 39194-5000

NEOPOST    FIRST-CLASS MAIL
08/25/2020
US POSTAGE $000.50⁰

ZIP 10007
041M11462444

NEW YORK
NY 100
25 AUG '20
PM 7 L

Pro Se Intake
KY

United States District Court
US Courthouse
Clerk of the Court
500 Pearl Street
New York, NY 10007

10007-131508

RECEIVED
SDNY PRO SE OFFICE
2020 AUG 31  AM 11:47