Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Lena Konanova
212 390 9010
lkonanova@selendygay.com



September 1, 2020


**<u>Via ECF</u>**

Hon. Denise Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007


**Re:    *Hyland, et al. v. Navient Corp., et al*, No 1:18-cv-09031**

Dear Judge Cote,

      We write respectfully regarding a docketing issue in the above-referenced action.  On August 25, 2020, the clerk's office uploaded a letter from a purported absent class member, Samantha Santangelo, concerning the proposed settlement in this case, appending a "Supplemental Verified Complaint."  Dkt. 114.  On August 27, 2020, the docket was updated to reflect the "Supplemental Verified Complaint" as a separate entry (Dkt. 115), with a cover page of the Amended Complaint filed by class counsel on January 16, 2019 at Dkt. 32, a stamp from the *pro se* office, and a handwritten note that says "Regarding this case" with an arrow pointing to the caption.  On August 31, 2020, the docket was further updated to reflect that the filings at Dkts. 114 and 115 were "accepted for filing per chambers."

      We wish to clarify that the documents filed at Dkts. 114 and 115 are not additional pleadings in this matter; class counsel did not file any complaint and is not pursuing any individual claims on behalf of Ms. Santangelo.  Per this Court's Preliminary Approval Order, "all proceedings in this Litigation other than those necessary to carry out and enforce the terms and conditions of the Settlement Agreement and this Order, are stayed"; the Court specifically "enjoin[ed] all Settlement Class Members from asserting or maintaining any claims to be released by the Settlement Agreement until the date of the Final Approval Hearing."  Dkt. 108, ¶ 24.

Hon. J. Cote
September 1, 2020

2

Absent direction from the Court otherwise, class counsel intends to treat Ms. Santangelo's letter and appended complaint as an objection to the proposed settlement and will respond to it on or before September 25, 2020, pursuant to the procedure set forth in the Court's Preliminary Approval Order.  Dkt. 108, ¶¶ 16-17.

Respectfully submitted,

Lena Konanova

Cc:    All counsel of record (via ECF).