# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

KATHRYN HYLAND, MELISSA GARCIA, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH, individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC,

*Defendants.*

Case No. 1:18-cv-09031



## WITHDRAWAL OF APPEARANCE

Selendy & Gay PLLC, counsel for Kathryn Hyland, Melissa Garcia, Elizabeth Taylor, Jessica Saint-Paul, Rebecca Spitler-Lawson, Michelle Means, Elizabeth Kaplan, Jennifer Guth, Megan Nocerino, and Anthony Church (collectively "Plaintiffs"), hereby informs the Court that Margaret Siller is no longer associated with the firm, and requests that the Court withdraw the appearance of Ms. Siller as counsel in this matter.

Granted.  September 1, 2020.

_____
DENISE COTE
United States District Judge

Dated: August 31, 2020

Respectfully submitted,

*/s/ Lena Konanova*

Lena Konanova
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
(212) 390-9000
lkonanova@selendygay.com

*Attorney for Plaintiffs Kathryn Hyland, Melissa Garcia, Elizabeth Taylor, Jessica Saint-Paul, Rebecca Spitler-Lawson, Michelle Means, Elizabeth Kaplan, Jennifer Guth, Megan Nocerino, and Anthony Church*