July 18, 2020

Kimberly Gardner-Formerly Blackshear
1277 Devonshire Curve
Bloomington; MN 55431
612-214-1684
Kgardner31966@gmail.com

Hyland et, al V Navient Corp et, al
No. 18-CIV-9031



      Re: Navient Settlement
      No. 7041993284

Dear Honorable Judge Cote,

I have read the settlement and believe that I am in the class that this settlement encompasses. I FULLY OBJECT to the current settlement that is offered. The actions that Sallie Mae/Navient Federal Loan Servicing have had is a direct impact on my loans as well as those of my fellow students. It is my hope that your honor of the court will find that this settlement supports the misconduct of Navient and not myself, the student.

Although my educational journey started in 1994 as a public service worker, I continued my education up until 2012. My career shifted due to employer unfairness and systematic discrimination. While repaying my loan it would have been helpful to understand how paying them back would make my life easier. I would receive calls or call the loan office trying to make sure my payments were on time and if I could afford payments on my salary which continued to fluctuate due to issues, I was having in the workplace. Not only that, I was a student, employee and mother of three children. When a loan servicer is misleading or not providing pertinent information this not only shows a lack of concern and negligence but has caused mental and financial strain. This does not deserve an apology, but a consequence.

It was stated in the settlement received that Sallie Mae/Navient would do better to inform and educate future students about the PSLF programs, but what about students who have already been affected and not informed or educated. I don't believe that the expenditure that is offered to pay towards educating and training is equivalent to the damage that has been done to students.

As your honor decides upon a settlement it should be our loans. I am asking to be relieved of my remaining loan in it's entirely. Current loan balance of 304, 833.77

Respectfully,

Kimberly Gardner M.Ed., MA, LGSW

July 18, 2020

Kimberly Gardner-XXX-XX-5374

Cover Page

| October 2012 | Sallie Mae/Navient Servicer Letter |
| January 3, 2013 | Sallie Mae Consolidation Service Letter |
| January 4, 2013 | Sallie Mae Servicer of Student Loans |
| April 2013 | My Letter/Request for Income Based Repayment |
| November 2014 | Navient Denial of Income Based Application |
| December 2014 | Letter to Navient Regarding Denial |
| | Letter of Approval from Navient |

National Student Loan Data System Reports 1985-2013
Payment History 2013-2020

Kimberly Gardner XXX-XX-5374
No. 7041993284
Student Loan Payment History

| MONTH | 2013 Payments to Sallie Mae /Navient 2013-2016 | 2014 | 2015 | 2016 | Ongoing request for records from Sallie Mae/Navient & Fed Loan 2013-2016 None received to date |
|---|---|---|---|---|---|
| January | | | 1/20 $103. | | Payment history listed received from my bank for 1/2015-10/2016 |
| February | | | 2/12 $103. | | |
| March | | | 3/13 $131.63 | | |
| April | | | 4/14 $103. | | |
| May | | | 5/12 $103. | | |
| June | | | | 6/20 $91.78 | |
| July | | | | | |
| August | | | | 8/1 $91.78 | |
| September | | | | 9/27 $91.78 Loan transfer Loan adjustment to Fed Loan | |
| October | | | | 10/25 $91.78 | |
| November | | | | | |
| December | | | | | All payments to Fed Loan from 9/16-2020 |
| | 2017 | 2018 | 2019 | 2020 | Payments from my bank and Fed Loan web account listed |
| January | 1/16 $183.56 | 1/15 $44.44 | 1/14 $307.06 | 1/22 $366.65 | |

| | 1/31 $91.78 | | | |
|---|---|---|---|---|
| February | | 2/12 $44.44 Rebate adjustment | 2/13 $307.06 | 2/12 $366.65 |
| March | 3/16 $183.56 | 3/13 $44.44 | 3/19 $307.06 | 3/12 $323. COVID-19 STATUS- no payments until 9/2020 |
| April | 4/12 $91.78 | 4/20 $44.44 | 4/19 $307.06 | |
| May | | 5/21 $44.44 | 5/17 $307.06 | |
| June | | 6/15 $44.44 | 6/19 $307.06 | |
| July | | 7/16 $44.44 | 7/12 $307.06 | |
| August | 8/12 $58.70 | 8/14 $307.06 | 8/13 $366.65 | |
| September | 9/26 $44.44 | 9/11 $307.06 | 9/17 $366.65 | |
| October | 10/23 $44.44 | 10/16 $307.06 | 10/15 $366.65 | |
| November | 11/28 $44.44 | 11/12 $307.06 | 11/16 $366.65 | |
| December | 12/19 $44.44 | 12/15 $307.06 | 12/17 $366.65 | |
| | | | | Principal: $ 228,003.63 Interest: 76,830.14 Total: 304,833.77 |

 **SallieMae** ® DEPARTMENT OF EDUCATION LOAN SERVICES

**NAVI≡NT.** Department of Education Loan Servicing

P.O. Box 9450
Wilkes-Barre, PA 18773

743 066661 133321 1/2
KIMBERLY BLACKSHEAR
620 E 78TH ST APT 205
RICHFIELD MN 55423-4419

# Say hello to Navient℠ - Department of Education

# Loan Servicing.

We're pleased to announce that starting October 13th you'll be a Navient – Department of Education Loan Servicing customer. This past spring we communicated to you that Sallie Mae became two separate and distinct companies—Sallie Mae and Navient. We did this in order to maximize our focus, expertise and serve you better. It's an exciting time here at Navient as we embark on this new journey with you in mind.

