RECEIVED
AUG 12 2020
CHAMBERS OF
DENISE

July 29, 2020

United States District Court for the Southern District of New York

500 Pearl Street

New York, NY 10007

RE: Navient Corp/PSLF Settlement

To Whom It May Concern:

I feel that I was affected by the Navient services due to the misleading information provided to my child when she was attending Indiana University of Pennsylvania. Navient told my daughter that if her parents made less than a certain amount that she could qualify for money that she would not have to pay back. My daughter knew that we were a single income family and knew she would be approved. She was not mature enough to understand loans vs grants at this time and I feel that Navient took full advantage of this by closing 3 separate loans with her without my consent. These parent plus loans were required to have a parent present to sign documents, which I was not. I have talked to Navient at great lengths about how they obtained loans in my name for my daughter and they were not concerned. I have discussed with Navient about how I haven't lived in Pennsylvania since 2013 and they were even less concerned. My daughter claims no responsibility to these loans even to this day.

During one conversation with Navient I was directed to speak with someone about a PSLF loan, stating that since I worked for public service, in a doctor's office, I could qualify for loan forgiveness and these loans could be forgiven. There was paperwork to have my employer complete and send back to Navient, which I did. After this was all said and done, the only thing that happened was that the loans were taken over by another loan agency. Again, I spoke at great lengths that these were not my loans and they explained how I was the cosigner and they are still considered my responsibility. No one seems to understand that the way these loans were obtained was wrong and probably illegal. These loans are still outstanding. There is a total of $20,000 + outstanding that is owed.

I feel that had Navient made sure my child had a parent present during ALL loan processes, I would not be in this situation now. I have a $20,000+ loan that I was not aware of until after my daughter graduated and I was buying my first home. They did not get the proper consents to complete these loans in my name.

These loans were obtained unlawfully and furthermore now being subjected to questionable education of the employees who are responsible for closing the loans which is relevant to my argument in whole. The education that can be provided to them is going to save the financial burden of someone else going through a loan process but what about the loan that was obtain unlawfully in my name? Where is my loan forgiveness and justice for the wrong doing to my credit? And where are the repercussions for the company who mislead a young adult? Where is the justice for obtaining a loan without the person present, knowing and willing to make a loan in their name?

Thank you for your time.

Sincerely

Melanie Stevick