Hyland, et al. v. Navient Corp., et al., Case No. 18 Civ. 9031,

July 27, 2020

To:   Southern District of New York
    500 Pearl St.
    New York, NY 10007

REFERENCE: Jacquline Harris
     Navient Student Loans
     #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

To whom it may concern,

I object to the settlement of a class action lawsuit, Hyland, et al. v. Navient Corp., et al., Case No. 18 Civ. 9031, in the United States District Court for the Southern District of New York. Defendants have also agreed to pay a total of $2.4 million consisting of (a) a $1.75 million contribution to a non-profit organization formed to provide education and student loan counseling to public service borrowers; (b) up to $500,000 to Plaintiffs' lawyers for their attorneys' fees; and (c) $15,000 to each class representative as service awards.

I write to ask to speak in Court about the fairness of the proposed settlement as borrower from Navient Corp. I request that the Court redirect the funds to pay off or clear the loans of student who borrower money through this time period instead of agreed payment to non-profit organization and money to class representative. This requested would do the most good for the front-line borrower and their families hit hard by the COVID- 19, Pandemic.

Thank you, for hearing my request, I am a concern Navient Corporation borrower and front-line worker.

Sincerely a customer,

Jacquline D. Harris
P. O. Box 231652
Montgomery, Alabama. 36123-1652
334-430-5107
harrisj615@gmail.com