July 21st 2020
Honorable Denise L. Cote
500 Pearl Street
Daniel Patrick Moynihan
NYc NY 10007-1312

Debra Walker-Brown
1469 East Avenue
Bronx, N.Y 10462, Apt 7G

Dear District Judge Cote,
   I am writing you regarding
Civil Case No. 18 Civ. 9031
Hyland et. Al. V. Navient Corp.
I Am A Public Service Worker
At the same job for 19 years,
And Would like to Address
Fairness of the Coettlement
And My rights to PSLF.

Respectfully
Debra Walker-Brown