Dear Honorable Judge:

Re: Objection
Hyland, et al. V. Navient
Corp., et al.

My name is Sharlene Sylvester I am writing this communication because I would like to object the proposed settlement agreement because the sum is too low to support all of the candidates affected by the misrepresentation of Navient representatives.

I am currently working as a social worker and I already had loans with Navient but I consolidated all of my student loan debt with Navient because of the promise of receiving public service student loan forgiveness but instead my loans have steadily increased by $2,000 monthly for the past few years making my loans unmanageable. Particularly with the COVID-19 financial strain.

As such, I am requesting that you revise or revisit the proposed settlement agreement because the promise of loan forgiveness is untrue and students like my self working hard in underserved communities will never have the opportunity to be debt free or to pay off these ever growing loans.

I am a single parent with a child who will also attend college and I was mislead by Navient representatives to believe that I would have debt forgiveness but this is false. Please reassess the proposed settlement to determine if it can be revised to increase the amount to assist with debt removal.

Thank you in advance for your time and consideration.

Respectfully,

Sharlene Sylvester