**Jameelah Saleem**
1301 Oakview Rd. Unit F8
Decatur, GA 30030
(770) 853-4070
jameelahas@gmail.com

July 13, 2020

*Hyland, et al. v. Navient Corp., et al.* , **No. 18 Civ. 9031**
U.S. District Court - Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY 10007

Dear U.S. District Court - Southern District of New York,

I received notice regarding the above mentioned class action lawsuit.
According to http://www.pslfsettlement.com/Home/portalid/0, I have the legal
right and option to write to the court and state why I don't like the proposed
settlement. I don't like the proposed settlement because it is non-monetary to
class members. The settlement should include full loan forgiveness, a
monetary payout to members, etc. "Navient will also contribute $1.75 million
to a non-profit organization formed to educate and counsel public service
borrowers" doesn't sound like something that will significantly impact former
borrowers/class members.

Sincerely,

Jameelah Saleem