Laura Tracey
1319 Franklin Parkway
Ocean, NJ 07712



Re: 18Cv 9301 (DLC)

July 14, 2020

United States District Court for the Southern District of New York.
500 Pearl Street
New York, NY 10007

To Whom It May Concern:

I am writing in reference bto the proposed settlement in a class action lawsuit, *Hyland, et al. v. Navient Corp., et al.*, Case No. 18 Civ. 9031, in the United States District Court for the Southern District of New York. As a Navient federal student loan recipient who was employed by a qualifying public employer, I was misled concerning my eligibility to benefit from the federal program of public service loan forgiveness, "PSLF." Over the course of many years, Navient repeatedly provided me with false information regarding the status of my loan. For seven years, I was told that my loan was enrolled in the PSLF program. With just three years left before dismissal, I was told that I was given incorrect information and would have to begin the program again, starting with year one. After completing the necessary steps set forth by Navient to once again begin the program, I transferred my loans to FedLoan Servicing and eventually received a letter stating that my loan was paid in full. FedLoan Servicing and Navient confirmed that, due to the PSLF program, my loan was paid in full. However, when calling Navient after suddenly receiving a student loan bill from them, I was told that mistakes were made and that I once again have outstanding student loan debt with Navient.

I owed $30,000 in student loans when I graduated from Monmouth University in 2001. I have been teaching in Long Branch Public Schools in Long Branch, NJ since my graduation. As of the date of this letter, that same student loan now has over a $32,000 balance. Much of that is due to interest and fees that accrued during my battle with Navient over mistakes they made when servicing my loan.

I recently learned that Navient has denied that it did anything wrong and that the Court dismissed all plaintiffs' claims except one. Navient's improper handling of PSLF loans have caused me extreme financial and emotion hardships over the years and I do not agree to the proposed settlement to provide relief to the class and to avoid further expense associated with this litigation. It is not fair that Navient walked away after inflicting such extensive damage to so many borrowers and we borrowers are left in ruins. I implore you to reconsider this motion.

Sincerely,

Laura Tracey