Felecia Gardner
900 Barbara St Apt 803
Athens, Tx. 75751
(903)830-4018  |  Bowsergadrner@aol.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/2020

Re: 18 Cv 9031 (DLC)

To whom it may concern:

My name is Felecia N. Gardner and I was and am currently still employed full time by a qualifying public employer making me eligible for to benefit from the student loan forgiveness program "PSLF". I do not like the proposed settlement in the class action lawsuit, Hyland, et al. v. Navient Corp., et al., Case No. 18 Civ. 9031, in the United States District Court for the Southern District of New York. I object to the proposed settlement. With regards to the extent of damage suffered by members of the class and the extent of the defendant's wrongdoing the settlement that the defendant proposes is not fair or adequate.

Sincerely,

Felecia Gardner