# LESLIEANN KORTE

**2515 Lenox Place**
**Columbia, Missouri 65203**

**Cell Phone:   (573) 289-8680**
**E-mail: lesliekorte@gmail.com**

August 7, 2020



Daniel Patrick Moynihan
United States Courthouse
Attn: Honorable Denise Cote
500 Pearl St.
New York, NY 10007-1323

Re:     *Hyland, et al. v. Navient Corp., et al., No. 18-cv-9031-DLC, Settlement –*
        *OBJECTION*

To The Honorable Judge Cote:

Please consider this my formal objection to the settlement terms in the case of Hyland, et al. v. Navient Corp., et al, No. 18-cv-9031-DLC. I am a member of the class, in that my student loans have been serviced by Navient, and I have worked in public service for the entirety of my 23-year professional career.

I began repaying my undergraduate student loans in 1998, and my law school student loans in 2002, well before the PSLF was signed into law in October of 2007. In 2003, I consolidated all of my student loan debt with Sallie Mae. I have always understood that the payments that preceded the PSLF law going into effect would not count towards the 120 total payments I would need to qualify for PSLF.

My entire professional career, I have worked for either state or federal government. After undergrad I worked as an administrative assistant for the State Treasurer of Iowa, then after law school I worked as a career law clerk for the Honorable James Gritzner in the Southern District of Iowa. In 2010, I began my employment with the State of Missouri, which remains my current employer. I have been committed to public service my entire career, working in every branch of government.

In approximately 2013 or 2014, I contacted Navient to verify how many payments I had remaining before I would qualify for the PSLF; at that time, Navient told me I had approximately

80 qualifying payments remaining before I would reach the 120 payments necessary to be eligible for the PSLF. I continued to work in public service and I continued to make my monthly payments.

As of April 2020, I finally made the requisite 120 payments. In completing the necessary paperwork to apply for the PSLF, I discovered for the first time that Navient is not a proper student loan servicer for any of my payments to qualify for PSLF. According to Federal Student Aid, an office of the United States Department of Education, because I did not make payment to a qualified loan servicer, none of the payments I have made for the past thirteen years qualify for PSLF.

Navient knew this information back in 2013/2014 when I contacted them and specifically asked them about this, yet instead of correcting me and telling me that they are not a qualified loan servicer for the purposes of PSLF, they told me I had 80 payments left to qualify. Had they given me the correct information, I would have obviously taken my loan to a servicer that qualified to process payments that would count towards PSLF. I could have corrected this issue 80 payments ago, had Navient told me the truth.

Instead, relying on Navient's statements that I only had 80 payments remaining, I stayed with Navient and continued to make payments to them. Do you know how much my loans have been paid off? Here is the math:

**When I consolidated my original loans in 2003, for both law school and undergraduate tuition, the consolidated loan was $69,366.10. Over the years I have acquired $455.12 in late fees, and $5,780.68 in capitalized interest; some of these charges are valid, some are not. But since that 2003 consolidation, I have sent in $41,905.40 in payments. As of today, my unpaid balance is: $59,895.53. Despite sending in $41,905.40 in payments, my unpaid principal balance has only been reduced by a mere $9,470.57.**

Navient has repeatedly capitalized interest, despite my payments being sent in on time and paying the requisite interest. I have been on a payment plan, with a consistent payment amount every month, and yet the amount Navient applies to principal and the amount they apply to interest varies from month to month, some months they apply more to principal, some months they apply more to interest; there is no amortization taking place. I am including the payment sheets I obtained from Navient so you can see for yourself my payment history and how they are applying my payments.

My most recent example of Navient's fraudulent practices was in 2019, when they placed my loan in forbearance, despite the fact that I had never requested for them to do this, I had not had a late payment in 20 months, they had already received my monthly payment, and I had not even asked for information regarding a forbearance. When I questioned why they unilaterally would do this to my loan, I was told that they thought they were doing me a favor since I live in a state that was impacted by flooding. I demanded they immediately remove my loan from forbearance, which they did. But you can see they left that September 2019 capitalized interest from the forbearance sitting on my balance sheet; you can also very clearly see by their own

records that I made my September payment on time. There is no legal explanation for that capitalized interest, yet there is sits, along with all my principal, collecting interest. Same thing with the December 7, 2018, capitalized interest. My payment was not late, they received the payment according to the payment plan, yet they added capitalized interest to my principal balance. Navient has knowingly, purposefully, and fraudulently engaged in bad behaviors to make it impossible for borrowers to ever pay off their loans. Forget PSLF; how could I ever pay this loan off with a payment plan when Navient is repeatedly sneaking in illegal capitalized interest onto my principal?

