*Notice of Proposed Class Action Settlement.*

To the honorable judge that's dealing with this case.

My name is Clearisa Donalson, I am currently employed with the Florida Department of Corrections in Doral Florida. I'm a single mother of two children that reside in Miami Florida. This letter is to inform you that I was mislead by Navient Solutions LLC. I took on my education to purse a degree in criminal justice to have a better life for my kids and myself. Ever since attending school things have not been so easy for me. I have worked multiple jobs to provide for my kids. I decided to attend Everest University online to juggle between raising my kids and working. The school is no longer open it closed down due to misleading information to students and other reason unknown. I am currently buried in student loan debt. I contact Navient to advise them that I am a public service employee and have been certified as a correctional officer for the State of Florida I have been working for the state for eleven years. I advise Navient Solution LLC that I am currently a public service employee and at this present time I qualify for public service loan forgiveness. The customer service person advise me that I did not qualify for the program after the fact I properly submitted all information that was submitted with the application requested from the company. Navient solution gave me misleading and misinformed information. I ask that I am awarded the same opportunity as the other clients being that I have served as a public figure for eleven years. I'm at the point in my life where I have worked so many years in public service it feel as if going to school has been a waste due to being burned in student loans. The loans on my credit report

has been a life changing experience in my credit score dropping tremendously, keep in mind the school

is no longer open and Navient Solution has provided misleading information. I feel betrayed by both the

Everest University and Navient Solution. I feel like this is very unfair and unjust to students who are

trying to provide a better way for their families as well as themselves.