July 18, 2020

Laura Randolph-Kennedy

1848 East Grafton Road

Fairmont, WV 26554

304-365-2122

lrkennedy@frontier.com

U.S. District Court

for the Southern District of New York

Re: No. 18 Civ. 9031 Hyland, et. Al. v. Navient Corporation, et al.

I am writing to inform this court of the damage Navient has cost me as a borrower and as an applicant who has been repeatedly denied for the PSLF.

Navient has intentionally changed the "type" of loans that I had signed for in college to prevent me from qualifying for the federal Public Service Loan Forgiveness Program ("PSLF").

I found this out after a meeting last year at my college with the college President who sent me to the Financial Aid Office at Fairmont State University. After days of correspondence and research by my college and a second meeting, the Financial Aid Officer and I called Navient and spoke to a very rude Representative of Navient. That is when the Financial Aid Officer uncovered that the loan types were changed. My college shows the correct loan types that I signed for when I borrowed the money for my education. Navient records show something different. The Navient Representative said, and I quote, "Pay the full balance with interest or die, this is the only way to be released of these loans" and she laughed. I was angry and mortified to know what they had done and that so far, I have had no recourse to protect me from Navient's actions.

Also troubling is that when Sallie Mae turned into Navient, Navient doubled all my loans. They duplicated my loans and used my name twice with two different dates of birth and with the same social security number, so I have been paying for years on loans that I did borrow or sign for.

I work for the Federal Bureau of Investigation and I do qualify for the Public Service Loan Forgiveness Program ("PSLF"). However, Navient has taken it upon themselves to change my loan type so that I will not qualify. I have repeatedly applied and have been told that less than 1% of all student borrowers will be approved.

This settlement is not adequate and does not uncover the wrongdoing by Navient. I cannot afford to fight their corporation and most student borrowers cannot either and they know it. This settlement does not provide relief for student loan borrowers who were cheated by Navient when Navient changed their loan types to ensure that borrowers will never qualify for the "PSLF". Navient seeks to continue to prevent borrowers from being forgiven for the debt to ensure that they can continue to collect a monthly payment and large, unexplained interest amounts.

Changing a loan without the knowledge, consent or signature of a borrower is not legal.

Last year, Dr. Mirta Martin, President of Fairmont State University visited the FBI for a roundtable discussion. After that, I called her office to request an appointment for help with Navient doubling my loans when the corporation changed from Sallie Mae to Navient. Dr. Martin listened to my history of my student loans and she called a lady who works in Financial Aid to research this and to help me also with why I have never qualified for the "PSLF".

This settlement does not provide relief for student loan borrowers who are held captive by Navient for years longer than they should be due to Navient's pattern of illegal business practices.

Why would the court allow Navient to pay $1.75 million to a non-profit organization to "educate" people like myself on how the "PSLF" works when we already know how it works. The system is rigged by Navient – that is how it has been and must be changed. Allowing Navient a tax write-off is not going to help borrowers. This pattern of behavior needs to be changed. These funds should be used to pay-off all of the student loans that would have already been paid off if Navient would not have changed the types of loans to render the borrower ineligible for the "PSLF".

I ask that this Honorable Court reconsider this decision and consider helping the borrowers who have been scammed by Navient. Please utilize the $1.75 million to pay-off the loans of borrowers and order Navient to pay additional costs as this court deems righteous and just. Navient should be punished for their actions.

I may also decide to sue Navient. I need relief from Navient's bad business practices.

With Sincere Appreciation,

Laura Randolph-Kennedy

Cc: Enclosures

**fedloan** ★ SERVICING

**U.S. Department of Education**
Information about your federal student loan

P.O. Box 69184  Harrisburg, PA 17106-9184
Toll-free 855-265-4038 * Int'l 717-720-1985
Fax 717-720-1628 * TTY: Dial 711
Monday-Friday 8am to 9pm ET
www.MyFedLoan.org

APRIL 03, 2018

LAURA RANDOLPH-KENNEDY
1848 EAST GRAFTON ROAD
FAIRMONT WV   26554



---

## WE COULD NOT ACCEPT YOUR PUBLIC SERVICE EMPLOYMENT CERTIFICATION

We reviewed the Public Service Loan Forgiveness (PSLF) Employment Certification Form (ECF) you submitted and determined that at this time you are not eligible to participate in employment and payment tracking for PSLF.

