

July 28, 2020

Judge Colleen McMahon

United States District Court for

Southern District of NY.

500 Pearl Street

NY, NY. 10007-1312


REF: Case No. 18 Civ. 9031

Hyland, et. al. v. Navient Corporation


Judge McMahon:


I am writing in protest of the proposed settlement offered by Navient. I submitted more than four application to Navient for the PSLF program. For the first three applications I got no response and the application was rejected stating I did not qualify. I worked for a Non-Profit Hospital as a full-time employee, along with my application was a letter from my HR Department (requirement for the application). All requirements were met however I was not approved according to the representative I had conversation with. I started out with a loan amount of $28,000 which is now $52,000, this is the balance after paying monthly payments for more than 18 years. My loan is not in default and there were no details provided as to why my balance is almost doubled the original amount.

I applied for the PSLF program because I thought that it would help me see an end to the ever-growing loan. I am now 67 years old-retired and without adequate income to continue to pay the $370.00 monthly. Had I been approved for the PSLF program when applied the 120 payments would had been met before retirement. I believe an injustice was done to myself and many other borrowers who qualified for the PSLF program but did not receive the benefits of it.


Respectfully Yours,

Betty Edwards

301-785-1311

bettybnedwards@aol.com