UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— X

KATHRYN HYLAND, MELISSA GARCIA,   :   Civil Action No. 18-cv-9031-DLC
ELIZABETH TAYLOR, JESSICA SAINT-  :
PAUL, REBECCA SPITLER-LAWSON,     :   MOTION OF ERIC ALAN ISAACSON TO
MICHELLE MEANS, ELIZABETH         :   APPEAR *PRO HAC VICE* FOR CLASS
KAPLAN, JENNIFER GUTH, MEGAN      :   MEMBER AND OBJECTOR RICHARD E.
NOCERINO, and ANTHONY CHURCH,     :   CARSON III
individually and on behalf of all others :
similarly situated,               :
                                  :
                    Plaintiffs,   :
                                  :
        vs.                       :
                                  :
                                  :
NAVIENT CORPORATION and NAVIENT   :
SOLUTIONS, LLC,                   :
                                  :
                    Defendants.   :
                                  :
———————————————————— X

PURSUANT TO RULE 1.3(c) of the Local Rules of the District Courts for the Southern and Eastern Districts of New York, I, Eric Alan Isaacson, hereby move this Court for an Order for admission to practice *Pro Hac Vice* as counsel for Richard E. Carson III, a member of the class as defined in the proposed class-action settlement of this matter, who has retained me to file and argue on his behalf an objection to the proposed settlement.

As set forth in the accompanying declaration, I am a member in good standing of the bar of the State of California, as is evidenced by the accompanying September 1, 2020, Certificate of Good Standing issued by the Clerk of the Supreme Court of the State of California; I have never been convicted of a felony; I have never been censured, suspended, disbarred or denied admission or readmission by any court; and there are no pending disciplinary proceedings against me in any state or federal court.

My contact information is as follows: Law Office of Eric Alan Isaacson, 6580 Avenida Mirola, La Jolla, CA 92037; Telephone: (858) 263-9581; Email: ericalanisaacson@icloud.com

DATED: September 9, 2020                  Respectfully submitted,

                                          _____
                                          Eric Alan Isaacson

                                          LAW OFFICE OF ERIC ALAN ISAACSON
                                          6580 Avenida Mirola
                                          La Jolla, CA 92037-6231
                                          Telephone: (858) 263-9581

                                          Attorney for Class Member and Objector
                                          Richard E. Carson III

- 1 -

DECLARATON OF ERIC ALAN ISAACSON
SUPPORTING MOTION FOR ADMISSION
*PRO HAC VICE*

I, Eric Alan Isaacson, declare and state:

1.   I am a member in good standing of the bar of the State of California, as is evidenced by the attached Certificate of Good Standing issued by the Clerk of the Supreme Court of California on September 1, 2020 (Exhibit A hereto);

2.   I have never been convicted of a felony;

3.   I have never been censured, suspended, disbarred or denied admission or readmission by any court;

4.   There are no disciplinary proceedings presently pending against me in any state or federal court;

5.   My contact information is:  Eric Alan Isaacson, Law Office of Eric Alan Isaacson, 6580 Avenida Mirola, La Jolla, CA   92037; phone (858) 263-9581; email ericalanisaacson@icloud.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on the 9th of September, 2020, at La Jolla, California.

Eric Alan Isaacson

# EXHIBIT A



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *ERIC ALAN ISAACSON*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ERIC ALAN ISAACSON, #120584, was on the 16th day of December 1985, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 1st day of September 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
R. Toy, Senior Deputy Clerk