In regards to the Proposed Class Action Lawsuit *Hyland, et al. v. Navient Corp. et al., NO.18 Civ. 9031, in the United States District of New York.*

I have reviewed my rights and I would like to notify you at this time that myself, Dawn D. Longenecker Public service employee and Class member of the proposed settlement listed above would wish to be **removed** from this proposed settlement. I would like to have the right in the future to move forward with the possibility of suing Navient for Monetary relief if I choose to do so. Please send me a confirmation that this letter is received and acknowledged in removing myself from this proposed settlement.

Thank you, Dawn D. Longenecker

251 Lakeview Road

Ebensburg, PA 15931

814-915-4173



