Anna St. John
HAMILTON LINCOLN LAW INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Phone: (917) 327-2392
Email:  anna.stjohn@hlli.org

*Attorney for Objector William Yeatman*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KATHRYN HYLAND, MELISSA GARCIA, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH, individually and on behalf of all others similar situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC,<br><br>    Defendants. | Case No. 18-cv-9031-DLC<br><br>**CLASS ACTION** |

### NOTICE OF INTENTION TO APPEAR OF WILLIAM YEATMAN

COMES NOW William Yeatman, by and through his counsel, to give notice that he intends to appear at any fairness hearing in conjunction with his objection to the proposed settlement and attorneys' fee request in the above-captioned matter. Yeatman gives notice that he intends to appear at the fairness hearing scheduled for October 2, 2020, through his counsel Anna St. John,

1

who wishes to discuss matters raised in his objection. St. John requests 20 minutes of time to speak about the points raised in Yeatman's objection, any response made by the parties to his objection or in further support of the settlement and fee request, and to respond to any questions from the Court. Yeatman does not intend to call any witnesses at the fairness hearing, but reserves the right to make use of all documents entered on to the docket by any settling party or objector and the right to cross-examine any witnesses who testify at the hearing in support of final approval.

Dated: September 11, 2020

/s/ *Anna St. John*
Anna St. John
HAMILTON LINCOLN INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Phone: (917) 327-2392
Email: anna.stjohn@hlli.org

*Attorney for Objector William Yeatman*

**Certificate of Service**

The undersigned certifies she electronically filed the foregoing Notice of Intention to Appear via the CM/ECF system for the Southern District of New York, thus sending the Notice of Intention to Appear to the Clerk of the Court and also effecting service on all attorneys registered for electronic filing.

Additionally, she caused to be served via prepaid, first-class U.S. Mail a copy of this Notice of Intention to Appear upon the following:

Settlement Administrator
c/o Rust Consulting, Inc. – 6972
P.O. Box 44
Minneapolis, MN 55440-0044

Dated: September 11, 2020

/s/ *Anna St. John*
Anna St. John