AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York    ▾

| | | |
|---|---|---|
| Hyland, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  18-cv-9031-DLC |
| Navient Corp., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

William Yeatman       .

Date:   09/11/2020                                    /s/ Anna St. John
                                                      *Attorney's signature*

                                                      Anna St. John
                                                      *Printed name and bar number*

                                                      1629 K Street NW, Suite 300
                                                      Washington, DC 20006
                                                      *Address*

                                                      anna.stjohn@hlli.org
                                                      *E-mail address*

                                                      (917) 327-2392
                                                      *Telephone number*

                                                      *FAX number*