Anna St. John
HAMILTON LINCOLN LAW INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Phone: (917) 327-2392
Email:  anna.stjohn@hlli.org

*Attorney for Objector William Yeatman*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN HYLAND, MELISSA GARCIA, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH, individually and on behalf of all others similar situated,<br><br>          Plaintiffs,<br><br>       v.<br><br>NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC,<br><br>          Defendants. | Case No. 18-cv-9031-DLC<br><br>**CLASS ACTION** |

## DECLARATION OF WILLIAM YEATMAN

I, William Merriwether Yeatman, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. My business address is 1000 Massachusetts Ave. NW, Washington, DC 20001. My telephone number is (202) 216-1433. My email address is wmy5@georgetown.edu.

3. I had a Federal Family Education Loan or Direct Loan serviced by Navient until February, 2020, when my loan was transferred to another loan servicer; during that time I was, and am, employed by a qualifying public service employer (Cato Institute) for purposes of the Public Service Loan Forgiveness ("PSLF") program; and I spoke to a Navient customer service representative in September 2019 regarding my PSLF eligibility. I am not an affiliate, officer, or director of Navient, or a judge or family member of the judge to whom this case is assigned, and I have not already settled with and released Navient from individual claims similar to those alleged.

4. I am thus a member of the settlement class with standing to object to the proposed settlement.

5. On July 12, 2020, I received by email a Notice of Proposed Class Action Settlement regarding this case. Attached as Exhibit 1 is a true and correct copy of the Notice, which I forwarded to my counsel at Hamilton Lincoln Law Institute's Center for Class Action Fairness. Communications with my counsel have been redacted in the exhibit.

6. I bring this objection in good faith to prevent approval of an unfair settlement and ratification of an improper class certification. If this Court has any skepticism about my motives, I am happy to stipulate to an injunction forbidding me from seeking compensation for settling my objection at any stage without court approval.

7. I have not filed any other objection to a class action settlement in the past three years.

8. I would not find it financially feasible to vindicate any claims I might have against the defendants via an individual suit for money damages.

9. I understand the proposed settlement provides for a $1.75 million *cy pres* award to be paid to a new organization, Public Service Promise. I do not wish to fund, associate with, or otherwise support this organization.

10. The specific grounds of my objection are identified in the memorandum to be filed by my attorneys contemporaneously with this declaration. My objection applies to the class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 11, 2020, in Washington, DC.

William Yeatman

# EXHIBIT 1

M Gmail

Anna St. John <anna.stjohn@hlli.org>

**Re: Fw: Notice of Proposed Class Action Settlement**



**From:** William Yeatman <wmy5@georgetown.edu>
**Sent:** Sunday, July 12, 2020 8:43 AM
**To:** William Yeatman <wyeatman@cato.org>
**Subject:** Fwd: Notice of Proposed Class Action Settlement

*CAUTION: External Email*

---------- Forwarded message ---------
From: PSLF Settlement Administrator <PSLFSettlement@class-action-administrator.com>
Date: Sun, Jul 12, 2020 at 8:41 AM
Subject: Notice of Proposed Class Action Settlement
To: <WMY5@georgetown.edu>

If you do not want emails about this matter, please unsubscribe.

<u>LEGAL NOTICE</u>

*Una versión en español de este aviso está disponible en*
www.PSLFSettlement.com.

**IF YOU ARE A BORROWER OF FEDERAL STUDENT LOANS THAT ARE OR WERE SERVICED BY NAVIENT SOLUTIONS, LLC AND ARE A PUBLIC SERVICE EMPLOYEE, A PROPOSED CLASS ACTION MAY AFFECT YOUR RIGHTS**

There is a Proposed Settlement in a class action lawsuit, *Hyland, et al. v. Navient Corp., et al.* , No. 18 Civ. 9031, in the United States District Court for the Southern District of New York.

**The Proposed Settlement affects a "Class," or group, of people that may include you. This is just a summary of your rights. For complete information, visit www.PSLFSettlement.com or call 1-877-906-1589.**

**What is the case about?** The plaintiffs who filed this lawsuit claim that Navient Solutions, LLC and Navient Corporation ("Navient") misled borrowers working in public service concerning their eligibility to benefit from the federal Public Service Loan Forgiveness Program ("PSLF"). Navient denies any wrongdoing. The Court dismissed all plaintiffs' claims except one. The parties agreed to the Proposed Settlement to provide relief to the Class and to avoid further expense associated with this litigation.

**What is the "Class"?** The Class includes all individuals who from October 1, 2007 to the Effective Date (i) have or had Federal Family Education Loan Program ("FFEL") or Direct Loans serviced by Navient; (ii) are or were employed full-time by a qualifying public service employer(s) for purposes of PSLF; and (iii) spoke to a Navient customer service representative about subjects relating to PSLF eligibility.

**What does the Settlement provide?** Under the Proposed Settlement, Navient will implement and maintain procedures to enhance its PSLF practices. Specifically, it will enhance its internal resources, maintain regular training and monitoring for call center representatives, update forms that are sent to borrowers and update its website. Navient will also contribute $1.75 million to a non-profit organization formed to educate and counsel public service borrowers. There will be no monetary recovery for Class Members under this settlement.

**Who is counsel to the Class?** Attorneys seeking to represent the Class. These attorneys will request that the Court award fees and expenses up to $500,000. You may hire your own attorney, at your own expense, if you wish.

**What are the legal rights of Class Members?** If the Court approves the Proposed Settlement, Class Members will be bound. Class Members will not be able to sue Navient for non-monetary relief, or for monetary relief in a class or aggregate action, based on the allegations made in this lawsuit. Class Members will retain the right to sue for money damages in individual lawsuits. You may retain your own attorney at your own expense if you wish to do so.

**You can tell the Court if you do not like the Proposed Settlement.** To do so, you must mail a letter postmarked by September 11, 2020, as outlined in the *Notice of Proposed Class Action Settlement* , which is available at www.PSLFSettlement.com.

**Will the Court approve the Proposed Settlement?** The Court will hold a Final Approval Hearing by videoconference or through a teleconference on October 2, 2020 at 3:00 P.M. to consider whether the Proposed Settlement is fair, reasonable, and adequate, the motion for attorneys' fees and expenses, and properly submitted comments and objections.

**For more information on the Proposed Settlement and to obtain a copy of the full *Notice of Proposed Class Action Settlement*:**

**Call 1-877-906-1589 or Visit www.PSLFSettlement.com**

--
Adam Schulman
Attorney
Hamilton Lincoln Law Institute