Anna St. John
HAMILTON LINCOLN LAW INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Phone: (917) 327-2392
Email:  anna.stjohn@hlli.org

*Attorney for Objector William Yeatman*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHRYN HYLAND, MELISSA GARCIA, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH, individually and on behalf of all others similar situated, <br><br> Plaintiffs, <br><br> v. <br><br> NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC, <br><br> Defendants. | Case No. 18-cv-9031-DLC <br><br> **CLASS ACTION** |

**DECLARATION OF ANNA ST. JOHN**

I, Anna St. John, declare as follows:

1.      I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      My business address is Hamilton Lincoln Law Institute, 1629 K St. NW, Suite 300, Washington, DC 20006. My telephone number is (917) 327-2392. My email address is anna.stjohn@hlli.org.

3.      I represent class member and objector William Yeatman in this matter.

4.      Attached as Exhibit 1 hereto is a true and correct copy of a letter I sent to class counsel by email on August 31, 2020.

5.      Attached as Exhibit 2 hereto is a true and correct copy of a letter I received from class counsel by email on September 3, 2020, in response to my August 31 letter.

6.      Attached hereto as Exhibit 3 is a true and correct copy of a press release of the American Federation of Teachers ("AFT"), titled "Major Lawsuit Launched Against Betsy DeVos over National Student Debt Debacle, which I printed to PDF from https://www.aft.org/press-release/major-lawsuit-launched-against-betsy-devos-over-national-student-debt on September 7, 2020.

7.      Attached hereto as Exhibit 4 is a true and correct copy of the article by Christine Hauser, *West Virginia Teachers, Protesting Low Pay, Walk Out*, New York Times (Feb. 23, 2018), which I printed to PDF from https://www.nytimes.com/2018/02/23/us/west-virginia-teachers-strike.html on September 8, 2020.

8.      Attached hereto was Exhibit 5 is a true and correct copy of a webpage regarding AFT on the InfluenceWatch website, which I printed to PDF from https://www.influencewatch.org/labor-union/american-federation-of-teachers/ on September 6, 2020.

9.      Attached hereto as Exhibit 6 is a true and correct copy of a webpage on the OpenSecrets website regarding AFT's political contributions, which I printed to PDF from https://www.opensecrets.org/orgs/american-federation-of-teachers/totals?id=D000000083 on September 11, 2020.

10.     Attached hereto as Exhibit 7 is a true and correct copy of the AFT Resolution titled "In Support of Green New Deal," which I printed to PDF from https://www.aft.org/resolution/support-green-new-deal on September 7, 2020.

11.     Attached hereto as Exhibit 8 is a true and correct copy of the AFT Resolution titled "Fighting the Influence of Private Prisons and Private Equity Firms on Mass Incarceration and Immigrant Detention," which I printed to PDF from https://www.aft.org/resolution/fighting-influence-private-prisons-and-private-equity-firms-mass-incarceration on September 7, 2020.

12.     Attached hereto as Exhibit 9 is a true and correct copy of the AFT Resolution titled "Stop Bans on Abortion and Support Women's Healthcare and Rights," which I printed to PDF from https://www.aft.org/resolution/stop-bans-abortion-and-support-womens-healthcare-and-rights on September 7, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 11, 2020, in New Orleans, LA.

_/s/ Anna St. John_
Anna St. John

# EXHIBIT 1

**1629 K STREET NW, SUITE 300**
**WASHINGTON, D.C. 20006**

### HAMILTON LINCOLN
### LAW INSTITUTE

Anna St. John
Hamilton Lincoln Law Institute
Center for Class Action Fairness
1629 K Street NW, Suite 300
Washington, DC 20006
(917) 327-2392
anna.stjohn@hlli.org

August 31, 2020

*Via Email*

Faith Gay (fgay@selendygay.com)
Maria Ginzburg (mginzburg@selendygay.com)
Yelena Konanova (lkonanova@selendygay.com)
Margaret Siller (msiller@selendygay.com)
Selendy & Gay
1290 Avenue of the Americas
New York, NY 10104

Mark Richard (mrichard@phillipsrichard.com)
Phillips, Richard & Rind, P.A.
9360 SW 72 Street, Suite 283
Miami, FL 33173

Re: *Hyland, et al. v. Navient Corp., et al.*, No. 18-cv-9031-DLC (S.D.N.Y.)

Dear Counsel:

We write regarding the settlement in *Hyland v. Navient Corp.*, No. 18-cv-9031 (S.D.N.Y.). We are currently evaluating the settlement on behalf of a class member and are hoping you may be able to provide information that might alleviate certain of our concerns.

*First*, the American Federation of Teachers is expressly included in the definition of "Releasing Class Representative Parties" in the settlement agreement, and you describe AFT as your non-profit partner who sponsored the litigation on behalf of the entire class and the class representatives, who are AFT members.

Page **1** of **3**

a.  Please explain the relationship that led to AFT's inclusion in the "Releasing Class Representative Parties" definition: is AFT a class representative in the litigation, or an executor, administrator, representative, agent, attorney, partner, successor, predecessor-in-interest, or assign of one or more of the class representatives?

b.  What relationship do the class representatives have with AFT? Do they have any manner of financial relationship (e.g., paying dues, receiving services of value in exchange from AFT, etc.)?

c.  Please explain what role or other input AFT had in the litigation strategy and settlement process. Did AFT refer the named plaintiffs to you? Did you seek AFT's approval of the settlement?

d.  How much will AFT ultimately receive from the attorneys' fee award, class representative award, or other payments in this case? How much did AFT contribute upfront for attorneys' fees, expenses, or to otherwise support this case?

e.  Do any agreements relating to the case exist between AFT, class representatives, class counsel, and/or National Student Legal Defense Network ("Student Defense") that have not been disclosed to the Court? If so, please identify those agreements.

*Second*, we understand that your firms and Aaron Ament and Dan Zibel—who currently are officers of Student Defense and will dedicate time to the new organization formed by the settlement—have been co-counsel in other litigation. We also understand that your firms and Mr. Ament and Mr. Zibel have specifically represented AFT in other litigation.

a.  How much have your firms recovered in attorneys' fees from AFT or from representing AFT in the past five years?

b.  How many matters have each of your firms and Mr. Ament and Mr. Zibel referred to each other in the past five years? On what cases have you served as co-counsel?

c.  Has Mr. Ament or Mr. Zibel had any role in this litigation?

d.  Will Mr. Ament or Mr. Zibel or any other employees of Student Defense receive any financial compensation or reimbursement from the new organization that is to be established?

e.  Will Mr. Ament or Mr. Zibel be involved in the process of selecting board members or hiring employees for the new organization?

Please provide a response by Thursday, September 3, given upcoming case deadlines. Thank you for your attention to this matter.

Sincerely,

*/s/ Anna St. John*
Anna St. John

cc:    Ashley Simonsen (asimonsen@cov.com)

# EXHIBIT 2

Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Lena Konanova
Partner
212 390 9010
lkonanova@selendygay.com



September 3, 2020

<u>**Via E-mail**</u>

Anna St. John
Hamilton Lincoln Law Institute
Center for Class Action Fairness
1629 K Street NW, Suite 300
Washington, DC 20006

Re:     ***Hyland, et al. v. Navient Corp., et al.*, No. 18-cv-9031-DLC
        (S.D.N.Y.)**

Dear Ms. St. John:

We write in response to your August 31, 2020 letter requesting clarification about certain aspects of the Settlement Agreement reached in the above-captioned class action lawsuit between Plaintiffs and their loan servicer, Defendants Navient Corporation and Navient Solutions, LLC ("<u>Navient</u>"). We appreciate this opportunity to discuss the valuable relief the settlement achieves for the Settlement Class and are glad to answer any further questions you might have.

As you know, the settlement follows nearly two years of hard-fought litigation on behalf of the Settlement Class—public servants who have struggled to obtain loan forgiveness under the PSLF Program promised by the federal government. Dkt. 122 at 1, 10. As our filings make clear, the Court's chief concern with rectifying such wrongs through the class action mechanism has been the highly individualized nature of individual borrowers' financial circumstances and telephone interactions. *Id.* at 15–16. With that in mind, Plaintiffs were successful in reaching a settlement that fully preserves the ability of Settlement Class Members to seek monetary relief in individual lawsuits against Navient. *Id.* at 5, 16–17.

Moreover, the settlement provides meaningful non-monetary relief directly aimed at remedying the alleged harm for the benefit of all Settlement

Ms. Anna St. John, Hamilton Lincoln Law Institute
September 3, 2020

Class Members.  Among other things, Navient will be required to make important enhancements to its business policies and practices, and a $1.75 million contribution to a newly formed *cy pres* organization for student loan education and counseling (the "PSLF Project").  *Id.* at 1, 17.  The details of those practice enhancements and the PSLF Project are discussed at length in our prior court submissions.  *See, e.g.*, Dkt. 125-4 at 8–12 (Settlement Agreement Parts V.B, V.C); Dkt. 125-8 (PSLF Project Proposal).  Thus, as a result of the settlement, the Settlement Class will receive comprehensive guidance from their student loan servicer about obtaining loan forgiveness under the federal PSLF Program and directly benefit from additional counseling and education resources available through the *cy pres* organization, Dkt. 122 at 5, 16–17, all while preserving Class Members' individual damages claims—consistent with the Court's direction, *see* Dkt. 120 at 13 ("While the Court has 'expressed skepticism that a damages claim could be pursued in this action on behalf of a class,' it has never 'expressed skepticism … that there could be individual claims for damages.'" (quoting June 10, 2020 Prelim. Approval Hrg. Corr. Tr. 4:09–12)).

Class Counsel's compliance with all relevant provisions of Rule 23 of the Federal Rules of Civil Procedure is detailed in our publicly filed preliminary and final approval motion papers and accompanying exhibits.  For your convenience, we replicate your questions below and reference the responsive public filings:

**1.a    *Please explain the relationship that led to AFT's inclusion in the "Releasing Class Representative Parties" definition: is AFT a class representative in the litigation, or an executor, administrator, representative, agent, attorney, partner, successor, predecessor-in-interest, or assign of one or more of the class representatives?***

The American Federation of Teachers union ("AFT") has served as Class Counsel's nonprofit partner throughout the litigation.  AFT made significant, up-front payments of legal fees to Class Counsel.  Selendy & Gay PLLC's ("S&G") fees totaled $5,915,865.60 for this litigation.  Dkt. 122 at 2; Dkt. 125 ¶ 26.  S&G's co-counsel, Phillips, Richard & Rind, P.A. ("PR&R" and, collectively with S&G, "Class Counsel"), has not sought independent reimbursement of fees billed for this litigation.

AFT is neither a Class Representative, nor an executor, administrator, representative, agent, attorney, partner, successor, predecessor-in-interest, or assign of any Class Representatives.  Dkt. 125-4 at 2 (Settlement Agreement Part II.8).

2

Ms. Anna St. John, Hamilton Lincoln Law Institute
September 3, 2020

**1.b    *What relationship do the class representatives have with AFT?
Do they have any manner of financial relationship (e.g., paying
dues, receiving services of value in exchange from AFT, etc.)?***

The Class Representatives are AFT members.  Dkt. 122 at 1.

**1.c    *Please explain what role or other input AFT had in the litigation
strategy and settlement process. Did AFT refer the named plain-
tiffs to you? Did you seek AFT's approval of the settlement?***

AFT has funded this litigation, as is a matter of public record.  *See*
Dkt. 122 at 2 n.2.

AFT also assisted Class Counsel in locating plaintiffs by distributing
surveys to AFT's members, *see, e.g.*, Dkt. 129 ¶ 9 (Decl. of Jennifer Guth);
Dkt. 132 ¶ 9 (Decl. of Michelle Means); Dkt. 135 ¶ 12 (Decl. of Rebecca Spitler-
Lawson), and hosting student debt clinics, *see, e.g.*, Dkt. 134 ¶ 12 (Decl. of Jes-
sica Saint-Paul).  For avoidance of doubt, Class Counsel also spoke to and cor-
responded with many non-AFT-affiliated potential plaintiffs and the Settle-
ment Class definition is not limited in any way to AFT members.  Dkt. 125-4
at 5 (Settlement Agreement Part II.43).

