AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Kathryn Hyland, et al. | ) |
| *Plaintiff* | ) |
| v. | )  Case No. |
| Navient Corp and Navient Solutions, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

class member and objector Richard E. Carson III                                                          .

Date:    Sept. 11, 2020

_____
*Attorney's signature*

Eric Alan Isaacson, California 120584
*Printed name and bar number*

Law Office of Eric Alan Isaacson
6580 Avenida Mirola
La Jolla, CA 92037-6231
*Address*

ericalanisaacson@icloud.com
*E-mail address*

(858) 263-9581
*Telephone number*

_____
*FAX number*