# EXHIBIT A

(Google Finance stock-market data for Navient Corp.
as of market close Sept. 10, 2020)

