UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| KATHRYN HYLAND, MELISSA GARCIA, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH, individually and on behalf of all others similarly situated, | : : : : : : : : : : : : : : : : : : : : : | Civil Action No. 18-cv-9031-DLC<br><br>NOTICE OF INTENTION TO APPEAR OF RICHARD E. CARSON III |
| Plaintiffs, | | |
| vs. | | |
| NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC, | | |
| Defendants. | | |
| | x | |

**NOTICE OF INTENTION TO APPEAR OF RICHARD E. CARSON III**

PLEASE TAKE NOTICE that Richard E. Carson III, a member of the proposed Settlement Class in the above captioned proceeding, intends to appear at any fairness hearing concerning final approval of the proposed Settlement Agreement, service awards, and attorneys' fees. Carson gives notice that intends to appear at the fairness hearing scheduled for October 2, 2020, through his counsel Eric Alan Isaacson who will discuss matters raised in Carson's objection and accompanying memorandum of law filed in opposition to final approval of the proposed Settlement Agreement, service awards, and attorneys' fees. Carson requests that his counsel be allowed up to 30 minutes of time to speak at the hearing, in order to address the motions for final approval, service awards, and attorneys' fees, and to respond to any questions that the Court may have. Carson does not presently intend to call any witnesses at the fairness hearing, but reserves the right to make use of any and all documents entered on the docket by any settling party or objector, and also the right to cross-examine any witnesses who testify at the hearing in support of the motions for final approval, service awards, and attorneys' fees.

DATED:  September 11, 2020

Respectfully submitted,

Eric Alan Isaacson (pro hac vice)

LAW OFFICE OF ERIC ALAN ISAACSON
6580 Avenida Mirola
La Jolla, CA 92037-6231
ericalanisaacson@icloud.com
Telephone: (858) 263-9581

Attorney for Class Member and Objector
Richard E. Carson III