UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| KATHRYN HYLAND, MELISSA GARCIA, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH, individually and on behalf of all others similarly situated, | : : : : : : : : : | Civil Action No. 18-cv-9031-DLC  NOTICE OF JOINDER BY OBJECTOR RICHARD E. CARSON III IN THE OBJECTION FILED BY OBJECTOR WILLIAM YEATMAN |
| Plaintiffs, | : : : | |
| vs. | : : : : | |
| NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC, | : : : | |
| Defendants. | : : : | |
| | x | |

PLEASE TAKE NOTICE that class member and objector Richard E. Carson III respectfully joins the objection filed by class member and objector William Yeatman, Docket Entry #161, including without limitation its arguments that the proposed Settlement Agreement's cy pres remedy violates the First Amendment, and that the $500,000 award of attorney's fees to be allocated to the American Federation of Teachers—which is neither a party to the case nor a law firm—constitutes impermissible fee-splitting. Carson, like Yeatman, objects to the compulsory-speech element involved in the cy pres award.

DATED: September 14, 2020

Respectfully submitted,

Eric Alan Isaacson

LAW OFFICE OF ERIC ALAN ISAACSON
6580 Avenida Mirola
La Jolla, CA 92037-6231
Telephone: (858) 263-9581

Attorney for Class Member and Objector
Richard E. Carson III