September 1, 2020

Ms. Christina M. Rogers
PO Box 114
Whitwell, TN 37397



Honorable Denise L. Cote
C-O Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Hon. Denise Cote:

I'm appalled at the proposed settlement in the class action lawsuit, Hyland, et al. v. Navient Corp., et al., Case No. 18 Civ. 9031. I believe the submitted proposal lacks reparation in an attempt to hold Naviant accountable for the wrongdoing and mismanagement of student loan debt. Further provisions must be included moving forward in order to rectify the damage caused by Navient.

Borrowers such as myself account for an estimated 324,900 civil service individuals misled by the United States Department of Education insignia touted on the letterhead of Navient billing notifications and account correspondence. Equally important, Navient accepted loan payments while managing borrowers' accounts ensuring they were on track for Public Service Loan Forgiveness (PSLF). As we know, this was not the case.

Navient's denial that they did anything wrong is damaging to my sense of obtaining justice. I must assure you dear Ma'am, Navient did not set me on a "path to success," and the unethical practices and policies of this United States Corporation are in no way acceptable, fair, or just.

The settlement proposal needs to offer monetary compensation for individuals suffering massive hardship at the hands of Navient. It is baffling to think I need to hire an attorney and continue to fight for justice if this is not resolved. All payments made to Navient need to be counted toward the 120 payments for PSLF. In my opinion, Navient should never be allowed to service loans in relation to the Department of Education. Furthermore, if they do retain the ability to pose as a trusted corporation they must provide borrowers with payment information on billing statements and account transparency.

To conclude, I object to the proposed settlement in Hyland, et al. v. Navient Corp., et al. The settlement does not contain action which rectifies the massive hardship for public service employees and their families.

Sincerely,

*Ms. Christina M. Rogers*

Ms. Christina M. Rogers
Educator, Tennessee Public Schools