

Ms. Michele Pulley
P.O. Box 731
Duluth, GA 30096
Mspulley7@gmail.com

September 02, 2020

U.S. District Court
Southern District of New York
500 Pearl St., New York, NY 10007

Reference: *Hyland, et al. v. Navient Corp., et al.*, Case No. 18 Civ. 9031
18-CV-9031-DLC-BLM

Subject: Objection to Navient Class Action Proposed Settlement

Dear Judge,

I am writing to express my adamant objection to the proposed Class Action Settlement with Navient Student Loans on the grounds that it is not fair or just based on the absence of monetary reparations to the members of the Class Action Law Suit.

We are here today for two reasons one, because of Navient and two, thankfully because of the Plaintiffs. Navient should be held accountable. It is because of their actions or lack thereof, they willfully neglected to manage and administer *their* marketed Public Service Loan Forgiveness program or PSLF. Further, they should be held in contempt for their lackluster efforts to excuse and remedy the consequences under the guise of enhanced customer service training adjustments. Ironically, the very institution that is charged to help families obtain higher education and financial goals is the very institution that knowingly inflicted hindrance, stress and aggravation to families. My trust is broken but what can we the little people do. We are already entangled in the Navient system do?  Unfortunately, I see no evidence of Navient being held accountable to the trusting customers they essentially defrauded.

1 (M. Pulley)

The proposed settlement assumes Navient and their leadership were somehow unaware of their negligent misrepresentation of the PSLF program. I am amazed at how and why a successful organization at the caliber of Navient, who touts "Values & People", "Core Values" "Principles and integrity," "Educational Loan Management" and "Business Processing Solutions" are not equipped with top of the line management tools. Also with the help of competent staff/Team, Leaders, Managers and Board of Directors this long standing agency should be up and running like a professionally well-oiled machine. We as customers expect and assumed Navients ability to manage their business through a system of governing, internal and external auditing, standard operating procedures and the like just I am certain they have a system of reporting and notifying customers of late payments or defaults.

I ask were there systems in place to ensure checks and balances for the administration of the PSFL program? If so, did no one think to address or challenge the summary of PSFL enrollment? Do they even have a reporting mechanism and protocol? And who's watching the watch dog? What's their role? Do they have to answer to the government? Is there a third party auditor involved as a safety net in the event Navient turns a blind eye to the process again? If that were the case this matter would have been self-corrected in a timely manner with transparency and with some of that "foundational passion, commitment and integrity" they have displayed on their website. Since it was not that questions their ethics, integrity and trustworthiness. So there it is we now know that their mission and value statements are just that empty "statements".

To support my position of leadership, I've added an excerpt on leaders. According to SIGMA Assessments Systems, Inc. they stated:

> Integrity in leaders refers to being honest, trustworthy, and reliable. Leaders with integrity act in accordance with their words (i.e. they practice what they price) and own up to their mistakes, as opposed to hiding them, blaming their team, or making excuses. (https://www.sigmaassessmentsystems.com/integrity-in-leaders/#:~:text=GREAT%20LEADERS%20HAVE%20INTEGRITY&text=Integrity%20in%20leaders%20refers%20to,their%20team%2C%20or%20making%20excuses.)

I understand that corrective actions would include costly reparations. I have no direct knowledge of the interworking of the organization however, I suspect that the Team members are not the ones in need of enhanced training, they were more than likely conducting business as usual or as instructed which was to behave in the manner they did. The top leadership needs the training, starting with ethics. I see yet another contemptable act in our midst here that being the leadership throwing their own Team members under the bus by suggesting that they require training. If there were changes in the program that the Team was not made aware of it would still be the leaderships fault. All fingers point to the leadership who should be held accountable.

I stand with other qualified PSFL members; I would like my Navient loans paid off. Personally and if granted I am requesting reparations through monetary reimbursement/credited directly to my Navient account calculated from Oct 1, 2007 (Initial request) to April 30, 2014 (Retired from Public Service) in addition to ongoing internal audits (monthly, quarterly and annual) with proficient action plans and timely corrective actions, annual independent third party audits with transparent reporting follow up with action plans and corrective actions and sanctions of some sort, continued and timely communication to all levels.

The aforementioned is essential to the success of the organization and if the higher echelons are incapable of receiving, assessing and effectively communicating real time changes/updates to the rest of the team what good is the corrective action for enhanced training to Team, leaders and Board members it will be more of the same.

To summarize, I object to the proposed settlement based on the following: (1), the *omission of reparations* to those affected which deems it dismissive, unfair and unjust. The perception is that Navient only receives a slap on the wrist more to less saying "Try to do better next time"; (2), if Navient did or did not have reporting systems in place the onus still rests firmly on the head of the *leadership who is responsible and accountable* for carrying out all things Navient to include but not limited to supervising their Team and leaders in addition to managing their operation. They failed to do that then threw their team under the bus by blaming the mishandling on their Team's lack of training likely to save face and a great deal of money and; (3), to my way of thinking *Navient intentionally misrepresented the PSFL program* and took advantage of qualified customers. How else can it be explained? They *must* have an auditing system and other checks and balances for programmatic tracking and reporting. As such it was either *not* reported that the PSFL program was not being offered to qualified recipients OR it *was* reported and the leadership did nothing to rectify it either way it is willful negligent. The mishandling was ultimately revealed by the Tenacious 11.

In conclusion, I'd like to thank the court for inviting me to participate in this process and for taking the time to read my letter. This is the first time I've protested and I feel very strong about this. I'd like to also applaud and give one thousand thanks to the brave and determined Tenacious 11, who initiated this Law Suit! I made many attempts for PSLF approval and was excited at the prospect of mapping my way to financial freedom and was very disappointed in the

end.  Writing this letter allows my voice to be heard and I am proud that I did something for the good of the cause. Even if nothing comes of it I am grateful and thankful that after so much time this unfair matter has finally been brought to light and you let me stand with you.

Thank you!

Respectfully submitted,

Michele Pulley