## Visit Navient.com

- Check us out at Navient.com to learn more. Bookmark our site now for future use.

- **Starting October 13th, log in to Navient.com to view, manage, and repay your loans.**

- Use the same user ID and password you've always used to log in to your account.

# We've worked to make this transition as smooth as possible

# for you.

As a result, there will be no change to:

- Our phone numbers and addresses
- Terms, conditions, and benefits of your existing loans

If you're currently not required to make payments on your loan(s), there's nothing else you need to do. If you're already making payments, please review the information below for simple changes:



**GO Paperless**

**Log in to your account and sign up for emails today.**

Select "MY ACCOUNT" at the top of the page — then select "Edit email address and permissions."

| If you currently pay through... | Here's what you'll need to do beginning October 13th... |
| --- | --- |
| Our auto debit program | • There's nothing you need to do. We'll take care of it for you.<br>• The withdrawals from your bank account will reflect Navient.<br>• To view your set up, cancel or make updates, log in to Navient.com. |
| Online bill pay service through your bank | • Log in to the website you use to send payments.<br>• Update our payee information with the name Navient. |
| Our website | • You'll make payments on Navient.com.<br>• Bookmark Navient.com today for future use.<br>• Note: our website will be temporarily unavailable beginning Friday night October 10th thru Saturday afternoon October 11th while we complete this transition. |
| Personal check | • Write your check out to Navient.<br>• Use the same payment address you use today. |



9925517740E

856661 133322 2/2

## Here's a timeline to keep you in the loop every step of the way:

**May** > **August** > **Today** > **October 13th**

| FIRST LOOK | ALMOST THERE | GET READY | IT'S OFFICIAL |
|---|---|---|---|
| Introduction to Navient. | Heads up on what's changing. | What you need to do to prepare. | Welcome to Navient! New name, new look, new focus: you. |

We appreciate the opportunity to help you navigate the path to financial success. If you have questions, give us a call at 800-722-1300 and we'll be more than happy to help you out.

Looking forward to our future together!

Sincerely,

Mike Maier
Senior Vice President
Office of the Customer Experience
Navient

Learn more by visiting
**Navient.com/future**

**Connect with @NavientSocial**
Starting this fall, follow Navient Social on Facebook, Twitter, and LinkedIn to get tips to help you successfully pay your loans, budget, improve your credit score, and more.

  

---

Electronic Communication Permissions

Navient, as the servicer of your loan(s), will continue to communicate with you in accordance with the preference you previously provided prior to October 13, 2014. To learn more about your options, or to make updates to your communication preference or email address, please visit us at Navient.com.

Tax Statements

Early in 2015, Navient will send to you eligible IRS 1098 tax documents for your 2014 tax return. Tax information will also be made available online at Navient.com. If you would like to change the manner in which we send you tax information, request a paper copy, or update your contact information, please contact us at navienttaxinfo@navient.com or write to us at P.O. Box 9635 Wilkes-Barre, PA 18773-9635.

You are receiving this communication because of your role as a borrower, cosigner/maker, or endorser.

Reminder: Our contact information has not changed. Check out your statement or go online for the correct payment and correspondence address.

© 2014 Sallie Mae Bank. All rights reserved. Sallie Mae and the Sallie Mae logo are service marks or registered service marks of Sallie Mae Bank or its subsidiaries. SLM Corporation and its subsidiaries, including Sallie Mae Bank, are not sponsored by or agencies of the United States of America.

© 2014 Navient Solutions, Inc. All rights reserved. Navient and the Navient logo are service marks of Navient Solutions, Inc. Navient Corporation and its subsidiaries, including Navient Solutions, Inc., are not sponsored by or agencies of the United States of America.

CC-14-10360 U911 0814



9925517740E



DEPARTMENT OF EDUCATION LOAN SERVICES

P.O. Box 9450
Wilkes-Barre, PA 18773



Department of Education
Loan Servicing

137040 137040 1/1
KIMBERLY  BLACKSHEAR
620 E 78TH ST APT 205
RICHFIELD MN 55423-4419

# Sallie Mae® - Department of Education Loan Services is now

# Navient^SM - Department of Education Loan Servicing.

This past spring, Sallie Mae became two companies—Sallie Mae and Navient. Because of the loan(s) you have, you'll become a Navient customer starting this fall. Rest assured your loan(s) has not been sold.

**Who is Navient?**

Although our name is new, for more than 40 years we learned, evolved and led in loan management. Navient will be your servicer for federal loans, including Department of Education loans. As Navient, we're proud to help you navigate the path to financial success and we're here to help you successfully manage and repay your loans, which we'll continue to service on behalf of the U.S. Department of Education.

**We've worked to make this transition as easy as possible for you.** As a result, there will be no change to:

- Our phone numbers and addresses
- Terms, conditions and benefits of your existing loans

**What to expect this fall**

As a Navient customer, you'll go to Navient.com to view, manage, and repay your loans, using the same login information that you've always used. Bookmark Navient.com today for future use.