It would be a disgrace if Navient was not held accountable to all of the borrowers such as myself, who have dedicated our careers to public service and made financial decisions in reliance on eventually getting the PSLF, that but for the fraudulent actions and misleading statements of Navient, would have had our loans forgiven once making the requisite 120 payments.

*Under the Settlement Agreement, Navient has agreed at its expense to design, implement, and maintain specific, substantial procedures to enhance its PSLF-related practices. All class members are entitled to receive the benefit of these valuable business practice enhancements. Defendants have also agreed to pay a total of $2.4 million consisting of (a) a $1.75 million contribution to a non-profit organization formed to provide education and student loan counseling to public service borrowers; (b) up to $500,000 to Plaintiffs' lawyers for their attorneys' fees; and (c) $15,000 to each class representative as service awards. In addition, Defendants have agreed to pay costs associated with publishing the notice, adopting business practice enhancements, and administering the Settlement.*

Who in their right mind thinks this is an appropriate settlement, besides the lawyers that will profit in fees or Navient, for which this is a mere slap on the wrist? Possibly the class representatives, who are the only members of the class receiving anything even remotely close to compensation for the bad actions on behalf of Navient. But the terms of this settlement for the remainder of the class are an embarrassment to the justice system. According to Navient's Fourth-Quarter 2019 Financial Results, its GAAP net income for 2019 was $597 million, with Core Earnings in 2019 of $607 million. They can afford to pay for the actual damages they caused, and the Court should require them to make me and all the other class members who have been harmed by their actions whole.

If the Court approves the terms of this proposed settlement, the message the Court would be sending to Navient is that they can continue to engage in bad actions, because the amount they will profit off of those bad actions will greatly exceed any possible penalty they would ever face in court. There is no doubt, Navient's profits from its bad actions far exceed the paltry $2.4 million penalty this settlement proposes.

You have lifetime tenure, you have no reason to go along with this sweetheart deal for a company that had repeatedly abused consumers, and specifically pertinent to this litigation, has abused public servants. Please reexamine the facts of this case and the harm that Navient has caused to the class members, and reject this proposed settlement. Make Navient pay the actual damages caused by their actions. This is the only course of action that could possibly persuade Navient to stop engaging in abusive and illegal behaviors.

Thank you for taking the time to read my objection. Please do not hesitate to contact me if you have any questions.

Sincerely,

Leslie Korte

\Enclosure (1)