**NOT ELIGIBLE:** Based on our review, you do not have any eligible loan types.  Under federal law, PSLF is only available for loans made under the William D. Ford Federal Direct Loan Program (Direct Loans).  However, loans made under other federal programs may qualify for PSLF if you consolidate them into a Direct Consolidation Loan and **repay them on an eligible repayment plan.**

Visit MyFedLoan.org/Consolidation to determine if consolidation is right for you.
**Important things to review BEFORE you consider consolidating:**
* Only payments you make on the Direct Consolidation Loan will count toward the required 120 qualifying payments for PSLF.

Because your loans are not eligible for PSLF, we did not evaluate the eligibility of your employer.  Before consolidating, you should determine whether your employment would qualify for PSLF.  Review the **Eligibility Criteria** section of this letter to see what types of employers qualify.

Visit **MyFedLoan.org/PSLF** for the Employment Certification Form and more information on the program, or contact our PSLF specialists at the number provided.

### Eligibility Criteria for Participation in the Public Service Loan Forgiveness Program

**Participant Eligibility**
You must have made 120 on-time, separate, monthly payments *after* October 1, 2007, on the Direct Loan Program loans for which forgiveness is requested.  Payments made prior to October 2, 2007 do not count toward meeting this requirement.  Each of the 120 monthly payments must be made for the full, scheduled installment amount within 15 days of the due date.

The 120 required payments must be made under one or more of the following Direct Loan Program repayment plans:
* Pay As You Earn (PAYE) plan (not available for parent Direct PLUS Loans or Direct Consolidation Loans that repaid a parent PLUS Loan)
* Revised Pay As You Earn (REPAYE) plan (not available for parent Direct PLUS Loans or Direct Consolidation Loans that repaid a parent PLUS Loan) NOTE:  If you do not recertify on time annually you will be placed on

NCDTLXH7:FN06BECFDN
XXXXXXXXX 8065836005 MR



JOHN D. ROCKEFELLER IV
WEST VIRGINIA

STATE OFFICE:
405 CAPITOL STREET, SUITE 508
CHARLESTON, WV 25301
(304) 347-5372
FAX: (304) 347-5371

NORTHERN SATELLITE OFFICE:
118 ADAMS STREET, SUITE 301
FAIRMONT, WV 26554
(304) 367-0122
FAX: (304) 367-0822

SOUTHERN SATELLITE OFFICE:
207 WEST PRINCE STREET
BECKLEY, WV 25801
(304) 253-9704
FAX: (304) 253-2578

EASTERN REGIONAL OFFICE:
217 WEST KING STREET, SUITE 307
MARTINSBURG, WV 25401
(304) 262-9285
FAX: (304) 262-9288

## United States Senate

WASHINGTON, DC 20510-4802

March 12, 2010

Mr. Laura Kennedy
1848 East Grafton Road
Fairmont, West Virginia 26554

Dear Laura,

Thank you for contacting my Northern Satellite Office regarding your education loans.

Federal law requires that I have your written approval before I may contact the United States Department of Education on your behalf. A Privacy Act Release Form is enclosed which you should complete and return to me along with your letter outlining your request.

Please return these items to my Northern Satellite Office at 118 Adams Street, Suite 301, Fairmont, West Virginia 26554.

Thank you again, Laura. I sincerely hope I can be of assistance to you.

Sincerely,

John D. Rockefeller IV

Enclosure

# XFINITY Connect

**laurarandolphkennedy@comcast.ne**

± Font Size –

## Acknowledge Receipt

**From :** FSA Ombudsman <octsrply@ed.gov>                                   Tue, Jul 17, 2012 01:09 PM

**Subject :** Acknowledge Receipt

**To :** laurarandolphkennedy@comcast.net

**Reply To :** octsrply@ed.gov

[Ombudsman Id: 1-CZMG4]
Please don't remove this TAG if you are replying.

Thank you for contacting the Ombudsman Group.  Your request for assistance has been forwarded to an ombudsman specialist.  Your CASE # is: 1-21817442.  Please refer to this case number when you contact us.  You can expect to hear from an ombudsman specialist within the next 7-10 business days.   THIS IS AN ACKNOWLEDGMENT MESSAGE ONLY. Do Not Reply to this message.    Please reserve additional comments for the specialist who contacts you.