AFT did not control or set litigation strategy.  Litigation strategy deci-
sions—including about whether to settle and on what basis—belonged to the
Class Representatives alone, as evidenced by the Class Representatives' par-
ticipation in a November 5, 2019 in-person mediation before Magistrate Judge
Barbara Moses, Dkt. 125 ¶ 17, and the fact that the Settlement Agreement was
executed by each of the Class Representatives, *see* Dkt. 125-4.

**1.d    *How much will AFT ultimately receive from the attorneys' fee
award, class representative award, or other payments in this
case? How much did AFT contribute upfront for attorneys' fees,
expenses, or to otherwise support this case?***

Per the response to 1.a, *supra*, AFT made significant, up-front payments
of legal fees to Class Counsel; S&G's fees totaled $5,915,865.60 for this litiga-
tion, excluding the substantial costs associated with the retention of experts,
access to legal research databases, use of printing services, and travel.  If the
settlement is approved, AFT will be reimbursed for only $500,000 of that sum,
which reflects 8.45% of S&G's total fees for this matter.  Dkt. 122 at 10;
Dkt. 125 ¶ 28.

**1.e    *Do any agreements relating to the case exist between AFT, class
representatives, class counsel, and/or National Student Legal***

3

> ***Defense Network ("Student Defense") that have not been disclosed to the Court? If so, please identify those agreements.***

There are no unidentified agreements relating to the case.

**2.a    *How much have your firms recovered in attorneys' fees from AFT or from representing AFT in the past five years?***

As relevant here, the fees obtained by Class Counsel in this litigation as to which Class Counsel seeks an award for partial reimbursement have been disclosed.  *See* Response to 1.a, *supra*.

**2.b    *How many matters have each of your firms and Mr. Ament and Mr. Zibel referred to each other in the past five years? On what cases have you served as co-counsel?***

Neither S&G, nor PR&R, nor the National Student Legal Defense Network (*a/k/a* "Student Defense") collectively or its employees individually, including Messrs. Ament and Zibel, have referred any matters to one another.

Currently, both S&G and PR&R serve as co-counsel with Student Defense in the action *Weingarten v. DeVos*, No. 1:19-cv-02056-DLF (D.D.C.), asserting claims under the Administrative Procedure Act and the Due Process Clause of the Fifth Amendment against the U.S. Department of Education for its mismanagement of the PSLF and TEPSLF Programs.

**2.c    *Has Mr. Ament or Mr. Zibel had any role in this litigation?***

Neither Mr. Ament, nor Mr. Zibel, nor any other Student Defense employee has had any involvement in litigating or settling this case, other than in developing the PSLF Project Proposal, as disclosed in Class Counsel's preliminary and final approval papers.  *See* Dkt. 98-6; Dkt. 125-8.

**2.d    *Will Mr. Ament or Mr. Zibel or any other employees of Student Defense receive any financial compensation or reimbursement from the new organization that is to be established?***

As the PSLF Project Proposal details, Student Defense intended to and did retain a law firm, which prepared formation and governance papers for a new 501(c)(3) organization that will be the *cy pres* recipient under the Settlement Agreement, if the settlement is approved.  Dkt. 98-6 at 1; Dkt. 125-8 at 1.  Per the final approval papers, that organization—Public Service Promise— has since been incorporated under the District of Columbia Business Organizations Code.  Dkt. 120 at 4.

Ms. Anna St. John, Hamilton Lincoln Law Institute
September 3, 2020

Public Service Promise's board of directors and its new Executive Director, whom the board shall appoint, "will maintain independent decision making authority from Student Defense." Dkt. 98-6 at 1; Dkt. 125-8 at 1. The initial board of Public Service Promise is comprised of three members—Joseph A. Smith, Jr., Rebecca Fertig Cohen, and LaRue Robinson—who bring a wealth of experience in law, public interest organizations, student borrower protection, and the monitoring of consent judgments involving loan servicers. Dkt. 120 at 4–5. None of Public Service Promise's board members is employed by or on the board of directors of Student Defense; as disclosed, Mr. Robinson serves as a member of the Student Defense Advisory Board (without decision-making authority). *Id.* at 5 n.3.

Neither Mr. Ament, nor Mr. Zibel, nor any other Student Defense employee will receive any financial compensation or reimbursement from Public Service Promise. The "exact staffing" of the Public Service Promise is subject to the discretion and oversight of the Public Service Promise Board and the Executive Director. Dkt. 98-6 at 4; Dkt. 125-8 at 4. The PSLF Project Proposal sets forth a potential distribution of the *cy pres* contribution, all to be allocated at the direction of Public Service Promise's Board. Dkt. 98-6 at 4–5; Dkt. 125-8 at 4–5. Public Service Promise's Board may thus exercise its discretion to retain the services of Student Defense employees to assist with outreach, education, and advocacy activities for the PSLF Project, subject to separate approval by Student Defense's own independent board, in which case Student Defense (the organization) would be reimbursed for time spent by those employees. Dkt. 98-6 at 4–5; Dkt. 125-8 at 4–5.

### 2.e   *Will Mr. Ament or Mr. Zibel be involved in the process of selecting board members or hiring employees for the new organization?*

As described above, and as detailed in the PSLF Project Proposal, Student Defense intended to and did retain a law firm, which prepared formation and governance papers for a new 501(c)(3) organization, Public Service Promise, which included the appointment of the three initial board members. Dkt. 98-6 at 1; Dkt. 125-8 at 1. As the PSLF Project Proposal further provides, Public Service Promise "will give reasonable consideration to board member and Executive Director candidates proposed by any stakeholder." Dkt. 98-6 at 1; Dkt. 125-8 at 1. The "exact staffing" of the Public Service Promise is subject to the discretion and oversight of the Public Service Promise Board and the Executive Director. Dkt. 98-6 at 4; Dkt. 125-8 at 4.

\* \* \*

Please let us know if you wish to discuss further.

5

Ms. Anna St. John, Hamilton Lincoln Law Institute
September 3, 2020


Sincerely,


/s/  *Lena Konanova*                         /s/  *Mark Richard*

Faith Gay                                    Mark Richard (*pro hac vice*)
Maria Ginzburg                               PHILLIPS, RICHARD & RIND, P.A.
Lena Konanova                                9360 SW 72 Street, Suite 283
SELENDY & GAY, PLLC                          Miami, FL 33173
1290 Avenue of the Americas                  Tel: 305-412-8322
New York, NY 10104                           E-mail: richard@phillipsrichard.com
Tel: 212-390-9000
E-mail: fgay@selendygay.com
mginzburg@selendygay.com
lkonanova@selendygay.com

Cc:    Ashley Simonsen (asimonsen@cov.com)
       Andrew Ruffino (aruffino@cov.com)

6

# EXHIBIT 3

 Member Benefits       Find Your Local       How to Join       En Espanol



### Press Release

# Major Lawsuit Launched Against Betsy DeVos over National Student Debt Debacle

*Education Department Deliberately Blocked Access to Public Service Loan Forgiveness, Stiffing Student Borrowers*

**For Release:**
**Thursday, July 11, 2019**

**Contact:**
**Andrew Crook**
**o: 202-393-8637 | c: 607-280-6603**
**acrook@aft.org**

**WASHINGTON—**A lawsuit suit [filed today in federal court (//www.aft.org/sites/default/files/weingarten_v_devos_complaint.pdf)](//www.aft.org/sites/default/files/weingarten_v_devos_complaint.pdf) spells out in devastating detail how Education Secretary Betsy DeVos deliberately stymied public service workers from accessing a loan forgiveness program they are entitled to under federal law.

The landmark complaint, *Weingarten v. DeVos*, lays bare the gross mismanagement and out-and-out sabotage of the federal Public Service Loan Forgiveness program by DeVos and her Department of Education. PSLF is a bipartisan loan forgiveness plan signed into law by President George W. Bush. It enables qualifying public service workers to discharge the balance on their loans after 10 years, potentially saving them tens of thousands of dollars.

In unlawfully denying forgiveness, DeVos ignored a litany of lies and misdirection deployed by loan servicers under contract with and overseen by her department.

The suit is brought by eight members of the American Federation of Teachers, the national union itself, and AFT President Randi Weingarten. Many AFT members organized their lives around the promise of loan forgiveness. Instead, they have been sentenced to crushing debt at the hands of DeVos, who has unlawfully deprived borrowers of their most basic due process rights.

The United States is in the midst of a snowballing $1.6 trillion student debt crisis. As of March 2019, less than 1 percent—518 individuals—of those applying for PSLF had received it, compared with more than 32 million American borrowers estimated to be repaying PSLF-eligible loans.

The AFT's Weingarten said: "Public Service Loan Forgiveness is a right, but Betsy DeVos has turned it into a crapshoot.

"Twelve years ago, Congress made a bipartisan commitment to help millions of workers pay off their student loan debt as recognition for their dedicated public service. DeVos has broken that promise and vindictively—and illegally—blocked their path to the middle class.

"Instead of helping the millions of Americans owed debt relief under the Public Service Loan Forgiveness program, DeVos has hurt and pauperized them. And instead of working with lawmakers to improve the program that millions of teachers, firefighters, nurses and first responders deserve, DeVos has vandalized it.

"While DeVos dithers, millions of public service workers miss car payments, sink deeper into credit card debt and struggle to care for sick relatives. This deliberate sabotage of a bipartisan government initiative cannot be allowed to stand."

DeVos has failed public service workers like plaintiff Cynthia Miller, who has taught for more than 10 years in a low-income public high school, sacrificing her own education goals so that she could pay back her student loans and contribute to her own children's education.

DeVos has also failed public service workers like Crystal Adams, a federal employee who has spent the last 10 years paying back her student debt, causing her family to forgo basic needs, like a reliable car. Both Miller and Adams made the requisite 120 qualifying payments, but the Education Department failed to properly count them.

Two of the corporations charged with helping borrowers qualify for PSLF—loan servicers Navient and Nelnet—told plaintiffs Deborah Baker and Kelly Finlaw that they were "on track" for relief even though they had the wrong loan type. Years ago, these plaintiffs could have easily switched their loans to the right type; instead, now, 10 years after working hard in public service and paying down their debt, the Education Department has slammed the door in their faces.

The suit cites repeated violations of the Administrative Procedure Act and the Fifth Amendment's due process clause. Plaintiffs are seeking immediate loan forgiveness and a court order requiring the Education Department to adopt a process to identify and account for its errors and loan servicers' misrepresentations, and to give applicants a real opportunity to provide evidence in support of their applications. Plaintiffs also request an order requiring the department to provide sufficient detail supporting its rulings, so borrowers actually understand the basis for the department's decision.

In October, AFT members sued loan servicer Navient (//www.aft.org/press-release/class-action-lawsuit-launched-against-student-loan-servicer-navient-over), which serviced borrowers eligible for PSLF on DeVos' behalf, for damages and injunctive relief in the Southern District of New York. This week, Judge Denise Cote permitted the case to go forward (//www.aft.org/press-release/statement-afts-randi-weingarten-and-attorney-faith-gay-judges-decision) under New York consumer protection law and, crucially, ruled the plaintiffs' claims are not pre-empted by federal law.

*Weingarten v. DeVos* was filed Thursday in the U.S. District Court for the District of Columbia. The plaintiffs are represented by Selendy & Gay. The filing is available here (//www.aft.org/sites/default/files/weingarten_v_devos_complaint.pdf).

# # # #

The AFT represents 1.7 million pre-K through 12th-grade teachers; paraprofessionals and other school-related personnel; higher education faculty and professional staff; federal, state and local government employees; nurses and healthcare workers; and early childhood educators.

## Press Center

Press Releases (/press/releases)
New York Times columns (/press/nyt)
Blog (https://aftvoices.org/@rweingarten)
Speeches (/press/speeches)
Media Kits (/press/media-kits)



(http://www.twitter.com/rweingarten)

# EXHIBIT 4

**The New York Times** | https://nyti.ms/2sMToNh

# West Virginia Teachers, Protesting Low Pay, Walk Out

By **Christine Hauser**

Feb. 23, 2018

A two-day walkout by thousands of West Virginia public schoolteachers and employees to protest low pay will continue on Monday, organizers said on Friday afternoon.