If you're currently not required to make payments on your loan(s), there's nothing else you need to do. If you're already making payments, please review the information below for simple changes to make:

| If you currently pay through... | Here's what you'll need to do... |
| --- | --- |
| Our auto debit program | • There's nothing you need to do. We'll take care of it for you.<br>  *(The withdrawals from your bank account will soon reflect Navient)* |
| An online bill pay service (such as your bank's bill pay service or other entity that sends payments) | • Log in to the website you use to send payments.<br>• Update our payee information with the name Navient. All other information can stay the same. |
| Our website | • Starting this fall, you'll make payments on Navient.com.<br>• Bookmark Navient.com today for future use. |
| A personal check | • Write your check out to Navient.<br>• Use the same addresses you use today. |

At Navient, we are excited to continue to service your loan(s) on behalf of the Department of Education. We'll continue to provide you with information over the coming months to help keep you up to date. In the meantime, if you have any questions, you can learn more at SallieMae.com/future.

For information visit SallieMae.com/future

*You are receiving this communication because of your role as a borrower, cosigner/maker, or endorser.

CC-14-10266 U881 0714



9925517740E



**SallieMae**  DEPARTMENT OF EDUCATION
® LOAN SERVICES
PO BOX 9635
WILKES-BARRE PA 18773-9635

(800) 722-1300

OVFL- 130104    0104 001424 005624 000001/000005 000000

Account Number: **9925517740-1**

KIMBERLY BLACKSHEAR
620 E 78TH ST
RICHFIELD MN 55423-4473

01/03/13

Dear KIMBERLY BLACKSHEAR:

We're pleased to service your new Direct Consolidation Loan on behalf of the U.S. Department of Education. To make managing your account easy, we'd like to share some helpful tips with you.

**Managing Your Account Online**
Access your account information anytime by creating or logging in to your account at SallieMae.com. While online, you can view loan details, make payments, and review available repayment options.

If you already have a loan serviced by Sallie Mae, and have created an online account, you can use the same login information.

**Making Payments**
**Repayment:** Be sure to start using the payment address shown below immediately. Soon you'll receive your monthly billing statement along with payment instructions.

**Income-Related Repayment Option Note:** If you applied for Income-Based Repayment (IBR) or Income-Contingent Repayment (ICR) during the consolidation process, your application is now being reviewed. We'll notify you whether it has been accepted or denied.

**Addresses to Remember**
**Correspondence:**
Sallie Mae - Department of Education Loan Services
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

**Payments:**
Department of Education
P.O. Box 740351
Atlanta, GA 30374-0351

**Auto Debit**
A 0.25% interest rate reduction is available for your consolidation loan* and you can apply for it by logging in to your account at

**Loan Information**  *If you have questions or concerns about your account, write to us at the address provided above.*
The loans listed below are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * 01/02/13 | $ 73,735.21 | $ 73,735.21 | 7.000 | DLSUBCONS |
| * 01/02/13 | 138,368.53 | 138,368.53 | 7.000 | DLUSUBCONS |

SallieMae.com

PHONE (800) 722-1300  •  FAX (866) 266-0178  •  TDD/TTY (877) 713-3833

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al 1-800-722-1300, y marque el numero correspondiente.

992551774005872498

LWL31

Account Number: **9925517740-1**

01/03/13

Page 2

SallieMae.com. Please note that because enrollment can take several days to process, you may want to make this month's payment online or mail it to the new address listed above.

Don't forget to update your contact information at SallieMae.com where you can also choose to receive account communications like this one via email.

**Questions?** You're welcome to visit us online at SallieMae.com, or call us toll free at 800-722-1300. We're here to help you Monday - Thursday 8 a.m. to 9 p.m., and Friday 8 a.m. to 8 p.m., ET.

We appreciate the opportunity to serve you.

Sincerely,

Sallie Mae - Department of Education Loan Services

*An auto debit benefit may be available for as long as your monthly payment amount is successfully deducted from the designated bank account. This benefit is suspended during periods of deferment or forbearance.

**Important Disclosures:**
**Electonic Check Conversion:** When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account the same day we receive your payment, and you will not receive your check

## Loan Information
The loans listed below are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| | $ | $ | | |

LWL32

Account Number: **9925517740-1**

Page 3

back from your financial institution.

**Important Fair Credit Reporting Act Notice:** The Fair Credit Reporting Act requires us to notify you that we may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Privacy Notice:** Enclosed is a copy of the U.S. Department of Education's privacy notice, which outlines their policy regarding the collection, sharing, and protection of customer information. If you have any questions regarding this policy, please call Sallie Mae - U.S. Department of Education at 800-722-1300.

**SallieMae**  DEPARTMENT OF EDUCATION
LOAN SERVICES
PO BOX 9635
WILKES-BARRE PA 18773-9635                                    (800) 722-1300

OVFL- 130105    0105 001919 005928 000001/000004 000000        Account Number: 9925517740-1

KIMBERLY BLACKSHEAR
620 E 78TH ST
RICHFIELD MN 55423-4473

Dear KIMBERLY BLACKSHEAR:                                      01/03/13

We're pleased to service your student loan(s) on behalf of the U.S.
Department of Education. Please find your standard repayment schedule,
which provides equal monthly payments of principal and interest for the
term of your Direct PLUS Loan(s), to be enclosed.

To help make payments more manageable, we offer several repayment
options that may be available to you.

**Graduated Repayment**
On an eligible Direct PLUS loan, payments will initially be reduced and
then increased over a period of time (every two years) until the loan is
paid off.