| Date | Description | Principal | Interest | Fees | Total |
|---|---|---|---|---|---|
| 7/24/2020 | PAYMENT | ($240.65) | ($123.35) | $0.00 | ($364.00) |
| 6/29/2020 | PAYMENT | ($210.53) | ($153.47) | $0.00 | ($364.00) |
| 5/29/2020 | PAYMENT | ($185.22) | ($178.78) | $0.00 | ($364.00) |
| 4/23/2020 | PAYMENT | ($229.41) | ($134.59) | $0.00 | ($364.00) |
| 3/27/2020 | PAYMENT | ($223.90) | ($140.10) | $0.00 | ($364.00) |
| 2/28/2020 | PAYMENT | ($238.42) | ($125.58) | $0.00 | ($364.00) |
| 2/3/2020 | PAYMENT | ($202.73) | ($161.27) | $0.00 | ($364.00) |
| 1/2/2020 | PAYMENT | ($207.24) | ($156.76) | $0.00 | ($364.00) |
| 12/2/2019 | PAYMENT | ($186.48) | ($177.52) | $0.00 | ($364.00) |
| 10/28/2019 | PAYMENT | ($221.48) | ($142.52) | $0.00 | ($364.00) |
| 9/30/2019 | PAYMENT | ($256.66) | ($107.34) | $0.00 | ($364.00) |
| 9/9/2019 | CAPITALIZED INTEREST | $215.18 | ($215.18) | $0.00 | $0.00 |
| 9/9/2019 | PAYMENT | ($362.00) | $0.00 | $0.00 | ($362.00) |
| 7/29/2019 | PAYMENT | ($218.04) | ($143.96) | $0.00 | ($362.00) |
| 7/1/2019 | PAYMENT | ($217.55) | ($144.45) | $0.00 | ($362.00) |
| 6/3/2019 | PAYMENT | ($180.93) | ($181.07) | $0.00 | ($362.00) |
| 4/29/2019 | PAYMENT | ($216.63) | ($145.37) | $0.00 | ($362.00) |
| 4/1/2019 | PAYMENT | ($216.13) | ($145.87) | $0.00 | ($362.00) |
| 3/4/2019 | PAYMENT | ($193.78) | ($168.06) | $0.00 | ($361.84) |
| 2/20/2019 | PAYMENT | $0.00 | ($14.84) | $0.00 | ($14.84) |
| 1/28/2019 | PAYMENT | ($200.23) | ($146.77) | $0.00 | ($347.00) |
| 12/31/2018 | PAYMENT | ($220.76) | ($126.24) | $0.00 | ($347.00) |
| 12/7/2018 | CAPITALIZED INTEREST | $21.03 | ($21.03) | $0.00 | $0.00 |
| 12/3/2018 | PAYMENT | ($77.98) | ($184.26) | $0.00 | ($262.24) |
| 10/29/2018 | PAYMENT | ($99.76) | ($147.64) | ($14.84) | ($262.24) |
| 10/1/2018 | PAYMENT | ($104.80) | ($142.60) | $0.00 | ($247.40) |
| 9/4/2018 | PAYMENT | ($57.10) | ($190.30) | $0.00 | ($247.40) |
| 7/30/2018 | PAYMENT | ($99.16) | ($148.24) | $0.00 | ($247.40) |
| 7/2/2018 | PAYMENT | ($67.21) | ($180.19) | $0.00 | ($247.40) |
| 5/29/2018 | PAYMENT | ($93.48) | ($153.92) | $0.00 | ($247.40) |
| 4/30/2018 | PAYMENT | ($98.56) | ($148.84) | $0.00 | ($247.40) |
| 4/2/2018 | PAYMENT | ($42.80) | ($204.60) | $0.00 | ($247.40) |
| 2/23/2018 | PAYMENT | $0.00 | ($494.80) | $0.00 | ($494.80) |
| 2/22/2018 | LATE FEE | $0.00 | $0.00 | $14.84 | $14.84 |
| 1/10/2018 | PAYMENT | $0.00 | ($247.40) | $0.00 | ($247.40) |
| 10/6/2017 | PAYMENT | ($200.51) | ($165.40) | $0.00 | ($365.91) |
| 9/5/2017 | PAYMENT | ($171.62) | ($194.29) | $0.00 | ($365.91) |
| 7/31/2017 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 7/3/2017 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 5/30/2017 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 5/1/2017 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 3/27/2017 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 2/23/2017 | PAYMENT | ($37.88) | ($130.83) | $0.00 | ($168.71) |
| 1/30/2017 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 1/3/2017 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 11/28/2016 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 10/27/2016 | PAYMENT | ($2.16) | ($166.55) | $0.00 | ($168.71) |
| 10/3/2016 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 8/29/2016 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 8/1/2016 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 7/5/2016 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |