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

EDITORS' PICK | Oct 8, 2018, 08:32am EDT

# How This New Navient Lawsuit Affects Your Student Loans



**Zack Friedman** Contributor ⓘ

Personal Finance

*Bestselling Author, The Lemonade Life. I write and speak about leadership and greatness.*



California Attorney General Xavier Becerra announced in June 2018 that California is suing Navient.... [+]

Members of the American Federation of Teachers, the second largest teachers union in the U.S., filed a lawsuit against Navient, one of the the nation's largest student loan servicers.

If you have a student loan, there is a good chance that it may be serviced by Navient. Navient, which spun off from Sallie Mae, has more than 12 million customers and services more than $300 billion of government and private student loans.

Here's what you need to know and the action you can take.

**Navient Lawsuit: The allegations**

The lawsuit alleges that Navient systematically misdirected borrowers into student loan repayment programs and types of forbearance, which do not qualify for Public Service Loan Forgiveness, which enables public servants to have their federal student loans forgiven after meeting certain requirements.

**Most Popular In:** Personal Finance                                    ∧

**Next Stimulus Package on Monday: $1,200 Stimulus Check, Eviction Moratorium, and Reduced Unemployment Aid In CARES 2 Act**

**Stimulus: Here Are The Latest Numbers For Second Stimulus Checks, Student Loans, Unemployment And More**

**Stimulus Package Released Today—$1,200 Second Stimulus Checks, Unemployment Benefits And Payroll Protection Program**

The lawsuit also alleges Navient ignored borrowers' best interests — in violation of its government contract — to prevent borrowers from moving to FedLoan (the student loan servicer that administers the Public Service Loan Forgiveness program), so that Navient could continue to earn fees.

As a result, the plaintiffs claim that teachers, nurses, first responders, social workers and other public servants are paying millions of dollars more than they otherwise should in student loan payments.

"Navient has purposely and systematically trapped teachers, nurses and other public service workers under a mountain of student debt instead of providing them with accurate information about their loan options," Randi Weingarten, president of the American Federation of Teachers, said.

The Public Service Loan Forgiveness Program is a federal program that forgives federal student loans for borrowers, including teachers, who are employed full-time (more than 30 hours per week) in an eligible federal, state or local public service job or 501(c)(3) non-profit job who make 120 eligible on-time payments.

Navient declined to comment on the lawsuit, which was filed in U.S. District Court in the Southern District of New York.

Navient has been sued by five states, including California, Illinois, Pennsylvania, Washington and Mississippi, who have alleged improper actions on behalf of student loan borrowers.

This follows action from the Consumer Financial Protection Bureau (CFPB), which sued Navient in January 2017 for allegedly "systematically and illegally [failing] borrowers at every stage of repayment," including:

- created obstacles to repayment by providing bad information;

- processed payments incorrectly;

- failed to act when borrowers complained;

- illegally cheated many struggling borrowers out of their rights to lower payments, which caused them to overpay for their student loans;

- deceived private student loan borrowers about requirements to release their co-signer from the loan; and

- harmed the credit of disabled borrowers, including severely injured veterans

## Action Plan: 5 Steps

When it comes to your student loans, the ball is in your court:

## 1. Know your student loan options

One role of your student loan servicer is to help you understand your available options with regard to your student loans, including:

- Student Loan Refinancing

- Student Loan Consolidation

- Income-Driven Repayment Plans

- Student Loan Forgiveness

When it comes to student loan repayment, it's best to conduct your own independent research, rather than rely on your student loan servicer to give you all the answers.

## 2. Monitor the latest student loan developments

There may be several changes to your student loans in the coming years. This may include changes to student loan repayment and student loan forgiveness, among others, including a potential end to public service loan forgiveness.

## 3. Keep records

Keep an organized record of all your student loan payments, including any correspondence with your student loan servicer. It is best to communicate in writing with your student loan servicer.

## 4. File a complaint

If you feel you have been wronged by your student loan lender or your student loan servicer, you can make your voice heard by sending a formal complaint to:

- U.S. Department of Education
- Consumer Financial Protection Bureau
- Your lender
- Your servicer

## 5. Pay Off Your Student Loans Faster in 2018

One of the best ways to avoid dealing with student loan servicers is not to have one.

These free student loan calculators can help you understand your student loan repayment options.

You can also take these simple steps to pay off your student loans faster.

## Discover What's Making Markets Move

Know what's moving the financial markets and what smart money is buying with Forbes Investing Digest.

Enter e-mail address                    Sign up