The American Federation of Teachers-West Virginia, the West Virginia Education Association and the West Virginia School Service Personnel Association organized the statewide action, which left more than a quarter of a million students out of school on Thursday and Friday in the state's 55 counties.

Christine Campbell, the president of the American Federation of Teachers-West Virginia, said the strike could last beyond Monday if necessary. Teachers across the state, she added, "have made their voice clear."

"They believe that not enough has been done," she said.

Organizers say teachers are so poorly paid in the state that some must take second jobs to make ends meet. In 2016, the average salary for a teacher in West Virginia was $45,622, ranking it 48th in the country, according to the National Education Association.

"Our state is not providing the resources for our students," Cindy Nester, 44, a kindergarten teacher at Augusta Elementary School, said in an interview. "Generally, in a year, I probably pay anywhere from $1,000 to $1,500 out of my own paycheck, and those are just for miscellaneous supplies."

Schools across the state have a deficit of educators, and experienced teachers have left in search of adequate pay and benefits, the union said.

Ms. Nester, who lives in the city of Romney, agreed. "I live 40 miles from Virginia, 40 miles form Maryland," she said. "All we have to do is cross those lines and we can make $12,000 or $15,000 more, plus those benefits."

An estimated 5,000 teachers, parents and supporters protested at the Capitol building in Charleston on Friday, said Kym Randolph, the communications director for the West Virginia Education Association. There were slightly fewer demonstrators than on Thursday, when lines were so long it took up to three hours to get in.

"They are packing the chambers," Ms. Randolph said in an interview. "The ones that got there early talked to legislators."

West Virginia's 680 public schools employ 19,488 classroom teachers, said Alyssa Keedy, a spokeswoman for the state's education department. There are 277,137 students enrolled.

During the two-day shutdown, state food banks helped feed students who depend on school meals, and supplemental child care centers were set up, according to local news reports.

The strike took place after Gov. James C. Justice, a Republican, signed legislation on Wednesday that would provide teachers and school service personnel a 2 percent raise starting in July, part of an increase in salaries for some state employees.

Teachers and service personnel are scheduled to get an additional 1 percent raise in the 2020 fiscal year, and teachers will get another 1 percent raise in 2021.

"We need to keep our kids and teachers in the classroom," Governor Justice said in a statement on Wednesday. "We certainly recognize our teachers are underpaid, and this is a step in the right direction to addressing their pay issue."

Teachers' unions say the raises will not cover cost-of-living increases. Ms. Randolph said that teachers' salaries had stagnated for years and that the lack of state contributions to the health care plan had meant that inflation costs have been borne by the employees, who are struggling under higher deductibles, premiums and out-of-pocket expenses.

While the board of the Public Employees Insurance Agency, which administers the health care plan for state employees, has agreed to freeze rates in 2019, the teachers want a more permanent funding fix.

Governor Justice said the agency's board would work on long-term solutions to address the teachers' concerns. "Now we need to turn our focus back to continuing public education reforms and making our state educational system the best in the country," he said.

Ms. Nester said the walkout seemed to have a lot of support from members of her community, adding that she was demonstrating in support of all state workers, not just educators.

"I think it's very possible it could go on for a while," she said. "I think we need to fight for this."

Jacey Fortin contributed reporting.

A version of this article appears in print on Feb. 24, 2018, Section A, Page 11 of the New York edition with the headline: Thousands of West Virginia Teachers Strike for a Second Day

# EXHIBIT 5

LABOR UNION

# American Federation of Teachers (AFT)

PARENT ORGANIZATION: AMERICAN FEDERATION OF LABOR-CONGRESS OF INDUSTRIAL ORGANIZATIONS (AFL-CIO) (HTTPS://WWW.INFLUENCEWATCH.ORG/LABOR-UNION/AFL-CIO/)

The American Federation of Teachers (AFT) is the second-largest teachers' union in the United States. The union represents roughly 1.5 million members, most of whom work in teaching and education-related jobs as well as nursing. [1] The union is a member of the AFL-CIO (https://www.influencewatch.org/labor-union/afl-cio/).

The AFT, like most public-sector unions, is a major player in liberal policy and Democratic Party politics. The union and union president Rhonda "Randi" Weingarten (/person/randi-weingarten/) are associated with the Democracy Alliance (https://www.influencewatch.org/organization/democracy-alliance-da/) network of liberal mega-donors. [2] AFT and its associated political committees are also substantial contributors to Democratic candidates and party committees: According to the Center for Responsive Politics, those committees have spent upwards of $80 million on federal elections, with $79 million going to Democrats and left of center groups. [3]

The union's political positions focus on preserving privileges for teachers largely regardless of teacher quality. The AFT is a staunch defender of "tenure" policies that make it exceptionally difficult to remove ineffective teachers from the classroom. [4] Additionally, the union opposes many efforts to bring pension contributions and expenditures into long-run balance. [5]

Numerous AFT local unions have been affected by serious corruption committed by senior officers in the local unions. The Washington Teachers Union (/labor-union/washington-teachers-union-wtu/), the United Teachers of Dade (/labor-union/united-teachers-of-dade-utd/), and the Broward Teachers Union (/labor-union/broward-teachers-union/) all suffered substantial financial losses from financial corruption committed by their officers. [6] The AFT locals in Chicago and New York City have also been embroiled in highly controversial local politics.

Union president Randi Weingarten is a longtime union official, having served previously as president of the AFT-affiliated local teachers union in New York City, the United Federation of Teachers (https://www.influencewatch.org/labor-union/united-federation-of-teachers/). In her work as New York's teacher union president, Weingarten gained infamy for her aggressive defense of teachers awaiting dismissal hearings for misconduct in the city's "rubber rooms." One principal went so far as to suggest Weingarten "would protect a dead body in the classroom." [7]

## History

### ORIGINS

The American Federation of Teachers grew out of the early labor movement of the 1910s, officially organizing in 1916. After New Deal-era labor laws restricted management interference in labor union organizing, the AFT grew substantially and began to engage in collective bargaining throughout the cities of the industrial Northeastern United States. [8]

By the 1960s, the AFT and its local unions were making substantial impacts on education policy. In 1968, the AFT local in New York City led by Albert Shanker staged three strikes that shuttered 85 percent of New York's public schools in an attempt to reverse decisions to decentralize school control. The strikes succeeded despite strong objections from New York's African-American communities. [9]

### THE ALBERT SHANKER ERA

After rising to prominence by leading the strikes in New York, United Federation of Teachers (/labor-union/united-federation-of-teachers/) union president Albert Shanker was elected president of the national union in 1974. [10] Shanker double-jobbed as UFT and AFT president simultaneously, an arrangement that lasted until he stepped down as UFT leader in 1986. [11]

When Shanker took over the AFT, teaching was already America's most unionized occupation based on a factory-style model of adversarial labor-management relations. [12] Despite his combative reputation in New York, Shanker was open to limited educational reforms, endorsing at various points in his career performance pay, teacher licensing exams, and peer review. Shanker

also backed proposals for alternative management of some public schools that evolved into the modern charter school movement. [13]

## AFTER SHANKER: FELDMAN AND MCELROY

In 1997, Shanker, then suffering from cancer that would eventually kill him, stepped down as AFT president in favor of Sandra Feldman, then the UFT president. Feldman was a longtime Shanker colleague and ally, supporting his controversial 1968 strike. As UFT leader, Feldman faced criticism for insisting on prohibiting the NYC school system from reassigning successful teachers to failing schools. Feldman was also a close ally of New York mayor David Dinkins (D). [14]

While at the national AFT, Feldman worked closely with Sen. Ted Kennedy (D-Massachusetts) on the No Child Left Behind Act (/legislation/no-child-left-behind-act-nclb/). [15] Feldman was a staunch opponent of the school choice proposals offered by Republican-led legislatures in Michigan, Ohio, and other states. [16]

Feldman fell ill with cancer in the early 2000s, and stepped down for health reasons in 2004. She was succeeded by AFT secretary-treasurer Edward McElroy, who gained a reputation for reforming the internal practices of the union, tying it more closely with the AFL-CIO and strengthening the AFT's political operations. [17] During the 2008 U.S. presidential election, McElroy aligned the AFT with the campaign of Sen. Hillary Clinton (https://www.influencewatch.org/person/hillary-clinton/) (D-N.Y.). [18]

## WEINGARTEN

In 2008, McElroy stepped aside and the union chose UFT president Randi Weingarten to succeed him. Weingarten had led the UFT since 1998, battling city mayors Rudy Giuliani (https://ballotpedia.org/Rudy_Giuliani) (R) and Michael Bloomberg (I) over school reforms and contracts. [19]

Weingarten gained a reputation in New York for her aggressive defense of teachers in the city's infamous "rubber room" disciplinary process, under which teachers facing adjudications of misconduct continue collecting their paychecks in Temporary Reassignment Centers rather than classrooms, often for years. [20] When she was elevated to the national AFT presidency, Weingarten was praised as a reform-minded union leader, given her rhetorical openness to changes to teacher compensation and assignments. [21]

However, in practice Weingarten and the AFT continue to resist most reforms. The union opposed accountability regulations advanced by the Department of Education to implement the bipartisan Every Student Succeeds Act. [22] The union also organized opposition to various public-employee labor reforms proposed by state legislatures, helping lead the futile efforts (https://ballotpedia.org/Scott_Walker_recall,_Wisconsin_(2012)) to remove Wisconsin Governor Scott Walker (R) from office in 2012. [23]

Weingarten is a longtime confidant of 2016 Democratic Party presidential nominee Hillary Clinton (/person/hillary-clinton/). AFT contributed $500,000 to Clinton-associated nonprofits, including the Clinton Foundation (https://www.influencewatch.org/non-profit/bill-hillary-and-chelsea-clinton-foundation/) and Clinton Global Initiative (https://www.influencewatch.org/non-profit/clinton-global-initiative/), during its 2016 fiscal year. [24] The AFT backed Clinton early in the Democratic Party primaries, formally endorsing the former Secretary of State in July 2015. [25] During Clinton's 2016 presidential candidacy, commentators speculated that Weingarten might be asked to serve as Clinton's Secretary of Education had she been elected. [26] During the campaign, former Weingarten aide Hartina Flournoy served as chief of staff to former President Bill Clinton (https://www.influencewatch.org/person/bill-clinton/). [27]

## POST *JANUS V. AFSCME*

On June 27, 2018, the Supreme Court ruled in *Janus v. AFSCME* that it was unconstitutional to force state employees to pay union dues and fees. With AFT's LM-2 filed later than most, it better reflects a full year under the new ruling. AFT lost a total of 4.3 percent of its total financial base, losing 75,944 fee payers. Of those, 82,713 "agency fee payers" were lost. The organization gained 6,769 individuals in other areas to cover the loss, with 8,546 new retiree members. Their overall financial situation took a large hit as well, losing 9.1 percent of their total member-based revenue. The total per capita taxes received by AFT dropped from $196.8 million to $178.8 million, representing a significant loss in actionable revenue. [28]

## STRIKE FOR BLACK LIVES

On July 20, American Federation of Teachers participated in the "Strike for Black Lives." Labor unions and other organizations participated in the mass strike in 25 different cities to protest racism and acts of police violence in the United States. [29]

Employees in the fast food, ride-share, nursing home, and airport industries left work to participate in the strike. Protesters sought to press elected officials in state and federal offices to pass laws that would require employers to raise wages and allow employees to unionize so that they may negotiate better health care, child support care, and sick leave policies. Protesters stressed the need for increased safety measures to protect low-wage workers who do not have the option to work from home during the coronavirus pandemic.

Organizers of the protest claimed that one of the goals of the strike is to incite action from corporations and the government that promotes career opportunities for Black and Hispanic workers. Organizers stated that the strike was inspired by the Memphis sanitation workers' strike in 1968 over low wages, inhuman working conditions, and a disparity in the distribution of benefits to black and white employees.