**Extended Repayment**
If you did not have an outstanding federal student loan(s) as of October
7, 1998, or paid off your outstanding loan(s) before receiving a new
loan after October 7, 1998 and your Federal Direct Loan Program Loan
balance exceeds $30,000, then you're eligible for the 25-year extended
repayment plan. If you are eligible for this plan, you can elect to have
your payments calculated using the standard repayment method or the
graduated repayment method.

**Income-Contingent Repayment**
This plan allows you to base your monthly payment amount on your
adjusted gross income, family size, and the total amount of your
loan(s). Parent PLUS Loans are ineligible for this repayment plan.

**Income-Based Repayment**
If you meet the federal definition of partial financial hardship, you
may qualify for a reduction in your monthly payment under this plan. The
reduction is based on a federal formula that considers your income,
state of residence, and your family size.

**Deferment Options**
If you're a Graduate PLUS Loan borrower and your school has certified
your in-school status as at least half time, your Graduate PLUS loan
will be automatically placed in an In-School Deferment. If your loan was
first disbursed on or after July 1, 2008, you'll also receive a
six-month post-enrollment deferment. While in these deferments, payments
are not required.

If you're a Parent PLUS loan borrower you may be able to defer making
payments:

PHONE (800) 722-1300    •    FAX (866) 266-0178    •    TDD/TTY (877) 713-3833

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al 1-800-722-1300, y marque el numero correspondiente.
H312    SYSTEM    0001                                         9925517740058724 90

Page 2

01/03/13

- While the student on whose behalf the loan was made is enrolled in school at least half time and during a six-month post-enrollment period. These deferment options, available upon your request, are only available if your Parent PLUS loan(s) was first disbursed on or after July 1, 2008.
- Or, while you're enrolled at least half time in school.

Keep in mind, you have the option to end a deferment and begin making payments at any time.

## Interested in any of these options?

Simply log in to your account at SallieMae.com where you can download a form to change repayment plans. At any time during your repayment period you can request to change from one repayment plan to another. You can also check the status of your loan(s), choose a payment method such as online billing or automatic debit, update your email address and account information, and even request deferment or forbearance.

For your convenience, we've simplified repayment by combining your U.S. Department of Education-owned federal loans into one bill to give you one monthly payment.*

It's important to make your loan payments on time to establish good repayment habits, build good credit, and earn and retain repayment benefits on eligible loans. And remember, there are no penalties if you choose to prepay your loan(s).

**Questions?** You're welcome to visit us online at SallieMae.com, or call us toll free at 800-722-1300. We're here to help you Monday - Thursday 8 a.m. to 9 p.m., and Friday 8 a.m. to 8 p.m., ET.

We appreciate the opportunity to serve you.

Sincerely,

Sallie Mae - Department of Education Loan Services

*Terms and conditions for each loan program continue to apply.

**SallieMae**  DEPARTMENT OF EDUCATION
LOAN SERVICES
PO BOX 9635
WILKES-BARRE PA 18773-9635                                    (800) 722-1300

KIMBERLY BLACKSHEAR
620 E 78TH ST
RICHFIELD            MN   55423-4473
99

Dear KIMBERLY BLACKSHEAR:                                    01/03/13

## U.S. Department of Education
## Gramm-Leach-Bliley Act Privacy Notice

In 1999, Congress enacted the Gramm-Leach-Bliley Act (Public Law
106-102). This Act requires that lenders provide certain information to
their customers regarding the collection and use of nonpublic personal
information. Because you have a loan held by the U.S. Department of
Education, we're sending you this Notice.

In general, the categories of nonpublic personal information collected
about you from your application, your educational institution and
consumer reporting agencies, include your address and other contact
information, demographic background, loan and educational status, family
income, Social Security number, employment information and collection,
repayment and credit histories.

We disclose nonpublic personal information to third parties as necessary
to process and service your loan(s) and as permitted by the Privacy Act
of 1974. The Privacy Act permits disclosure to third parties as
authorized under certain routine uses. Examples of disclosures permitted
under the Privacy Act include disclosure to federal and state agencies,
private parties such as relatives, present and former employers,
creditors and our contractors for purposes of administration of the
student financial assistance programs, for enforcement purposes, for
litigation and for use in connection with audits or other
investigations. We do not sell or otherwise make available any
information about you to any third parties for marketing purposes.

We protect the security and confidentiality of nonpublic personal
information by implementing the following policies and practices. All
physical access to the sites where nonpublic personal information is
maintained is controlled and monitored by security personnel. Our
computer systems offer a high degree of resistance to tampering and
circumvention. These systems limit data access to our staff and contract
staff on a "need-to-know" basis, and control individual users' ability
to access and alter records within the systems. All users of these
systems are given a unique user ID with personal identifiers. All
interactions by individual users with the systems are recorded.

PHONE (800) 722-1300    •    FAX (866) 266-0178    •    TDD/TTY (877) 713-3833    •    24 HRS/7 DAYS

**SallieMae**® DEPARTMENT OF EDUCATION
LOAN SERVICES
PO BOX 9635
WILKES-BARRE PA 18773-9635

(800) 722-1300

KIMBERLY BLACKSHEAR                                    Account Number: **9925517740-1**
620 E 78TH ST
RICHFIELD MN 55423-4473

Dear KIMBERLY BLACKSHEAR:                               01/03/13

Did you know you can save money by enrolling in our automatic debit
program? You may lower the interest rate on your student loan(s) listed
below by 0.250 percentage point(s)!