| Date | Type | | | | |
|---|---|---|---|---|---|
| 5/31/2016 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 5/4/2016 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 3/31/2016 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 2/25/2016 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 1/29/2016 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 12/29/2015 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 11/30/2015 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 11/2/2015 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 10/2/2015 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 8/31/2015 | PAYMENT | $0.00 | ($168.71) | $0.00 | ($168.71) |
| 7/31/2015 | PAYMENT | $0.00 | ($163.41) | $0.00 | ($163.41) |
| 6/23/2015 | PAYMENT | $0.00 | ($163.41) | $0.00 | ($163.41) |
| 5/28/2015 | PAYMENT | $0.00 | ($163.41) | $0.00 | ($163.41) |
| 5/1/2015 | PAYMENT | $0.00 | ($163.41) | $0.00 | ($163.41) |
| 3/27/2015 | PAYMENT | $0.00 | ($163.41) | $0.00 | ($163.41) |
| 2/10/2015 | PAYMENT | ($77.46) | ($249.36) | $0.00 | ($326.82) |
| 12/30/2014 | PAYMENT | $0.00 | ($163.41) | $0.00 | ($163.41) |
| 11/28/2014 | PAYMENT | $0.00 | ($163.41) | $0.00 | ($163.41) |
| 10/30/2014 | PAYMENT | $0.00 | ($163.41) | $0.00 | ($163.41) |
| 9/25/2014 | PAYMENT | ($4.98) | ($158.43) | $0.00 | ($163.41) |
| 8/28/2014 | PAYMENT | $0.00 | ($163.41) | $0.00 | ($163.41) |
| 7/31/2014 | PAYMENT | $0.00 | ($163.41) | $0.00 | ($163.41) |
| 6/27/2014 | PAYMENT | $0.00 | ($163.41) | $0.00 | ($163.41) |
| 5/29/2014 | PAYMENT | $0.00 | ($163.41) | $0.00 | ($163.41) |
| 5/1/2014 | PAYMENT | $0.00 | ($163.41) | $0.00 | ($163.41) |
| 3/27/2014 | PAYMENT | ($2.57) | ($160.84) | $0.00 | ($163.41) |
| 2/27/2014 | PAYMENT | $0.00 | ($163.50) | $0.00 | ($163.50) |
| 1/30/2014 | PAYMENT | $0.00 | ($163.41) | $0.00 | ($163.41) |
| 12/26/2013 | PAYMENT | ($18.64) | ($144.77) | ($0.01) | ($163.42) |
| 11/29/2013 | PAYMENT | ($2.35) | ($161.07) | ($0.01) | ($163.43) |
| 10/31/2013 | PAYMENT | $0.00 | ($163.43) | $0.00 | ($163.43) |
| 10/3/2013 | PAYMENT | $0.00 | ($163.43) | $0.00 | ($163.43) |
| 8/30/2013 | PAYMENT | ($35.64) | ($123.39) | ($4.38) | ($163.41) |
| 8/7/2013 | CAPITALIZED INTEREST | $54.14 | ($54.14) | $0.00 | $0.00 |
| 8/1/2013 | PAYMENT | $0.00 | ($167.77) | $0.00 | ($167.77) |
| 6/27/2013 | PAYMENT | $0.00 | ($167.77) | $0.00 | ($167.77) |
| 5/30/2013 | PAYMENT | $0.00 | ($167.77) | $0.00 | ($167.77) |
| 4/25/2013 | PAYMENT | $0.00 | ($167.77) | ($5.40) | ($173.17) |
| 3/28/2013 | PAYMENT | $0.00 | ($173.17) | $0.00 | ($173.17) |
| 3/1/2013 | PAYMENT | $0.00 | ($173.17) | $0.00 | ($173.17) |
| 2/1/2013 | PAYMENT | $0.00 | ($336.54) | $0.00 | ($336.54) |
| 1/22/2013 | LATE FEE | $0.00 | $0.00 | $9.80 | $9.80 |
| 11/21/2012 | PAYMENT | $0.00 | ($163.37) | $0.00 | ($163.37) |
| 11/1/2012 | PAYMENT | $0.00 | ($163.37) | $0.00 | ($163.37) |
| 10/2/2012 | PAYMENT | $0.00 | ($163.37) | $0.00 | ($163.37) |
| 8/23/2012 | PAYMENT | $0.00 | ($10.00) | $0.00 | ($10.00) |
| 8/16/2012 | PAYMENT | ($88.84) | ($70.14) | ($0.02) | ($159.00) |
| 8/8/2012 | PAYMENT | $0.00 | ($5.00) | $0.00 | ($5.00) |
| 8/2/2012 | PAYMENT | ($156.24) | ($166.79) | ($21.97) | ($345.00) |
| 7/2/2012 | PAYMENT | ($176.30) | ($145.66) | ($18.04) | ($340.00) |
| 6/5/2012 | PAYMENT | ($148.94) | ($173.02) | ($28.04) | ($350.00) |
| 5/4/2012 | PAYMENT | ($158.42) | ($135.50) | ($56.08) | ($350.00) |