They stated that the purpose of the "Strike for Black Lives" is to remove anti-union and employment policies that prevent employees from bargaining collectively for better working conditions and wages. [30]

## Political Positions and Expenditures

Like most labor unions, the American Federation of Teachers has an aggressive political advocacy operation. The union's 2016 annual report shows that the AFT spent $28.6 million on political activities and lobbying in that fiscal year. [31]

### POLITICAL POSITIONS

The American Federation of Teachers is a major political player in the debates over education. Nationally, AFT puts pressure on federal and state Education Departments to protect teacher job protections. The AFT is a vocal critic of reforms to teacher tenure and expansions of charter schools, with aggressive public relations campaigns against charter school and tenure reform advocates.

Teacher tenure, the practice of protecting teachers from firing after as few as two years on the job, has become highly controversial in recent years. AFT and front groups it and its local unions fund have aggressively attacked tenure reformers, most notably former journalist Campbell Brown. [32] In response to charges by Weingarten that Brown was controlled by her husband, Republican advisor Dan Senor, center-left columnist Kristen Powers condemned the AFT's tactics. [33]

The AFT has also targeted charter schools and their supporters. The union presses heavily for what it calls "accountability" for the publicly funded but independently run schools: In practice, accountability more closely resembles a program of no new charters. The AFT funds groups like Center for Popular Democracy (/non-profit/center-for-popular-democracy/) that push the "accountability" narrative. [34] AFT president Randi Weingarten praised the defeat of a measure to prevent charter school expansion in Massachusetts in 2016. [35] Other AFT officials have gone farther; the president of AFT's Georgia state division compared a finding that Georgia ranked high in school choice with Chicago ranking high in murder rates. [36]

### POLITICAL EXPENDITURES

The AFT is a major funder of liberal political causes and Democratic political candidates both through political action committees and union dues. According to the Center for Responsive Politics, the AFT's political committees spent over $79 million to help Democrats get elected to federal office from the beginning of Federal Election Commission records through November 2016. [37] Of AFT's total federal contributions, over 99 percent supported Democrats. [38]

The AFT and its local unions are also deeply involved in state and local politics. The Center for Responsive Politics reports that AFT was the fifth-largest organization contributor to the Democratic Governors Association in the 2014 midterm election cycle, with $2,725,000 in contributions reported. [39] AFT local unions strongly supported the mayoral election campaigns of Democratic Party-aligned mayors like Martin Walsh of Boston (https://ballotpedia.org/Martin_Walsh_(Massachusetts)), James Kenney of Philadelphia (https://ballotpedia.org/James_Kenney), and Sylvester Turner of Houston (https://ballotpedia.org/Sylvester_Turner). [40]

In addition to contributions to candidates, parties, party committees, and candidates' committees, the AFT spends large sums on lobbying and contributing to non-party political organizations. The AFT is reportedly a member of the progressive donor clearinghouse Democracy Alliance, and the union has paid hundreds of thousands of dollars to the organization. [41]

In 2016, Department of Labor records show that the AFT spent $28.6 million on political expenditures and lobbying. [42] Notable recipients of AFT contributions and political spending include Democratic-aligned SuperPACs Priorities USA Action (https://www.influencewatch.org/non-profit/priorities-usa-action/) ($1 million), Emily's List (https://www.influencewatch.org/organization/emilys-list/) ($625,000), and American Bridge 21st Century

(https://www.influencewatch.org/non-profit/american-bridge-21st-century/) ($300,000); Working America (https://www.influencewatch.org/labor-union/working-america/), the AFL-CIO political mobilization project for non-unionized workers ($329,000); the Clinton Foundation ($250,000); progressive organizing groups including the Center for Popular Democracy (https://www.influencewatch.org/non-profit/center-for-popular-democracy/) ($215,000); and liberal think tanks such as the State Innovation Exchange (https://www.influencewatch.org/non-profit/state-innovation-exchange/) ($200,000). [43]

In 2019, the AFT gave $50,000 to Women's March, Inc. (https://www.influencewatch.org/non-profit/womens-march-national/) after it had already become public knowledge that the Women's March and much of its leadership had ties to anti-Semitic figures. [44] [45]

## Leadership

Randi Weingarten has been president of the American Federation of Teachers since 2009. Prior to taking office as head of the national union, Weingarten led the United Federation of Teachers (UFT), the AFT local union representing teachers in New York City. [46] A career union functionary, Weingarten worked for former UFT and AFT president Sandra Feldman as an attorney from 1986 to 1998 before winning union office in the late 1990s. [47]

Loretta Johnson, the AFT Secretary-Treasurer, is also a longtime union officer. Before her elevation to the AFT Executive Board in 2008, she served as president of the para-professional division of the Baltimore Teachers Union and the Maryland state chapter of the AFT. [48] In 2016, Johnson received $281,460 in gross salary with total disbursements of $358,225. [49]

Mary Catheryn Ricker serves as the Executive Vice President of the AFT. Prior to her elevation to the national executive board, Ricker served as president of the St. Paul Federation of Teachers. [50] In 2016, Ricker was paid $242,097 in gross salary with total disbursements of $311,311. [51]

## Related Organizations

The AFT operates a handful of think tanks and 501(c) organizations. The Albert Shanker Institute (/non-profit/albert-shanker-institute/), a 501(c)(3) organization, operates as a union-associated think tank. [52]

AFT has a separate 501(c)(3), the American Federation of Teachers Education Foundation (https://www.influencewatch.org/non-profit/american-federation-of-teachers-education-foundation-aft/). It has received substantial grants from the Bill and Melinda Gates Foundation (https://www.influencewatch.org/non-profit/bill-and-melinda-gates-foundation/), including to promote and assist in the implementation of the Common Core State Standards curriculum initiatives. [53] The Common Core grants caused controversy within the union, and the AFT ultimately broke future financial ties with the Gates Foundation. [54]

## References

1. American Federation of Teachers, Department of Labor Annual Report (Form LM-2), 2016, Schedule 11 ^

2. Markay, Lachlan. "Teacher Union President Defends Democracy Alliance Support." Washington Free Beacon. July 8, 2014. Accessed December 08, 2016. http://freebeacon.com/issues/teacher-union-president-defends-democracy-alliance-support/ (http://freebeacon.com/issues/teacher-union-president-defends-democracy-alliance-support/) ^

3. Center for Responsive Politics. "Top Organization Contributors." Opensecrets. October 28, 2016. Accessed December 09, 2016. http://www.opensecrets.org/orgs/list.php?cycle=ALL (https://www.opensecrets.org/orgs/list.php?cycle=ALL) ^

4. Evans, Andrew. "Campbell Brown: Teacher Tenure Must End." Washington Free Beacon. October 2, 2014. Accessed December 09, 2016. http://freebeacon.com/issues/campbell-brown-teacher-tenure-must-end/ (http://freebeacon.com/issues/campbell-brown-teacher-tenure-must-end/) ^

5. "Public Pensions." American Federation of Teachers. Accessed December 09, 2016. http://www.aft.org/position/public-pensions (http://www.aft.org/position/public-pensions) ^

6. Center for Union Facts. "AFT Corruption." AFT Facts. 2016. Accessed December 09, 2016. https://www.aftfacts.com/aft-corruption/ (https://www.aftfacts.com/aft-corruption/) ^

7. Brill, Steven. "The Rubber Room." The New Yorker. August 31, 2009. Accessed December 09, 2016. http://www.newyorker.com/magazine/2009/08/31/the-rubber-room (https://www.newyorker.com/magazine/2009/08/31/the-rubber-room) ^

8. American Federation of Teachers. "History." American Federation of Teachers. 2016. Accessed December 09, 2016. http://www.aft.org/about/history (http://www.aft.org/about/history) ^

+ EXPAND

---

## Related Profiles

**NON-PROFITS**

Bill and Melinda Gates Foundation (https://www.influencewatch.org/non-profit/bill-and-melinda-gates-foundation/)

United Association for Labor Education (https://www.influencewatch.org/non-profit/united-association-for-labor-education/)

**OTHER GROUPS**

Democracy Alliance (DA) (https://www.influencewatch.org/organization/democracy-alliance-da/)

**LEGISLATION**

No Child Left Behind Act (NCLB) (https://www.influencewatch.org/legislation/no-child-left-behind-act-nclb/)

---

## Directors, Employees & Supporters

Loretta Johnson (https://www.influencewatch.org/person/loretta-johnson/)
BOARD SECRETARY-TREASURER

Melissa Cropper (https://www.influencewatch.org/person/mellissa-cropper/)
VICE PRESIDENT

Jan Hochadel (https://www.influencewatch.org/person/jan-hochadel/)
VICE PRESIDENT

David Hecker (https://www.influencewatch.org/person/david-hecker/)
VICE PRESIDENT

David Gray (https://www.influencewatch.org/person/david-gray/)
VICE PRESIDENT

Francis J. Flynn (https://www.influencewatch.org/person/francis-j-flynn/)
VICE PRESIDENT

Eric Feaver (https://www.influencewatch.org/person/eric-feaver/)
VICE PRESIDENT

Marietta A. English (https://www.influencewatch.org/person/marietta-a-english/)
VICE PRESIDENT

Jolene T. DiBrango (https://www.influencewatch.org/person/jolene-t-dibrango/)
VICE PRESIDENT

Aida Diaz Rivera (https://www.influencewatch.org/person/aida-diaz-rivera/)
VICE PRESIDENT

Evelyn DeJesus (https://www.influencewatch.org/person/evelyn-dejesus/)
VICE PRESIDENT

Kathy Chavez (https://www.influencewatch.org/person/kathy-chavez/)
VICE PRESIDENT

Jerry T. Jordan (https://www.influencewatch.org/person/jerry-t-jordan/)
VICE PRESIDENT

Larry Carter (https://www.influencewatch.org/person/larry-carter/)

VICE PRESIDENT

---

**Don Carlisto (https://www.influencewatch.org/person/don-carlisto/)**
VICE PRESIDENT

---

**Alex Caputo-Pearl (https://www.influencewatch.org/person/alex-caputo-pearl/)**
VICE PRESIDENT

---

**Zeph Capo (https://www.influencewatch.org/person/zeph-capo/)**
VICE PRESIDENT

---

**Christine Campbell (https://www.influencewatch.org/person/christine-campbell/)**
VICE PRESIDENT

---

**Barbara Bowen (https://www.influencewatch.org/person/barbara-bowen/)**
VICE PRESIDENT

---

**Mary J. Armstrong (https://www.influencewatch.org/person/mary-j-armstrong/)**
VICE PRESIDENT

---

**J. Philippe Abraham (https://www.influencewatch.org/person/j-philippe-abraham/)**
VICE PRESIDENT

---

**Marcy Cathryn Ricker (https://www.influencewatch.org/person/marcy-cathryn-ricker/)**
EXECUTIVE VICE PRESIDENT

---

**Fedrick Ingram (https://www.influencewatch.org/person/fedrick-ingram/)**
VICE PRESIDENT

---

**Ted Kirsch (https://www.influencewatch.org/person/ted-kirsch/)**
VICE PRESIDENT

---

**Nat Lacour (https://www.influencewatch.org/person/nat-lacour/)**
FORMER BOARD SECRETARY-TREASURER

---

**Joshua Pechthalt (https://www.influencewatch.org/person/joshua-pechthalt/)**
VICE PRESIDENT

---

**Edward J. McElroy (https://www.influencewatch.org/person/edward-j-mcelroy/)**
PRESIDENT EMERITUS (2004-2008)

---

**Adam Urbanski (https://www.influencewatch.org/person/adam-urbanski/)**
VICE PRESIDENT

---

**Ann Twomey (https://www.influencewatch.org/person/ann-twomey/)**
VICE PRESIDENT

---

**Tim Stoelb (https://www.influencewatch.org/person/tim-stoelb/)**
VICE PRESIDENT

---

**Wayne Spence (https://www.influencewatch.org/person/wayne-spence/)**
VICE PRESIDENT

---

**Denise Specht (https://www.influencewatch.org/person/denise-specht/)**
VICE PRESIDENT

---

**Stephen Rooney (https://www.influencewatch.org/person/stephen-rooney/)**
VICE PRESIDENT

---

**David J. Quolke (https://www.influencewatch.org/person/david-j-quolke/)**
VICE PRESIDENT

---

**Paul Pecorale (https://www.influencewatch.org/person/paul-pecorale/)**
VICE PRESIDENT

---

**Andrew Pallotta (https://www.influencewatch.org/person/andrew-pallotta/)**
VICE PRESIDENT

Fred Kowal (https://www.influencewatch.org/person/fred-kowal/)
VICE PRESIDENT

Candice Owley (https://www.influencewatch.org/person/candice-owley/)
VICE PRESIDENT