Borrowers who authorize the automatic debit of funds from a designated
bank account to cover their monthly education loan payments will receive
an interest rate reduction during repayment on eligible student loans.
Assuming the loan is serviced by Sallie Mae-Department of Education Loan
Services, the benefit remains available for as long as your monthly
payment is successfully deducted from the designated bank account.
**How to Get Started**

1. Log in to your account at **SallieMae.com**
2. Select the "Make a Payment" tab
3. Choose online billing or automatic debit to make your student
   loan payments

Although interest rate benefits vary, here are a couple examples of the
impact they can have:

Just by earning a 0.25% interest rate reduction on a $10,000 loan with a
6.8% interest rate or an 8.5% interest rate, the total amount you'll
have to pay could be reduced by as much as $153.00 or $159.00
respectively over a standard 10-year repayment period.

The actual impact to your loan amount may vary based on factors such as
loan program, interest rate, loan amount, in-school period, deferment
period, repayment period, benefit offered and qualification for the
benefit.

Please note that while your federal student loans may be sold while the
loans are outstanding, such a sale will not result in any change to the
loan terms or the loss of any advertised borrower benefits, which will
continue subject to their original terms and conditions. However,
federal student loan terms and advertised borrower benefits may change
if you choose to consolidate your loans.

**Loan Information** *If you have questions or concerns about your account, write to us at the address provided above.*
The loans listed below are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|-----------|---------------------|----------------------|---------------|--------------|
| * 01/02/13 | $ 73,735.21 | $ 73,735.21 | 7.000 | **DLSUBCONS** |
| * 01/02/13 | 138,368.53 | 138,368.53 | 7.000 | **DLUSUBCONS** |

PHONE (800) 722-1300  •  FAX (866) 266-0178  •  TDD/TTY (877) 713-3833               SallieMae.com

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al 1-800-722-1300, y marque el numero correspondiente.        992551774005872492



Account Number: **9925517740-1**

Page 2                                                                01/03/13

**Questions?** You're welcome to visit us online at SallieMae.com, where
you can log in 24/7 to access your account information.

We appreciate the opportunity to serve you.

Sincerely,

Sallie Mae - Department of Education Loan Services

# Loan Information
The loans listed below are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| | $ | $ | | |

**SallieMae**  DEPARTMENT OF EDUCATION
PO BOX 9635  ® LOAN SERVICES
WILKES-BARRE PA 18773-9635

(800) 722-1300

Account Number: **9925517740-1**

KIMBERLY BLACKSHEAR
620 E 78TH ST
RICHFIELD MN 55423-4473

Dear KIMBERLY BLACKSHEAR:                              01/04/13

We are pleased to service your education loan(s) on behalf of the
Department of Education. Under current Federal income tax law, you may
be eligible to deduct some or all of the interest you paid on any
qualified education loan. In order to be a qualified education loan, all
of the proceeds of a loan must be used solely to pay qualified higher
education expenses.

If the loan referenced below was incurred **solely** to pay qualified higher
education expenses, please sign the certification below and return it to
us within 10 business days from the date of this letter. To determine
whether the proceeds of the loan were used to pay qualified higher
education expenses, please consult your tax advisor, or IRS Publication
970, Tax Benefits for Education, available at www.irs.gov.

If you do not provide certification that the proceeds of the loan
referenced below were used solely to pay qualified higher education
expenses, we will not issue a Form 1098-E for interest paid on the loan.
It is important to note that you may **not** sign the certification for a
mixed-use loan because the proceeds of such a loan are not used solely
for qualified higher education expenses.

**Questions?** You are welcome to visit us online at SallieMae.com, or call
us toll-free at 800-722-1300. We are here to help you Monday - Thursday
8 a.m. to 9 p.m., and Friday 8 a.m. to 8 p.m., ET.

We appreciate the opportunity to serve you.

Sincerely,

Sallie Mae - Department of Education Loan Services

I certify that **all** of the loan proceeds referenced below are solely to
pay for qualified higher education expenses.

| Disbursement Date | Original Loan Amount | Program |
|---|---|---|
| 01/02/13 | 73,735.21 | DLSUBCONS |

SIGN HERE: _____  DATE:_____

**SallieMae** DEPARTMENT OF EDUCATION
® LOAN SERVICES
PO BOX 9635
WILKES-BARRE PA 18773-9635

(800) 722-1300

Account Number: **9925517740-1**

KIMBERLY BLACKSHEAR
620 E 78TH ST
RICHFIELD MN 55423-4473

Dear KIMBERLY BLACKSHEAR:                                    01/04/13

We are pleased to service your education loan(s) on behalf of the
Department of Education. Under current Federal income tax law, you may
be eligible to deduct some or all of the interest you paid on any
qualified education loan. In order to be a qualified education loan, all
of the proceeds of a loan must be used solely to pay qualified higher
education expenses.

If the loan referenced below was incurred **solely** to pay qualified higher
education expenses, please sign the certification below and return it to
us within 10 business days from the date of this letter. To determine
whether the proceeds of the loan were used to pay qualified higher
education expenses, please consult your tax advisor, or IRS Publication
970, Tax Benefits for Education, available at www.irs.gov.

If you do not provide certification that the proceeds of the loan
referenced below were used solely to pay qualified higher education
expenses, we will not issue a Form 1098-E for interest paid on the loan.
It is important to note that you may **not** sign the certification for a
mixed-use loan because the proceeds of such a loan are not used solely
for qualified higher education expenses.