| Date | Type | | | | |
|---|---|---:|---:|---:|---:|
| 4/9/2012 | PAYMENT | ($143.60) | ($206.40) | $0.00 | ($350.00) |
| 3/2/2012 | PAYMENT | ($169.47) | ($152.49) | ($28.04) | ($350.00) |
| 2/3/2012 | PAYMENT | ($158.21) | ($163.75) | ($28.04) | ($350.00) |
| 1/4/2012 | PAYMENT | ($141.43) | ($180.53) | ($0.04) | ($322.00) |
| 12/2/2011 | PAYMENT | ($152.00) | ($169.96) | ($0.04) | ($322.00) |
| 11/1/2011 | PAYMENT | ($162.57) | ($159.39) | ($0.04) | ($322.00) |
| 10/3/2011 | PAYMENT | ($145.70) | ($176.26) | ($0.04) | ($322.00) |
| 9/1/2011 | PAYMENT | ($156.33) | ($165.63) | $0.00 | ($321.96) |
| 8/2/2011 | PAYMENT | ($144.92) | ($177.04) | $0.00 | ($321.96) |
| 7/1/2011 | PAYMENT | ($166.66) | ($155.30) | $0.00 | ($321.96) |
| 6/3/2011 | PAYMENT | ($244.02) | ($77.94) | $0.00 | ($321.96) |
| 5/20/2011 | PAYMENT | ($48.99) | ($272.97) | $0.00 | ($321.96) |
| 4/1/2011 | PAYMENT | ($148.89) | ($173.07) | $0.00 | ($321.96) |
| 3/1/2011 | PAYMENT | ($165.26) | ($156.70) | $0.00 | ($321.96) |
| 2/1/2011 | PAYMENT | ($164.88) | ($157.08) | $0.00 | ($321.96) |
| 1/4/2011 | PAYMENT | ($305.81) | ($338.11) | ($6.08) | ($650.00) |
| 12/22/2010 | LATE FEE | $0.00 | $0.00 | $19.32 | $19.32 |
| 11/5/2010 | PAYMENT | ($161.39) | ($158.16) | ($2.41) | ($321.96) |
| 10/8/2010 | CAPITALIZED INTEREST | $45.16 | ($45.16) | $0.00 | $0.00 |
| 9/30/2010 | CAPITALIZED INTEREST | $515.64 | ($515.64) | $0.00 | $0.00 |
| 9/21/2010 | ADJUSTMENT | ($34.14) | $0.00 | $0.00 | ($34.14) |
| 7/22/2010 | LATE FEE | $0.00 | $0.00 | $18.93 | $18.93 |
| 6/30/2010 | CAPITALIZED INTEREST | $506.29 | ($506.29) | $0.00 | $0.00 |
| 6/22/2010 | LATE FEE | $0.00 | $0.00 | $18.93 | $18.93 |
| 5/23/2010 | LATE FEE | $0.00 | $0.00 | $18.93 | $18.93 |
| 4/22/2010 | LATE FEE | $0.00 | $0.00 | $18.93 | $18.93 |
| 3/31/2010 | CAPITALIZED INTEREST | $194.16 | ($194.16) | $0.00 | $0.00 |
| 3/22/2010 | LATE FEE | $0.00 | $0.00 | $18.79 | $18.79 |
| 2/24/2010 | CAPITALIZED INTEREST | $1,016.90 | ($1,016.90) | $0.00 | $0.00 |
| 7/22/2009 | LATE FEE | $0.00 | $0.00 | $18.80 | $18.80 |
| 6/30/2009 | CAPITALIZED INTEREST | ($291.43) | $291.43 | $0.00 | $0.00 |
| 6/30/2009 | CAPITALIZED INTEREST | $291.43 | ($291.43) | $0.00 | $0.00 |
| 6/22/2009 | LATE FEE | $0.00 | $0.00 | $18.80 | $18.80 |
| 5/8/2009 | CAPITALIZED INTEREST | ($420.71) | $420.71 | $0.00 | $0.00 |
| 5/8/2009 | CAPITALIZED INTEREST | $420.71 | ($420.71) | $0.00 | $0.00 |
| 4/22/2009 | LATE FEE | $0.00 | $0.00 | $18.80 | $18.80 |
| 3/31/2009 | CAPITALIZED INTEREST | ($213.08) | $213.08 | $0.00 | $0.00 |
| 3/31/2009 | CAPITALIZED INTEREST | $213.08 | ($213.08) | $0.00 | $0.00 |
| 3/22/2009 | LATE FEE | $0.00 | $0.00 | $18.65 | $18.65 |
| 2/20/2009 | CAPITALIZED INTEREST | $504.88 | ($504.88) | $0.00 | $0.00 |
| 8/18/2008 | CAPITALIZED INTEREST | $167.67 | ($167.67) | $0.00 | $0.00 |
| 7/18/2008 | PAYMENT | ($141.96) | ($168.04) | $0.00 | ($310.00) |
| 6/17/2008 | PAYMENT | ($356.96) | ($239.58) | ($18.46) | ($615.00) |
| 5/22/2008 | LATE FEE | $0.00 | $0.00 | $18.46 | $18.46 |
| 5/5/2008 | PAYMENT | $0.00 | ($289.07) | ($18.46) | ($307.53) |
| 4/22/2008 | LATE FEE | $0.00 | $0.00 | $18.46 | $18.46 |
| 3/12/2008 | PAYMENT | ($116.45) | ($191.08) | $0.00 | ($307.53) |
| 2/6/2008 | PAYMENT | ($263.68) | ($43.85) | $0.00 | ($307.53) |
| 1/29/2008 | PAYMENT | ($72.12) | ($235.94) | ($18.46) | ($326.52) |
| 1/22/2008 | LATE FEE | $0.00 | $0.00 | $18.46 | $18.46 |
| 12/17/2007 | PAYMENT | ($213.94) | ($93.59) | $0.00 | ($307.53) |
| 11/30/2007 | PAYMENT | ($35.74) | ($253.33) | ($18.46) | ($307.53) |