Ruby Newbold (https://www.influencewatch.org/person/ruby-newbold/)
VICE PRESIDENT

Michael Mulgrew (https://www.influencewatch.org/person/michael-mulgrew/)
VICE PRESIDENT

Daniel J. Montgomery (https://www.influencewatch.org/person/daniel-j-montgomery/)
VICE PRESIDENT

Martin Messner (https://www.influencewatch.org/person/martin-messner/)
VICE PRESIDENT

John McDonald (https://www.influencewatch.org/person/john-mcdonald/)
VICE PRESIDENT

Joanne M. McCall (https://www.influencewatch.org/person/joanne-m-mccall/)
VICE PRESIDENT

Louis Malfaro (https://www.influencewatch.org/person/louis-malfaro/)
VICE PRESIDENT

Karen GJ Lewis (https://www.influencewatch.org/person/karen-gj-lewis/)
VICE PRESIDENT

Randi Weingarten (https://www.influencewatch.org/person/randi-weingarten/)
PRESIDENT

## *Associated Organizations*

Albert Shanker Institute (Non-profit) (https://www.influencewatch.org/non-profit/albert-shanker-institute/)

American Federation of Teachers Education Foundation (Non-profit) (https://www.influencewatch.org/non-profit/american-federation-of-teachers-education-foundation-aft/)

## *Child Organizations*

Baltimore Teachers Union (Labor Union) (https://www.influencewatch.org/labor-union/baltimore-teachers-union/)

Broward Teachers Union (BTU) (Labor Union) (https://www.influencewatch.org/labor-union/broward-teachers-union/)

California Federation of Teachers (CFT) (Labor Union) (https://www.influencewatch.org/labor-union/california-federation-of-teachers-cft/)

Chicago Teachers Union (Labor Union) (https://www.influencewatch.org/labor-union/chicago-teachers-union/)

Education Minnesota (Labor Union) (https://www.influencewatch.org/labor-union/education-minnesota/)

Florida Education Association (FEA) (Labor Union) (https://www.influencewatch.org/labor-union/florida-education-association-fea/)

Illinois Federation of Teachers (Labor Union) (https://www.influencewatch.org/labor-union/illinois-federation-of-teachers/)

National Federation of Nurses (Labor Union) (https://www.influencewatch.org/labor-union/national-federation-of-nurses/)

New York State Public Employees Federation (PEF) (Labor Union) (https://www.influencewatch.org/labor-union/new-york-state-public-employees-federation-pef/)

New York State United Teachers (NYSUT) (Labor Union) (https://www.influencewatch.org/labor-union/new-york-state-united-teachers/)

Philadelphia Federation of Teachers (Labor Union) (https://www.influencewatch.org/labor-union/philadelphia-federation-of-teachers/)

Texas AFT (Labor Union) (https://www.influencewatch.org/labor-union/texas-aft/)

United Federation of Teachers (UFT) (Labor Union) (https://www.influencewatch.org/labor-union/united-federation-of-teachers/)

United Teachers Los Angeles (UTLA) (Labor Union) (https://www.influencewatch.org/labor-union/united-teachers-los-angeles-utla/)

United Teachers of Dade (UTD) (Labor Union) (https://www.influencewatch.org/labor-union/united-teachers-of-dade-utd/)

Washington Teachers Union (WTU) (Labor Union) (https://www.influencewatch.org/labor-union/washington-teachers-union-wtu/)

## Coalition Memberships ❷

Alliance for Retired Americans (https://www.influencewatch.org/non-profit/alliance-for-retired-americans/)

America Votes (https://www.influencewatch.org/non-profit/america-votes/)

Americans Against Double Taxation (https://www.influencewatch.org/non-profit/americans-against-double-taxation/)

BlueGreen Alliance (https://www.influencewatch.org/non-profit/bluegreen-alliance/)

Declaration for American Democracy (https://www.influencewatch.org/non-profit/declaration-for-american-democracy/)

Democracy Alliance Conferences (https://www.influencewatch.org/organization/democracy-alliance-conferences/)

Democracy Alliance (DA) (https://www.influencewatch.org/organization/democracy-alliance-da/)

Health Care Voter (https://www.influencewatch.org/non-profit/health-care-voter/)

Health Care for America Now (HCAN) (https://www.influencewatch.org/non-profit/healthcare-for-america-now/)

Maritime Trades Department, AFL-CIO (https://www.influencewatch.org/labor-union/maritime-trades-department-afl-cio/)

Not One Penny (https://www.influencewatch.org/non-profit/not-one-penny/)

Run for Something (RFS) (https://www.influencewatch.org/political-party/run-for-something/)

Teacher Union Reform Network (TURN) (https://www.influencewatch.org/non-profit/teacher-union-reform-network/)

Transportation Trades Department, AFL-CIO (https://www.influencewatch.org/labor-union/transportation-trades-department-afl-cio/)

UnKoch My Campus (https://www.influencewatch.org/organization/unkoch-my-campus/)

## Donor Organizations ❷

Public Citizen (Non-profit) (https://www.influencewatch.org/non-profit/public-citizen/)

## Donation Recipients ❷

A. Philip Randolph Educational Fund (Non-profit) (https://www.influencewatch.org/non-profit/a-philip-randolph-educational-fund/)

A. Philip Randolph Institute (APRI) (Non-profit) (https://www.influencewatch.org/non-profit/a-philip-randolph-institute/)

Tides Advocacy (The Advocacy Fund) (Non-profit) (https://www.influencewatch.org/non-profit/advocacy-fund/)

Albert Shanker Institute (Non-profit) (https://www.influencewatch.org/non-profit/albert-shanker-institute/)

Alliance for Global Justice (AFGJ) (Non-profit) (https://www.influencewatch.org/non-profit/alliance-for-global-justice/)

Alliance for Quality Education (Non-profit) (https://www.influencewatch.org/non-profit/alliance-for-quality-education/)

Alliance for Retired Americans Educational Fund (Non-profit) (https://www.influencewatch.org/non-profit/alliance-for-retired-americans-educational-fund/)

America Votes (Non-profit) (https://www.influencewatch.org/non-profit/america-votes/)

American Bridge 21st Century (Political Party/527) (https://www.influencewatch.org/political-party/american-bridge-21st-century/)

American Constitution Society for Law and Policy (Non-profit) (https://www.influencewatch.org/non-profit/american-constitution-society-for-law-and-policy/)

American Family Voices (Non-profit) (https://www.influencewatch.org/non-profit/american-family-voices/)

American Prospect (Non-profit) (https://www.influencewatch.org/non-profit/american-prospect/)

Americans Against Double Taxation (Non-profit) (https://www.influencewatch.org/non-profit/americans-against-double-taxation/)

Americans for Democratic Action (ADA) (Non-profit) (https://www.influencewatch.org/non-profit/americans-for-democratic-action-ada/)

Americans for Economic Growth (Non-profit) (https://www.influencewatch.org/non-profit/americans-for-economic-growth/)

Arise Chicago (Non-profit) (https://www.influencewatch.org/non-profit/arise-chicago/)

Asian Pacific American Labor Alliance, AFL-CIO (APALA) (Labor Union) (https://www.influencewatch.org/labor-union/asian-pacific-american-labor-alliance-afl-cio-apala/)

Ballot Initiative Strategy Center (Non-profit) (https://www.influencewatch.org/non-profit/ballot-initiative-strategy-center/)

Bill, Hillary, and Chelsea Clinton Foundation (Non-profit) (https://www.influencewatch.org/non-profit/bill-hillary-and-chelsea-clinton-foundation/)

Black Alliance for Just Immigration (BAJI) (Non-profit) (https://www.influencewatch.org/non-profit/black-alliance-for-a-just-immigration/)

BlueGreen Alliance (Non-profit) (https://www.influencewatch.org/non-profit/bluegreen-alliance/)

California Federation of Teachers (CFT) (Labor Union) (https://www.influencewatch.org/labor-union/california-federation-of-teachers-cft/)

CASA in Action (Non-profit) (https://www.influencewatch.org/non-profit/casa-in-action/)

Center for American Progress (CAP) (Non-profit) (https://www.influencewatch.org/non-profit/center-for-american-progress-cap/)

Center for American Progress Action Fund (CAP Action) (Non-profit) (https://www.influencewatch.org/non-profit/center-for-american-progress-cap-action/)

Center for Media and Democracy (CMD) (Non-profit) (https://www.influencewatch.org/non-profit/center-for-media-and-democracy/)

Center for Popular Democracy (CPD) (Non-profit) (https://www.influencewatch.org/non-profit/center-for-popular-democracy/)

Center for Popular Democracy (CPD) Action Fund (Non-profit) (https://www.influencewatch.org/non-profit/center-for-popular-democracy-action-fundaction-for-the-common-good/)

Center for the Study of Social Policy (Non-profit) (https://www.influencewatch.org/non-profit/center-for-the-study-of-social-policy/)

Citizens for Tax Justice (Non-profit) (https://www.influencewatch.org/non-profit/citizens-for-tax-justice-2/)

Clinton 2016 Presidential Campaign (Political Party/527) (https://www.influencewatch.org/political-party/clinton-2016-presidential-campaign/)

Clinton Global Initiative (CGI) (Non-profit) (https://www.influencewatch.org/non-profit/clinton-global-initiative/)

Coalition of Black Trade Unionists (Labor Union) (https://www.influencewatch.org/labor-union/coalition-of-black-trade-unionists/)

Coalition of Labor Union Women (Labor Union) (https://www.influencewatch.org/labor-union/coalition-of-labor-union-women/)

Committee on States (Other Group) (https://www.influencewatch.org/organization/committee-on-states/)

Community Labor United (Non-profit) (https://www.influencewatch.org/non-profit/community-labor-united/)

Congressional Black Caucus Foundation (Non-profit) (https://www.influencewatch.org/non-profit/congressional-black-caucus-foundation/)

Congressional Black Caucus Institute (Non-profit) (https://www.influencewatch.org/non-profit/congressional-black-caucus-institute/)

Congressional Hispanic Caucus Institute (Non-profit) (https://www.influencewatch.org/non-profit/congressional-hispanic-caucus-institute/)

Congressional Progressive Caucus Center (CPCC) (Non-profit) (https://www.influencewatch.org/non-profit/congressional-progressive-caucus-center/)

Democracy Alliance (DA) (Other Group) (https://www.influencewatch.org/organization/democracy-alliance-da/)

Democracy Corps (Non-profit) (https://www.influencewatch.org/non-profit/democracy-corps/)

Democratic Governors Association (DGA) (Political Party/527) (https://www.influencewatch.org/political-party/democratic-governors-association/)

Democratic Legislative Campaign Committee (DLCC) (Political Party/527) (https://www.influencewatch.org/political-party/democratic-legislative-campaign-committee-dlcc/)

Demos (Non-profit) (https://www.influencewatch.org/non-profit/demos/)

Economic Policy Institute (EPI) (Non-profit) (https://www.influencewatch.org/non-profit/economic-policy-institute/)

Education Law Center (Non-profit) (https://www.influencewatch.org/non-profit/education-law-center/)

EMILY's List (Other Group) (https://www.influencewatch.org/organization/emilys-list/)

Essential Information (Non-profit) (https://www.influencewatch.org/non-profit/essential-information/)

Faith and Politics Institute (Non-profit) (https://www.influencewatch.org/non-profit/faith-and-politics-institute/)

Family Values @ Work (Non-profit) (https://www.influencewatch.org/non-profit/family-values-work/)

Feminist Majority Foundation (Non-profit) (https://www.influencewatch.org/non-profit/feminist-majority-foundation/)