**Questions?** You are welcome to visit us online at SallieMae.com, or call
us toll-free at 800-722-1300. We are here to help you Monday - Thursday
8 a.m. to 9 p.m., and Friday 8 a.m. to 8 p.m., ET.

We appreciate the opportunity to serve you.

Sincerely,

Sallie Mae - Department of Education Loan Services


I certify that **all** of the loan proceeds referenced below are solely to
pay for qualified higher education expenses.

| Disbursement Date | Original Loan Amount | Program |
|---|---|---|
| 01/02/13 | 138,368.53 | DLUSUBCONS |


SIGN HERE: _____    DATE:_____



April 10, 2013

Kimberly Blackshear

620 East 78th Street#205

Richfield; MN 55423

RE: 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

I am sending information to apply for the IBR (income based payment plan) due to my income and not currently working in the position in which I completed my education. I would also like to discuss the Loan Forgiveness process as I start re- paying on my loan. I was told that I was to make 120 payments and be employed 5 years to be eligible for the Loan Forgiveness Program.

Thank You

Kimberly Blackshear

 **NAVI=NT** Department of Education
Loan Servicing

 **U.S. Department of Education**
Information about your federal student loan

PO BOX 9635
WILKES-BARRE, PA 18773-9635

(800) 722-1300

00002426 008896 016796 1/1 000000 BXPROG01 141106 1106

KIMBERLY BLACKSHEAR
620 E 78TH ST
RICHFIELD MN 55423-4473

Account Number:    9925517740-1

Dear KIMBERLY BLACKSHEAR:

11/05/14

Thank you for your recent Teacher Loan Forgiveness request. Unfortunately, your request wasn't granted for the following reason(s):

Your consolidation loan contains loans that were
disbursed prior to October 1, 1998.
You are not eligible for the Teacher Loan
Forgiveness Program.

Therefore, your account has been returned to its previous status. If you're now required to begin making payments again, you'll receive a separate letter telling you when your next monthly payment is due.

If you haven't already done so, please take a moment to set up your account at Navient.com, where you can conveniently manage your loans online, make payments, sign up for automatic debit and much more.

**Questions?** You're welcome to visit us online at Navient.com, or call us toll free at 800-722-1300. We're here to help you Monday - Thursday 8 a.m. to 9 p.m., and Friday 8 a.m. to 8 p.m., ET.

We appreciate the opportunity to help you navigate the path to financial success.

Sincerely,

Navient - Department of Education Loan Services

**Loan Information** *If you have questions or concerns about your account, write to us at the address provided above.* The loans listed below are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| 01/02/13 | $ 74,254.36 | $ 75,763.10 | 7.000 | DLSUBCONS |
| 01/02/13 | $139,436.73 | $ 152,165.53 | 7.000 | DLUSUBCONS |

PHONE (800) 722-1300          FAX (866) 266-0178          TDD/TTY (877) 713-3833          Navient.com

Para comunicarse en Español con 'Atención al Cliente', llame gratis al (800) 722-1300, y marque el numero correspondiente.

*9925517740105805398*



December 17, 2014

Kimberly Blackshear

620 East 78th Street #205

Richfield; MN 55423

612-214-1684


Naviant-Department of Education

P.O. Box 9635

Wilkes-Barre, PA 18773-9635

(800) 722-1300

Fax (866) 266-0178


Dear Sir or Madam:

My name is Kimberly Blackshear and I am writing because I recently applied for the Teacher Loan Forgiveness Program in October 2014, the application was denied. I was disappointed at this decision because after completing college and needing to work in the position in which I had my training I want to pay off this debt, it is of most importance to me. The letter stated that I had consolidated loans prior to October 1998, and this was the reason that my request was denied. Why is consolidation offered to students if this process excludes students'/borrowers from programs that are needed to support us? I made the decision to consolidate so that I could merge my debts, I did not know that this process would disqualify me for the Loan Forgiveness. I wanted to merge these debts so that I would not have to pay a number of lenders when I could only owe one lender. I don't believe that I should be penalized for making a decision to minimize my debts, especially when I was not informed that this would create a problem for me in the future.

My goal is to pay off my loans and have reasonable payments that will be allow my family to live from a feasible budget. I am a single parent and this program as well as the Public Service Program will be a great assistance for me as I continue to achieve my personal and professional goals and become debt free.

Sincerely,

Kimberly Blackshear

 **NAVIENT.** | Department of Education
Loan Servicing

 **U.S. Department of Education**
Information about your federal student loan

PO BOX 9635
WILKES-BARRE, PA 18773-9635

(800) 722-1300

EXPROG01-141224  00000338 010281 023473 1/1 000000 6738693 46985-46986

 KIMBERLY BLACKSHEAR
620 E 78TH ST
RICHFIELD MN 55423-4473

Account Number:   9925517740-1

Dear KIMBERLY  BLACKSHEAR:                                                         12/23/14

We're pleased to service your student loan(s) on behalf of the Department of Education.  Your request for an Income-Based Repayment (IBR) plan on your Federal Family Education Loan Program (FFELP) and/or Direct Loan program (DL) student loan(s) listed below has been approved.

Your monthly payments will be $103.00, beginning on 03/20/15 and ending on 05/20/15.