| | | | | | |
|---|---|---|---|---|---|
| 11/22/2007 | LATE FEE | $0.00 | $0.00 | $18.46 | $18.46 |
| 10/15/2007 | PAYMENT | ($114.45) | ($193.08) | $0.00 | ($307.53) |
| 9/10/2007 | PAYMENT | ($130.65) | ($176.88) | $0.00 | ($307.53) |
| 8/9/2007 | PAYMENT | ($135.83) | ($171.70) | $0.00 | ($307.53) |
| 7/9/2007 | PAYMENT | ($129.42) | ($177.58) | $0.00 | ($307.00) |
| 6/7/2007 | PAYMENT | ($146.26) | ($161.27) | $0.00 | ($307.53) |
| 5/9/2007 | PAYMENT | ($79.25) | ($228.28) | $0.00 | ($307.53) |
| 3/29/2007 | PAYMENT | ($289.07) | ($307.53) | ($18.46) | ($615.06) |
| 3/22/2007 | LATE FEE | $0.00 | $0.00 | $18.46 | $18.46 |
| 2/2/2007 | PAYMENT | ($294.97) | ($320.10) | ($18.46) | ($633.53) |
| 1/22/2007 | LATE FEE | $0.00 | $0.00 | $18.46 | $18.46 |
| 12/7/2006 | PAYMENT | ($133.10) | ($174.43) | $0.00 | ($307.53) |
| 11/6/2006 | PAYMENT | ($132.76) | ($174.77) | $0.00 | ($307.53) |
| 10/6/2006 | PAYMENT | ($149.34) | ($158.19) | $0.00 | ($307.53) |
| 9/22/2006 | LATE FEE | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/8/2006 | PAYMENT | ($143.34) | ($164.19) | $0.00 | ($307.53) |
| 8/22/2006 | LATE FEE | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/10/2006 | PAYMENT | ($103.38) | ($204.14) | $0.00 | ($307.52) |
| 7/23/2006 | LATE FEE | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/5/2006 | PAYMENT | ($284.83) | ($330.23) | ($55.10) | ($670.16) |
| 6/22/2006 | LATE FEE | $0.00 | $0.00 | $18.46 | $18.46 |
| 5/8/2006 | CAPITALIZED INTEREST | $215.68 | ($215.68) | $0.00 | $0.00 |
| 3/31/2006 | CAPITALIZED INTEREST | $473.51 | ($473.51) | $0.00 | $0.00 |
| 3/22/2006 | LATE FEE | $0.00 | $0.00 | $18.32 | $18.32 |
| 2/22/2006 | LATE FEE | $0.00 | $0.00 | $18.32 | $18.32 |
| 1/6/2006 | PAYMENT | ($496.60) | ($887.11) | ($58.28) | ($1,441.99) |
| 12/22/2005 | LATE FEE | $0.00 | $0.00 | $18.32 | $18.32 |
| 11/22/2005 | LATE FEE | $0.00 | $0.00 | $18.32 | $18.32 |
| 10/23/2005 | LATE FEE | $0.00 | $0.00 | $10.82 | $10.82 |