For Our Future (PAC) (Political Party/527) (https://www.influencewatch.org/political-party/for-our-future/)

For Our Future Action Fund (Political Party/527) (https://www.influencewatch.org/political-party/for-our-future-action-fund/)

Gamaliel Foundation (Non-profit) (https://www.influencewatch.org/non-profit/gamaliel-foundation/)

Good Jobs First (Non-profit) (https://www.influencewatch.org/non-profit/good-jobs-first/)

Greater Wisconsin Committee (Political Party/527) (https://www.influencewatch.org/political-party/greater-wisconsin-committee/)

Grow Your Own Illinois (Non-profit) (https://www.influencewatch.org/non-profit/grow-your-own-illinois/)

Hispanic Federation (Non-profit) (https://www.influencewatch.org/non-profit/hispanic-federation/)

House Majority PAC (Political Party/527) (https://www.influencewatch.org/political-party/house-majority-pac/)

Institute for Women's Policy Research (Non-profit) (https://www.influencewatch.org/non-profit/institute-for-womens-policy-research/)

Institute on Taxation and Economic Policy (Non-profit) (https://www.influencewatch.org/non-profit/institute-on-taxation-and-economic-policy/)

International Labor Rights Forum (Non-profit) (https://www.influencewatch.org/non-profit/international-labor-rights-forum/)

iVote (Political Party/527) (https://www.influencewatch.org/political-party/ivote/)

Jewish Labor Committee (Non-profit) (https://www.influencewatch.org/non-profit/jewish-labor-committee/)

Jobs With Justice Education Fund (Non-profit) (https://www.influencewatch.org/non-profit/jobs-with-justice-education-fund/)

Labor Council for Latin American Advancement (Non-profit) (https://www.influencewatch.org/non-profit/labor-council-for-latin-american-advancement/)

Labor Project for Working Families (Non-profit) (https://www.influencewatch.org/non-profit/labor-project-for-working-family/)

Latino Victory Fund (Political Party/527) (https://www.influencewatch.org/political-party/latino-victory-fund/)

Lawyers Committee for Civil Rights Under Law (Non-profit) (https://www.influencewatch.org/non-profit/lawyers-committee-for-civil-rights-under-law/)

Leadership Conference Education Fund (Non-profit) (https://www.influencewatch.org/non-profit/leadership-conference-education-fund/)

Leadership Conference on Civil and Human Rights (LCCHR) (Non-profit) (https://www.influencewatch.org/non-profit/leadership-conference-on-civil-human-rights-lcchr/)

League of United Latin American Citizens (LULAC) (Non-profit) (https://www.influencewatch.org/non-profit/league-of-united-latin-american-citizens/)

Mexican American Legal Defense and Educational Fund (MALDEF) (Non-profit) (https://www.influencewatch.org/non-profit/mexican-american-legal-defense-and-education-fund/)

Metropolitan Organizing Strategy Enabling Strength (MOSES) (Non-profit) (https://www.influencewatch.org/non-profit/moses/)

MoveOn Civic Action (MoveOn.org) (Non-profit) (https://www.influencewatch.org/non-profit/moveon-civic-actionmoveon-org/)

MoveOn.org Political Action (Political Party/527) (https://www.influencewatch.org/political-party/moveon-org-political-action/)

National Association for the Advancement of Colored People (NAACP) (Non-profit) (https://www.influencewatch.org/non-profit/naacp/)

NARAL Pro-Choice America (Non-profit) (https://www.influencewatch.org/non-profit/naral-pro-choice-america/)

National Action Network (NAN) (Non-profit) (https://www.influencewatch.org/non-profit/national-action-network/)

National Association for Bilingual Education (Non-profit) (https://www.influencewatch.org/non-profit/national-association-for-bilingual-education/)

NALEO Educational Fund (Non-profit) (https://www.influencewatch.org/non-profit/national-association-of-latino-elected-and-appointed-officials-naleo/)

National Coalition on Black Civic Participation (Non-profit) (https://www.influencewatch.org/non-profit/national-coalition-of-black-civic-participation/)

National Council of Negro Women (Non-profit) (https://www.influencewatch.org/non-profit/national-council-of-negro-women/)

National Day Laborer Organizing Network (Non-profit) (https://www.influencewatch.org/non-profit/national-day-laborer-organizing-network/)

National Democratic Institute (Non-profit) (https://www.influencewatch.org/non-profit/national-democratic-institute/)

National Democratic Redistricting Committee (NDRC) (Political Party/527) (https://www.influencewatch.org/political-party/national-democratic-redistricting-committee-ndrc/)

National Democratic Training Committee (NDTC) (Political Party/527) (https://www.influencewatch.org/political-party/national-democratic-training-committee/)

National Employment Law Project (NELP) (Non-profit) (https://www.influencewatch.org/non-profit/national-employment-law-project/)

National Immigration Forum (NIF) (Non-profit) (https://www.influencewatch.org/non-profit/national-immigration-forum/)

National Immigration Law Center (Non-profit) (https://www.influencewatch.org/non-profit/national-immigration-law-center/)

National Rainbow PUSH Coalition (Other Group) (https://www.influencewatch.org/organization/national-rainbow-push-coalition/)

Netroots Nation (Non-profit) (https://www.influencewatch.org/non-profit/netroots-nation/)

New Mexico Voices for Children (Non-profit) (https://www.influencewatch.org/non-profit/new-mexico-voices-for-children/)

New Venture Fund (NVF) (Non-profit) (https://www.influencewatch.org/non-profit/new-venture-fund/)

New York Communities for Change (NYCC) (Non-profit) (https://www.influencewatch.org/non-profit/new-york-communities-for-change/)

North Star Fund (Non-profit) (https://www.influencewatch.org/non-profit/north-star-fund/)

Partnership for Working Families (Non-profit) (https://www.influencewatch.org/non-profit/partnership-for-working-families/)

Patriot Majority USA (Non-profit) (https://www.influencewatch.org/non-profit/patriot-majority-usa/)

People for the American Way (PFAW) (Non-profit) (https://www.influencewatch.org/non-profit/people-for-the-american-way/)

People for the American Way (PFAW) Foundation (Non-profit) (https://www.influencewatch.org/non-profit/people-for-the-american-way-foundation/)

Planned Parenthood Votes (Political Party/527) (https://www.influencewatch.org/political-party/planned-parenthood-votes/)

Policy Matters Ohio (Non-profit) (https://www.influencewatch.org/non-profit/policy-matters-ohio/)

Pride at Work (Non-profit) (https://www.influencewatch.org/non-profit/pride-at-work/)

Priorities USA (PAC) (Political Party/527) (https://www.influencewatch.org/political-party/priorities-usa/)

Priorities USA Action (Non-profit) (https://www.influencewatch.org/non-profit/priorities-usa-action/)

Public Accountability Initiative (Non-profit) (https://www.influencewatch.org/non-profit/public-accountability-initiative/)

Repairers of the Breach (Non-profit) (https://www.influencewatch.org/non-profit/repairers-of-the-breach/)

Resources Legacy Fund (Non-profit) (https://www.influencewatch.org/non-profit/resources-legacy-fund/)

Roosevelt Institute (Non-profit) (https://www.influencewatch.org/non-profit/roosevelt-institute/)

Run for Something (RFS) (Political Party/527) (https://www.influencewatch.org/political-party/run-for-something/)

Senate Majority PAC (Political Party/527) (https://www.influencewatch.org/political-party/senate-majority-pac/)

Sixteen Thirty Fund (1630 Fund) (Non-profit) (https://www.influencewatch.org/non-profit/sixteen-thirty-fund/)

Social Good Fund (Non-profit) (https://www.influencewatch.org/non-profit/social-good-fund/)

State Innovation Exchange (SIX) (Non-profit) (https://www.influencewatch.org/non-profit/state-innovation-exchange/)

Strong Economy for All Coalition (Non-profit) (https://www.influencewatch.org/non-profit/strong-economy-for-all-coalition/)

TakeAction Minnesota (Non-profit) (https://www.influencewatch.org/non-profit/takeaction-minnesota/)

TYPE Media Center (Non-profit) (https://www.influencewatch.org/non-profit/the-nation-institute/)

UltraViolet (Non-profit) (https://www.influencewatch.org/non-profit/ultraviolet/)

UnidosUS (formerly National Council of La Raza) (Non-profit) (https://www.influencewatch.org/non-profit/unidosus-formerly-national-council-of-la-raza/)

United We Dream (Non-profit) (https://www.influencewatch.org/non-profit/united-we-dream/)

VoteVets.org PAC (Political Party/527) (https://www.influencewatch.org/political-party/votevets-org-pac/)

RePower (Wellstone Action) (Non-profit) (https://www.influencewatch.org/non-profit/wellstone-action/)

Women's Congressional Policy Institute (formerly Women's Policy Inc.) (Non-profit) (https://www.influencewatch.org/non-profit/womens-congressional-policy-institute-formerly-womens-policy-inc/)

Women's March (National) (Non-profit) (https://www.influencewatch.org/non-profit/womens-march-national/)

Working America (Labor Union) (https://www.influencewatch.org/labor-union/working-america/)

Working Families Organization (WFO) (Non-profit) (https://www.influencewatch.org/non-profit/working-families-organization/)

Working for Us PAC (Political Party/527) (https://www.influencewatch.org/political-party/working-for-us-pac/)

## *Vendors*

AL Media (For-profit) (https://www.influencewatch.org/for-profit/al-media/)

Amalgamated Bank of Chicago (For-profit) (https://www.influencewatch.org/for-profit/amalgamated-bank-of-chicago/)

Atlas Project (For-profit) (https://www.influencewatch.org/for-profit/atlas-project/)

Deliver Strategies (For-profit) (https://www.influencewatch.org/for-profit/deliver-strategies/)

FitzGibbon Media (For-profit) (https://www.influencewatch.org/for-profit/fitzgibbon-communications/)

Los Angeles Alliance for a New Economy (Non-profit) (https://www.influencewatch.org/non-profit/los-angeles-alliance-for-a-new-economy/)

Sunshine Sachs (For-profit) (https://www.influencewatch.org/for-profit/sunshine-sachs/)

Waterfront Strategies (For-profit) (https://www.influencewatch.org/for-profit/waterfront-strategies/)

Wide Eye Creative (For-profit) (https://www.influencewatch.org/for-profit/wide-eye-creative/)

## *Supported Movements*

Medicare-for-All (https://www.influencewatch.org/movement/medicare-for-all/)

## *Nonprofit Information*

- **Accounting Period:** June - May
- **Tax Exemption Received:** February 1, 1945

## *Available Filings*

### 2016 Jun

| Form Type | Form 990 |
|---|---|
| **Total revenue** | $199,887,935 |
| **Total functional expenses** | $203,313,093 |
| **Total assets (EOY)** | $97,908,224 |
| **Total liabilities (EOY)** | $84,468,139 |
| **Unrelated business income?** | Y |

| Total contributions | $0 |
|---|---|
| Program service revenue | $196,850,278 |
| Investment income | $1,129,351 |
| Comp. of current officers, directors, etc. | $1,296,975 |
| Form 990 | |

## 2015 Jun

| Form Type | Form 990 |
|---|---|
| Total revenue | $191,531,485 |
| Total functional expenses | $202,484,955 |
| Total assets (EOY) | $108,250,642 |
| Total liabilities (EOY) | $88,591,327 |
| Unrelated business income? | Y |
| Total contributions | $0 |
| Program service revenue | $188,178,835 |
| Investment income | $1,026,524 |
| Comp. of current officers, directors, etc. | $1,061,001 |
| Form 990 | PDF (HTTPS://PROJECTS.PROPUBLICA.ORG/NONPROFITS/DOWNLOAD-FILING?PATH=2016_08_EO%2F36-0725240_990O_201506.PDF |