You'll be notified in advance when your loan(s) is up for renewal for the IBR plan.  At that time, you'll be provided with a date to submit a new application, including any update to your family size, as well as your most recent income documentation.

If you choose not to renew, your  payment amount for the remainder of your term will be based on a 10-year standard repayment plan using the loan balance at the time you entered repayment under the IBR plan, and unpaid interest will be capitalized (added to your principal balance).

If you request to leave the plan, your payment amount will be recalculated based on the time remaining under the maximum 10-year repayment period and the balance of your loan(s) when you discontinued the plan.

Please contact us if your financial circumstances have changed to determine if your payment amount can be recalculated.

**Questions?** You're welcome to visit us online at Navient.com, or call us toll free at 800-722-1300.  We're here to help you Monday - Thursday 8 a.m. to 9 p.m., and Friday 8 a.m. to 8 p.m., ET.

We appreciate the opportunity to help you navigate the path to financial success.

Sincerely,

Navient - Department of Education Loan Servicing

**Loan Information** *If you have questions or concerns about your account, write to us at the address provided above.* The loans listed below are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| 01/02/13 | $ 74,254.36 | $ 75,763.10 | 7.000 | DLSUBCONS |
| 01/02/13 | $139,436.73 | $ 152,165.53 | 7.000 | DLUSUBCONS |



PHONE (800) 722-1300          FAX (866) 266-0178          TDD/TTY (877) 713-3833          Navient.com

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al (800) 722-1300, y marque el numero
correspondiente.

*9925517740105800594*

Financial Aid Review -- KIMBERLY GARDNER



| PROUD SPONSOR of
*the* AMERICAN MIND ™

## National Student Loan Data System (NSLDS) for Students

*NSLDS is a repository of information from many sources. Changes to the data are made by those sources. Collecting the data into one central location such as NSLDS gives you convenience and saves you time. If for any reason you disagree with the information reported to NSLDS, please contact one or more of the sources of your data listed on the detail pages on this site. The Department is also available as a resource at 1-800-4FEDAID if you need additional assistance. Your comments and corrections will help improve the services NSLDS provides.*

**Aid Summary for** KIMBERLY GARDNER          **Your enrollment status is** WITHDRAWN , **effective** 06/30/2016.



MyStudentData
Download

### Loans

**Please click on numbers in first column to see details including point of contact.**

| | Type of Loan | Loan Amount | Loan Date | Disbursed Amount | Canceled Amount | Outstanding Principal | Outstanding Interest |
|---|---|---|---|---|---|---|---|
| 1 | DIRECT CONSOLIDATED UNSUBSIDIZED | $139,437 | 01/02/2013 | $138,367 | $2 | $152,241 | $52,212 |
| 2 | DIRECT CONSOLIDATED SUBSIDIZED | $74,254 | 01/02/2013 | $73,735 | $0 | $75,763 | $17,677 |
| 3 | DIRECT PLUS GRADUATE | $2,138 | 06/01/2012 | $2,138 | $0 | $0 | $0 |
| 4 | DIRECT STAFFORD UNSUBSIDIZED | $8,621 | 01/10/2012 | $8,621 | $0 | $0 | $0 |
| 5 | DIRECT CONSOLIDATED UNSUBSIDIZED | $120,827 | 11/07/2011 | $117,399 | $3,429 | $0 | $0 |
| 6 | DIRECT CONSOLIDATED SUBSIDIZED | $72,815 | 11/07/2011 | $70,599 | $2,217 | $0 | $0 |
| 7 | DIRECT PLUS GRADUATE | $10,318 | 06/07/2011 | $10,318 | $0 | $0 | $0 |
| 8 | DIRECT STAFFORD UNSUBSIDIZED | $9,980 | 01/10/2011 | $9,980 | $0 | $0 | $0 |
| 9 | DIRECT PLUS GRADUATE | $540 | 01/10/2011 | $540 | $0 | $0 | $0 |
| 10 | DIRECT STAFFORD UNSUBSIDIZED | $10,520 | 08/30/2010 | $10,520 | $0 | $0 | $0 |
| 11 | DIRECT STAFFORD UNSUBSIDIZED | $298 | 06/17/2010 | $298 | $0 | $0 | $0 |
| 12 | DIRECT PLUS GRADUATE | $9,671 | 06/17/2010 | $9,671 | $0 | $0 | $0 |
| 13 | DIRECT STAFFORD SUBSIDIZED | $6,400 | 09/11/2009 | $6,400 | $0 | $0 | $0 |
| 14 | DIRECT STAFFORD UNSUBSIDIZED | $13,802 | 09/11/2009 | $13,802 | $0 | $0 | $0 |
| 15 | DIRECT PLUS GRADUATE | $5,253 | 06/13/2009 | $5,253 | $0 | $0 | $0 |
| 16 | DIRECT STAFFORD UNSUBSIDIZED | $2,693 | 06/13/2009 | $2,693 | $0 | $0 | $0 |
| 17 | DIRECT STAFFORD UNSUBSIDIZED | $9,307 | 09/06/2008 | $9,307 | $0 | $0 | $0 |
| 18 | DIRECT STAFFORD SUBSIDIZED | $8,500 | 09/06/2008 | $8,500 | $0 | $0 | $0 |
| 19 | DIRECT STAFFORD UNSUBSIDIZED | $6,000 | 08/28/2007 | $6,000 | $0 | $0 | $0 |
| 20 | DIRECT STAFFORD SUBSIDIZED | $4,250 | 08/28/2007 | $4,250 | $0 | $0 | $0 |
| 21 | DIRECT PLUS GRADUATE | $291 | 08/28/2007 | $291 | $0 | $0 | $0 |
| 22 | FFEL CONSOLIDATED | $1,507 | 08/06/2007 | $1,507 | $0 | $0 | $0 |
| 23 | FFEL CONSOLIDATED | $31,915 | 08/06/2007 | $31,915 | $0 | $0 | $0 |
| 24 | DIRECT PLUS GRADUATE | $9,167 | 06/05/2007 | $9,167 | $0 | $0 | $0 |
| 25 | DIRECT STAFFORD UNSUBSIDIZED | $10,000 | 08/28/2006 | $10,000 | $0 | $0 | $0 |
| 26 | DIRECT STAFFORD SUBSIDIZED | $8,500 | 08/28/2006 | $8,500 | $0 | $0 | $0 |
| 27 | DIRECT STAFFORD UNSUBSIDIZED | $446 | 06/17/2006 | $446 | $0 | $0 | $0 |
| 28 | DIRECT STAFFORD SUBSIDIZED | $8,500 | 06/17/2006 | $8,500 | $0 | $0 | $0 |
| 29 | FFEL STAFFORD SUBSIDIZED | $8,500 | 05/05/2005 | $8,500 | $0 | $0 | $0 |
| 30 | FFEL STAFFORD UNSUBSIDIZED | $1,333 | 05/05/2005 | $1,333 | $0 | $0 | $0 |
| 31 | FFEL STAFFORD SUBSIDIZED | $2,700 | 01/10/2000 | $2,700 | $0 | $0 | $0 |
| 32 | FFEL STAFFORD SUBSIDIZED | $2,700 | 07/19/1999 | $2,700 | $0 | $0 | $0 |
| 33 | FFEL STAFFORD SUBSIDIZED | $5,500 | 10/30/1998 | $5,500 | $0 | $0 | $0 |