| 9/22/2005 | LATE FEE | $0.00 | $0.00 | $10.82 | $10.82 |
| 8/4/2005 | PAYMENT | $0.00 | ($181.00) | $0.00 | ($181.00) |
| 7/5/2005 | PAYMENT | $0.00 | ($180.43) | $0.00 | ($180.43) |
| 6/13/2005 | PAYMENT | $0.00 | ($180.43) | $0.00 | ($180.43) |
| 5/9/2005 | PAYMENT | $0.00 | ($180.43) | $0.00 | ($180.43) |
| 4/4/2005 | PAYMENT | $0.00 | ($350.04) | ($10.82) | ($360.86) |
| 3/22/2005 | LATE FEE | $0.00 | $0.00 | $10.82 | $10.82 |
| 2/7/2005 | PAYMENT | $0.00 | ($181.00) | $0.00 | ($181.00) |
| 1/24/2005 | PAYMENT | $0.00 | ($170.18) | ($10.82) | ($181.00) |
| 1/23/2005 | LATE FEE | $0.00 | $0.00 | $10.82 | $10.82 |
| 12/9/2004 | PAYMENT | $0.00 | ($180.43) | $0.00 | ($180.43) |
| 11/4/2004 | PAYMENT | $0.00 | ($181.00) | $0.00 | ($181.00) |
| 10/4/2004 | PAYMENT | $0.00 | ($180.43) | $0.00 | ($180.43) |
| 8/30/2004 | PAYMENT | $0.00 | ($181.00) | $0.00 | ($181.00) |
| 8/3/2004 | PAYMENT | $0.00 | ($181.02) | $0.00 | ($181.02) |
| 7/21/2004 | PAYMENT | $0.00 | ($180.43) | $0.00 | ($180.43) |
| 6/24/2004 | PAYMENT | $0.00 | ($169.41) | ($10.82) | ($180.23) |
| 6/22/2004 | LATE FEE | $0.00 | $0.00 | $10.82 | $10.82 |
| 4/29/2004 | PAYMENT | $0.00 | ($350.04) | ($10.82) | ($360.86) |
| 4/22/2004 | LATE FEE | $0.00 | $0.00 | $10.82 | $10.82 |
| 3/8/2004 | PAYMENT | $0.00 | ($180.43) | $0.00 | ($180.43) |
| 2/6/2004 | PAYMENT | $0.00 | ($180.43) | $0.00 | ($180.43) |
| 1/13/2004 | PAYMENT | $0.00 | ($181.02) | $0.00 | ($181.02) |

| | | | | | |
|---|---|---|---|---|---|
| 1/2/2004 | PAYMENT | $0.00 | ($170.18) | ($10.82) | ($181.00) |
| 12/22/2003 | LATE FEE | $0.00 | $0.00 | $10.82 | $10.82 |
| 11/3/2003 | PAYMENT | $0.00 | ($181.32) | $0.00 | ($181.32) |
| 10/14/2003 | PAYMENT | $0.00 | ($200.00) | $0.00 | ($200.00) |
| 8/8/2003 | ADJUSTMENT | ($150.97) | $0.00 | $0.00 | ($150.97) |
| 8/8/2003 | ADJUSTMENT | ($88.09) | $0.00 | $0.00 | ($88.09) |
| 8/8/2003 | DISBURSEMENT | $69,366.10 | $0.00 | $0.00 | $69,366.10 |