## 2014 Jun

| Form Type | Form 990 |
|---|---|

| | |
|---|---|
| **Total revenue** | $188,016,319 |
| **Total functional expenses** | $195,555,614 |
| **Total assets (EOY)** | $103,345,247 |
| **Total liabilities (EOY)** | $70,099,330 |
| **Unrelated business income?** | Y |
| **Total contributions** | $0 |
| **Program service revenue** | $184,425,240 |
| **Investment income** | $1,062,571 |
| **Comp. of current officers, directors, etc.** | $1,197,807 |
| **Form 990** | **PDF (HTTPS://PROJECTS.PROPUBLICA.ORG/NONPROFITS/DOWNLOAD-FILING?PATH=2015_08_EO%2F36-0725240_990O_201406.PDF** |

## 2013 Jun

| | |
|---|---|
| **Form Type** | Form 990 |
| **Total revenue** | $179,766,007 |
| **Total functional expenses** | $181,056,258 |
| **Total assets (EOY)** | $112,637,233 |
| **Total liabilities (EOY)** | $70,362,654 |
| **Unrelated business income?** | Y |
| **Total contributions** | $0 |
| **Program service revenue** | $175,189,026 |

| | |
|---|---|
| **Investment income** | $1,124,774 |
| **Comp. of current officers, directors, etc.** | $1,315,637 |
| **Form 990** | PDF (HTTPS://PROJECTS.PROPUBLICA.ORG/NONPROFITS/DOWNLOAD-FILING?PATH=2014_06_EO%2F36-0725240_990O_201306.PDF |

## 2012 Jun

| | |
|---|---|
| **Form Type** | Form 990 |
| **Total revenue** | $178,303,994 |
| **Total functional expenses** | $182,894,328 |
| **Total assets (EOY)** | $103,919,048 |
| **Total liabilities (EOY)** | $60,140,423 |
| **Unrelated business income?** | Y |
| **Total contributions** | $0 |
| **Program service revenue** | $174,593,512 |
| **Investment income** | $1,134,640 |
| **Comp. of current officers, directors, etc.** | $1,418,416 |
| **Form 990** | PDF (HTTPS://PROJECTS.PROPUBLICA.ORG/NONPROFITS/DOWNLOAD-FILING?PATH=2013_08_EO%2F36-0725240_990O_201206.PDF |

## 2011 Jun

| | |
|---|---|
| **Form Type** | Form 990 |
| **Total revenue** | $176,265,529 |
| **Total functional expenses** | $189,438,183 |

| | |
|---|---|
| **Total assets (EOY)** | $106,127,973 |
| **Total liabilities (EOY)** | $57,070,488 |
| **Unrelated business income?** | Y |
| **Total contributions** | $0 |
| **Program service revenue** | $172,481,676 |
| **Investment income** | $1,069,806 |
| **Comp. of current officers, directors, etc.** | $1,273,146 |
| **Form 990** | **PDF (HTTPS://PROJECTS.PROPUBLICA.ORG/NONPROFITS/DOWNLOAD-FILING?PATH=2012_06_EO%2F36-0725240_990O_201106.PDF** |

## Additional Filings (PDFs)

- 2010 Jun Form 990 (https://projects.propublica.org/nonprofits/download-filing?path=2011_06_EO%2F36-0725240_990O_201006.pdf)
- 2009 Jun Form 990 (https://projects.propublica.org/nonprofits/download-filing?path=2010_06_EO%2F36-0725240_990O_200906.pdf)
- 2008 Jun Form 990 (https://projects.propublica.org/nonprofits/download-filing?path=2009_06_EO%2F36-0725240_990O_200806.pdf)
- 2007 Jun Form 990 (https://projects.propublica.org/nonprofits/download-filing?path=2008_12_EO%2F36-0725240_990O_200706.pdf)
- 2006 Jun Form 990 (https://projects.propublica.org/nonprofits/download-filing?path=2007_07_EO%2F36-0725240_990O_200606.pdf)
- 2005 Jun Form 990 (https://projects.propublica.org/nonprofits/download-filing?path=2006_06_EO%2F36-0725240_990O_200506.pdf)
- 2004 Jun Form 990 (https://projects.propublica.org/nonprofits/download-filing?path=2005_06_EO%2F36-0725240_990O_200406.pdf)

## American Federation of Teachers (AFT)

555 NEW JERSEY AVE NW
WASHINGTON, DC 20001-2029

🌐 https://www.aft.org (https://www.aft.org)

*Copyright 2020 InfluenceWatch. All Rights Reserved.*

# EXHIBIT 6



**Total Contributions by Source of Funds:**



**Contributions by Party of Recipient** *i*

| Cycle | Total | Democrats | % to Dems | Republicans | % to Repubs |
|---|---|---|---|---|---|
| 2020 | $12,965,781 | $2,780,712 | 99.77% | $6,448 | 0.23% |
| 2018 | $13,163,431 | $3,181,761 | 99.80% | $6,500 | 0.20% |
| 2016 | $16,516,083 | $3,173,524 | 99.66% | $10,700 | 0.34% |
| 2014 | $8,834,523 | $2,753,820 | 99.01% | $27,500 | 0.99% |
| 2012 | $9,139,202 | $2,741,906 | 99.44% | $15,500 | 0.56% |

# EXHIBIT 7

 Member Benefits       Find Your Local      How to Join       En Espanol



## AFT Resolution

# IN SUPPORT OF GREEN NEW DEAL

WHEREAS, the United Nations' Intergovernmental Panel on Climate Change has stated that current concentrations and ongoing emissions of greenhouse gases will continue to cause increases in global temperatures, warming of the world's oceans and increases in the average sea level rise for many centuries; that irreversible changes in major ecosystems and the planetary climate system may already have been reached or passed; that ecosystems as diverse as the Amazon rainforest and other natural wildlife and forest reserves across the world have or are approaching thresholds of dramatic change; and that these events will transcend generations; and

WHEREAS, the burning of fossil fuels such as coal, oil and natural gas for the purposes of electricity generation and transportation is the

primary source of climate-changing greenhouse gas emissions; and

WHEREAS, the World Health Organization reports that rising temperatures and rising seas, as well as diminished air and water quality, lead to significant health risks such as heat-related risks, cardiovascular and respiratory illnesses, vector-borne infection, illness related to contaminated water, loss of shelter and compromised food supplies; and

WHEREAS, there is growing opposition to the negative health and environmental effects of fossil fuel extraction and consumption; coal-specific fossil fuel-dependent regions across the United States have been economically devastated by the shift from coal consumption; and the remaining coal jobs across the country are expected to steadily decline over the coming years; and

WHEREAS, working families, frontline communities, communities of color, low-income communities and other vulnerable populations suffer disproportionately from environmental degradation and climate change events such as extreme hurricanes, wildfire, drought and flooding, extreme heat and the spread of infectious disease; and

WHEREAS, studies show that 13 million Americans could be forced out of their communities and jobs due to climate change by the next century; and,

WHEREAS, hundreds of institutional investors in the United States and abroad have taken steps to divest their dollars from fossil fuel companies; and energy companies may actually pose a long-term risk to pension fund portfolios because there is a risk that governments could regulate oil and coal companies so extensively that their equities are devalued; and

WHEREAS, the International Labor Organization has reported that large economies moving toward greener and more environmentally sustainable transitions could generate up to 60 million new jobs worldwide over the next two decades; and

WHEREAS, the American Society of Civil Engineers has reported that if the American infrastructure investment gap is not addressed throughout the nation's infrastructure sectors by 2025, the economy is expected to lose almost $4 trillion in gross domestic product, and that these gaps in infrastructure funding combined with climate change pose a potentially serious impact on worldwide water resources, energy production and use, agriculture, forestry, coastal

development and resources, flood control and public infrastructure; and

WHEREAS, working collaboratively with industry partners, career and technical education teachers can prepare students for a green economy by developing CTE programs with sustainability and environmental content, and by providing opportunities for students to gain hands-on, project-based experience directly tied to emerging professions and family-sustaining jobs; and

WHEREAS, the Department of Defense is the largest single emitter of greenhouse gases on the planet, and the AFT has repeatedly endorsed the principle of reducing military spending (except for veterans' benefits) and using the money saved to create millions of jobs in a peaceful green economy, including transitioning many weapons production jobs to peacetime production jobs; and

WHEREAS, private investment for transitioning from fossil fuels has been completely insufficient, and multinational corporate interests strongly oppose public efforts for a just transition, especially public financing and labor protections; and

WHEREAS, working collaboratively with parents, communities and public institutions across the

United States, teachers and professors can prepare diverse students to be informed leaders for a just green society by developing curricula and programming that create inclusive democratic spaces for learning and collaboration promoting sustainability, resilience and climate justice; and

WHEREAS, the American Federation of Teachers represents workers from all sectors of the economy and across all demographics who have a significant stake in the development of a green economy that can both slow the crisis of climate change and build an economy and strengthened public sector based on the foundation of a strong labor movement with family-supporting wages, benefits and shared prosperity for all; and

WHEREAS, the labor movement must be at the center of shaping climate policies to include a just transition for workers and communities, including tax-base support for impacted communities, wage replacement and parity for affected workers, retirement protections, partnerships between industry and communities on emerging green industries and jobs, continued access to healthcare, zero-cost education and training, a job guarantee, expanded collective bargaining rights, and prioritizing the needs of historically marginalized communities that have disproportionately

suffered from environmental injustice, racism and systemic exclusion from well-paying jobs; and

WHEREAS, emerging studies have begun identifying potential sources of job growth in regions that are experiencing a decline in fossil fuel demand, which can be found through sustainable regional solutions in partnership with economists and industry experts, projected over long periods across generations of workers:

**RESOLVED, that the American Federation of Teachers will fully participate in shaping the definition of "A Just Transition to a Peaceful and Sustainable Economy," as outlined in our 2017 resolution by that name, and in accord with the latest climate science regarding the need for very rapid reductions in greenhouse gas emissions; and**

**RESOLVED, that the AFT will support policies that enable local and regional communities to develop, produce and own renewable energy, as well as federal, state and local policies for improving and transitioning public transportation and for promoting greater fuel efficiency and energy conservation; and**

**RESOLVED, that the AFT will work with local school districts and other organizations, as**

appropriate, to educate students about climate change, economic inequality and potential solutions to these problems, such as a Green New Deal; and

RESOLVED, that the AFT will explore with other unions, community and environmental organizations the possibilities for a national green schools campaign calling for retrofitting and solar panel installations for our nation's public schools; and

RESOLVED, that the AFT supports a Green New Deal funded by:

a. progressive taxes on the rich, such as a wealth tax; top marginal tax rates for the wealthy of 70-80 percent, as was the case during the original New Deal; and a Billionaire Net Worth Tax; and
b. reductions in Department of Defense spending by at least 10 percent (except for veterans' benefits); and

RESOLVED, that the AFT supports a Green New Deal, prioritizing projects, union career opportunities and investments in working-class communities, low-income communities, and communities of color, which, historically, have been disproportionately impacted by pollution, high unemployment, poverty and environmental injustice; and

**RESOLVED, that the AFT will ensure that no worker is left behind; that protections are guaranteed for workers and communities directly impacted by the gross negligence of the fossil fuel industry; and that robust investments are made in union career opportunities for working-class communities, low-income communities, and communities of color, which, historically, have been impacted by environmental injustice; and**

**RESOLVED, that this labor body will undertake an effort to educate and advocate with our community allies and elected representatives to support a Green New Deal that simultaneously addresses the harms of climate change and economic inequality as urgent and severe, and that addresses them together in a bold, ambitious and urgent national mobilization of the public and private sectors for a peaceful and sustainable energy economy.**

(2020)

*Please note that a newer resolution, or portion of a resolution, may have superseded an earlier resolution on the same subject. As a result, with the exception of resolutions adopted at our most recent AFT convention, resolutions do not necessarily reflect current AFT policies.*

## About Us

Mission (/about/mission)

AFT Leadership (/about/leadership)

Resolutions (/about/resolutions)

State of the Union (/about/sotu)

Financial Statements (/about/financial)

History (/about/history)

Contact (/contact)