Financial Aid Review -- KIMBERLY GARDNER

| 34 | FFEL STAFFORD SUBSIDIZED | $3,500 | 09/13/1996 | $3,500 | $0 | $0 | $0 |
|---|---|---|---|---|---|---|---|
| 35 | FFEL STAFFORD SUBSIDIZED | $3,000 | 10/09/1995 | $3,000 | $0 | $0 | $0 |
| 36 | FFEL STAFFORD SUBSIDIZED | $1,215 | 05/23/1995 | $0 | $1,215 | $0 | $0 |
| 37 | FFEL STAFFORD SUBSIDIZED | $1,700 | 09/26/1994 | $1,700 | $0 | $0 | $0 |
| 38 | FFEL STAFFORD SUBSIDIZED | $1,750 | 03/07/1994 | $1,750 | $0 | $0 | $0 |
| 39 | FFEL STAFFORD SUBSIDIZED | $2,500 | 05/29/1985 | $2,500 | $0 | $0 | $0 |
| **Total  DIRECT CONSOLIDATED UNSUBSIDIZED** | | | | | | $152,241 | $52,212 |
| **Total  DIRECT CONSOLIDATED SUBSIDIZED** | | | | | | $75,763 | $17,677 |
| **Total  DIRECT PLUS GRADUATE** | | | | | | $0 | $0 |
| **Total  DIRECT STAFFORD UNSUBSIDIZED** | | | | | | $0 | $0 |
| **Total  DIRECT STAFFORD SUBSIDIZED** | | | | | | $0 | $0 |
| **Total  FFEL CONSOLIDATED** | | | | | | $0 | $0 |
| **Total  FFEL STAFFORD SUBSIDIZED** | | | | | | $0 | $0 |
| **Total  FFEL STAFFORD UNSUBSIDIZED** | | | | | | $0 | $0 |
| **Total All Loans** | | | | | | $228,004 | $69,889 |

## Grants

### Pell Lifetime Eligibility Used: 750.577%

**Please click on numbers in first column to see details including point of contact.**

| | Award Year | Type Of Grant: | School | Disbursed Amount |
|---|---|---|---|---|
| 1 | 1999 - 2000 | FEDERAL PELL GRANT | UNIVERSITY OF NORTHWESTERN- ST PAUL | $3,125 |
| 2 | 1998 - 1999 | FEDERAL PELL GRANT | UNIVERSITY OF NORTHWESTERN- ST PAUL | $1,000 |
| 3 | 1996 - 1997 | FEDERAL PELL GRANT | NORTH HENNEPIN COMMUNITY COLLEGE | $2,059 |
| 4 | 1995 - 1996 | FEDERAL PELL GRANT | NORTH HENNEPIN COMMUNITY COLLEGE | $2,145 |
| 5 | 1994 - 1995 | FEDERAL PELL GRANT | NORTH HENNEPIN COMMUNITY COLLEGE | $2,300 |
| 6 | 1993 - 1994 | FEDERAL PELL GRANT | NORTH HENNEPIN COMMUNITY COLLEGE | $1,533 |
| **Total All Grants** | | | | $12,162 |

*Information contained on these pages reflects the most current data in the NSLDS database. The data contained on this site is for general information purposes and should not be used to determine eligibility, loan payoffs, overpayment status, or tax reporting. Please consult the Financial Aid Officer at your school or the specific holder of your debts for further information.*