# EXHIBIT 8

 Member Benefits     Find Your Local    How to Join     En Espanol



### AFT Resolution

# FIGHTING THE INFLUENCE OF PRIVATE PRISONS AND PRIVATE EQUITY FIRMS ON MASS INCARCERATION AND IMMIGRANT DETENTION

WHEREAS, the United States incarcerates more people than any other country in the world, both in terms of the number of individuals incarcerated and by percentage of population.[1] In 2016, there were roughly 2.2 million people in the country's prisons and jails, and 1 in every 116 adults in the United States was incarcerated;[2] and

WHEREAS, mass incarceration disproportionately impacts communities of color, with people of color making up 30 percent of the U.S. population but making up 60 percent of the U.S. incarcerated population.[3] The American Civil Liberties Union estimates that 1 out of every 3 Black boys and 1 out of every 6 Latino boys can expect to go to prison in their lifetimes—compared with 1 out of every 17 white boys;[4] and

WHEREAS, immigrant families crossing the U.S.-Mexico border still face the risk of children being separated from their families and detained, despite the Trump administration announcing that this practice would no longer be official U.S. policy in July 2018;[5] and

WHEREAS, the American Federation of Teachers represents public employees who work in a variety of professions, including corrections officers and parole and probation officers who work in prisons and with the formerly incarcerated every day. These workers understand the criminal justice system and are strong advocates for fair and equal treatment for prison workers and incarcerated people. AFT public employees recognize that private prison companies put both public safety and public employee pensions at risk, and believe that privatizing our justice system threatens our democracy; and

WHEREAS, large, for-profit prison operators, like CoreCivic and the GEO Group; a number of smaller companies owned by private equity firms that provide corrections-related support services; and hedge funds, banks and other finance industry players that provide financing to these companies, together make billions of dollars annually when disproportionate numbers of Black and Latino people are sent to prison; and

WHEREAS, private prison companies and companies that provide outsourced services to correctional facilities actively contribute to the current system of mass incarceration through political expenditures, policy development and lobbying, and have an incentive to cut costs in order to maximize their profits. Some achieve this by lowering wages for workers, understaffing, skimping on training, and providing as few services as possible to incarcerated people, at times breaking the law, and at the expense of workers' and inmates' health, safety and lives; and

WHEREAS, the COVID-19 pandemic is further exposing how the business model of private prisons and corrections companies puts workers and incarcerated people at risk, with overcrowding, lack of ventilation, and failure to provide adequate sanitation and personal

protective equipment for workers and inmates, contributing to rapidly increasing outbreaks in prisons across the country.[6] As of June 16, 2020, the five largest COVID-19 clusters in the United States were in correctional institutions;[7] and

WHEREAS, the pandemic-related recession we are now facing is straining state and local budgets, and states and municipalities may feel renewed pressure to privatize some or all aspects of correctional services in an attempt to address budget shortfalls, despite an abundance of data showing that privatizing prisons does not lower costs for governments;[8] and

WHEREAS, the AFT put out two reports in 2018 and 2019 exposing the publicly traded companies, hedge funds and private equity firms that profit from mass incarceration and immigrant detention, outlining the investment risks that public pension funds face when invested in these firms and encouraging public pension fund trustees to take action; and

WHEREAS, many U.S. public pension funds, including funds in which AFT members participate, are exposed to the private prison industry, through direct share ownership of private prison companies, investments in banks and hedge funds that provide funding to these companies, and/or investments in private equity firms that own companies that provide corrections-related services like prison telecom services, ankle monitoring, prison healthcare, and food and commissary services; and

WHEREAS, over the last two years, some AFT members have engaged with their pension funds on their investments in entities profiting from mass incarceration and immigrant detention, resulting in a number of pension funds divesting from private prisons, including the Chicago Teachers' Pension Fund, the California State Teachers'

Retirement System, the Illinois State Board of Investment, and the Employees' Retirement System of Rhode Island:

**RESOLVED, that the American Federation of Teachers will oppose privatization of public services, including prisons and adjacent correctional services; and**

**RESOLVED, that the AFT will work with affiliates to ban private prisons and immigrant detention centers at the state and federal levels, including developing and supporting legislative efforts that prohibit private operation of correctional services; and**

**RESOLVED, that the AFT will work with public pensions across the United States to inform trustees of the risks associated with private corrections investments and to work with them to engage with the companies and asset managers profiting from mass incarceration and immigrant detention to address investment risks; and**

**RESOLVED, that the AFT will support increased federal aid to states and municipalities to address budget shortfalls, so that public correctional services have the funding they need to ensure the health, safety and civil rights of workers and incarcerated people; and**

**RESOLVED, that the AFT will support legislation, such as the federal Stop Wall Street Looting Act, that increases transparency for private equity firms and curbs their worst abuses, and will work with affiliates to develop state-level legislation requiring greater transparency from private equity firms and other asset managers that profit from privatizing public services.**

[1] http://www.prisonstudies.org/highest-to-lowest/prison_population_rate?field_region_taxonomy_tid=All (http://www.prisonstudies.org/highest-to-lowest/prison_population_rate?field_region_taxonomy_tid=All)

[2] Ibid.

[3] https://www.americanprogress.org/issues/race/news/2012/03/13/11351/the-top-10-most-startling-facts-about-people-of-color-andcriminal-justice-in-the-united-states (https://www.americanprogress.org/issues/race/news/2012/03/13/11351/the-top-10-most-startling-facts-about-people-of-color-andcriminal-justice-in-the-united-states)

[4] https://www.aclu.org/issues/smart-justice/mass-incarceration (https://www.aclu.org/issues/smart-justice/mass-incarceration)

[5] https://www.npr.org/2020/01/01/792916538/looking-at-lasting-effects-of-trumps-family-separation-policy-at-the-southern-bo (https://www.npr.org/2020/01/01/792916538/looking-at-lasting-effects-of-trumps-family-separation-policy-at-the-southern-bo)

[6] https://www.usatoday.com/story/money/2020/05/07/coronavirus-americas-private-prisons-thrive-during-pandemic/3092419001/ (https://www.usatoday.com/story/money/2020/05/07/coronavirus-americas-private-prisons-thrive-during-pandemic/3092419001/)

[7] https://www.nytimes.com/2020/06/16/us/coronavirus-inmates-prisons-jails.html (https://www.nytimes.com/2020/06/16/us/coronavirus-inmates-prisons-jails.html)

[8] https://www.brennancenter.org/our-work/analysis-opinion/arizona-privatizes-prisons-despite-evidence-they-dont-save-money (https://www.brennancenter.org/our-work/analysis-opinion/arizona-privatizes-prisons-despite-evidence-they-dont-save-money)

(2020)

*Please note that a newer resolution, or portion of a resolution, may have superseded an earlier resolution on the same subject. As a result, with the exception of resolutions adopted at our most recent AFT convention, resolutions do not necessarily reflect current AFT policies.*

## About Us

Mission (/about/mission)
AFT Leadership (/about/leadership)
Resolutions (/about/resolutions)
State of the Union (/about/sotu)
Financial Statements (/about/financial)
History (/about/history)
Contact (/contact)

# EXHIBIT 9

Member Benefits  Find Your Local    How to Join  En Espanol



### AFT Resolution

# STOP BANS ON ABORTION AND SUPPORT WOMEN'S HEALTHCARE AND RIGHTS

WHEREAS, we live in an era of increasing hostility to women, in which authoritarian male leaders around the world and in our own country have given new life to misogynistic policies that are contrary to our hopes and ideals; and

WHEREAS, women's rights are human rights, and bodily autonomy is essential to human dignity; and

WHEREAS, since early in the 20th century, and even before that, women have fought hard for the right to safe, legal reproductive health services and the right to determine whether and when to have children. The American Federation of Teachers has long supported these important rights; and

WHEREAS, Americans may differ based on faith or values concerning the question of when life begins, but in our nation, the rule of law must also be sacrosanct; *Roe* and its progeny are settled law concerning this question; and

WHEREAS, women are the majority of our members and need reproductive healthcare, which includes access to abortion. Reproductive freedom is a human right, and it includes the ability to have a healthy pregnancy; birth control that is safe, effective and free; abortion services that are available on demand and without encumbrance; infertility care; and preventive healthcare services such as mammograms, Pap tests and HPV screenings. All of these are necessary for women's health; and

WHEREAS, research has consistently demonstrated that access to reproductive health services, including birth control and abortion, leads to higher educational attainment, increased economic security and a narrowed wage gap for women and girls.[1] Women and girls who are denied abortions are more likely to have an income below the federal poverty level, more likely to receive public assistance and less likely to be working full time;[2] and

WHEREAS, the issue of access to abortion is an economic issue as well. State abortion bans and restrictions fall most heavily on working-class women, who do not have the means to travel to states where abortion remains safe and legal; and

WHEREAS, women of color suffer disproportionately from restrictions on abortion rights due to institutionalized racism and lack of economic opportunity; these factors frequently lead to negative health outcomes that are only compounded by legal restrictions on their bodily autonomy; and

WHEREAS, Alabama has passed an extreme bill effectively eliminating reproductive rights and freedom in the state, criminalizing abortion at any stage of pregnancy and threatening doctors with up to 99 years in prison for providing an abortion; and

WHEREAS, this is the most restrictive abortion law in the nation, with no exception for rape or incest; and

WHEREAS, Alabama Gov. Kay Ivey signed this clearly unconstitutional bill into law on May 15, 2019, and Alabama Lt. Gov. Will Ainsworth stated *explicitly* that this law is designed to overturn the landmark Supreme Court decision in *Roe v. Wade,* recognizing the unprecedented opportunity to overturn *Roe* with the court's new conservative majority; and

WHEREAS, Alabama's law is just one of several highly restrictive abortion bills passed in recent weeks, with others in Georgia, Missouri, Ohio, Kentucky and Mississippi. Currently, at least 16 states are considering highly restrictive abortion bans designed to put before the Supreme Court a challenge to *Roe v. Wade*; and

WHEREAS, these laws are clear violations of the *Roe* decision, which ruled in 1973 that unduly restrictive state regulation of abortion violates the Constitution; and

WHEREAS, criminalizing abortions does not prevent pregnant people from seeking them out, and instead increases the number of unsafe abortion attempts; and

WHEREAS, according to the World Health Organization, unsafe abortions are the third leading cause of maternal deaths worldwide and lead to 5 million largely preventable disabilities each year; and

WHEREAS, overturning *Roe* would send us back to a reality where abortion was illegal. We know that means *more women will die or be injured*; and

WHEREAS, as educators, healthcare providers, mothers, fathers, sons and daughters, we hold that women have a fundamental right to self determination, bodily autonomy and the decision of when and whether to become a parent; and

WHEREAS, the time for reactive approaches to anti-choice initiatives has come to an end; it is now time to take positive action to ensure women's reproductive rights are codified in federal law:

**RESOLVED, that the American Federation of Teachers renews its commitment to ensure that women maintain their right to reproductive choice and have access to all reproductive health services; and**

**RESOLVED, that the AFT opposes in the strongest possible terms Alabama's illegal law banning abortion and will encourage our members to support grass-roots organizations fighting this law and others like it; and**

**RESOLVED, that the AFT opposes abortion bans and highly restrictive abortion laws everywhere, including those passed in Georgia, Missouri, Ohio, Kentucky and Mississippi.**

---

[1]American Association of University Women, "Reproductive Freedom Is Tied to Women's Economic Security," Jan. 18, 2018, www.aauw.org/2018/01/18/reproductive-freedom-is-tied-to-womens-economic-... (http://www.aauw.org/2018/01/18/reproductive-freedom-is-tied-to-womens-economic-security).

[2]American Public Health Association, "Socioeconomic Consequences of Abortion Compared to Unwanted Birth," Oct. 30,

2012,

https://apha.confex.com/apha/140am/webprogram/Paper263858.html (https://apha.confex.com/apha/140am/webprogram/Paper263858.html).

(2019)

*Please note that a newer resolution, or portion of a resolution, may have superseded an earlier resolution on the same subject. As a result, with the exception of resolutions adopted at our most recent AFT convention, resolutions do not necessarily reflect current AFT policies.*

## About Us

Mission (/about/mission)

AFT Leadership (/about/leadership)

Resolutions (/about/resolutions)

State of the Union (/about/sotu)

Financial Statements (/about/financial)

History (/about/history)

Contact (/contact)