Janet Thai
7 Birchwood Rd.
Rockaway, NJ  07866

September 8, 2020

U.S. District Court – Southern District of New York
Court Administrator
500 Pearl St.
New York, NY  10007

RE: Hyland et al. v. Navient Corp., et al.
Case: 1:18-CV-09031-DLC

To whom it may concern:

I am a borrower of a federal student loan that is serviced by Navient Solutions, LLC.  Please allow this letter to serve as my formal objection to the court as to the proposed settlement of Navient, specifically the PSLF Loan Forgiveness Program.

I am unable to provide the exact dates and times that I contacted Navient throughout my time as a student and then after as a borrower regarding the loan forgiveness program.  I can assure you that as an officer of the law, employed by both the local and later state jurisdiction, that I have contacted them on several occasions.

Initially, I was advised that I had to have 120 qualifying payments, and then later told that I could do a forbearance if I experienced a hardship.  Additionally, I was also advised that I would simply need a letter from my employer.  But never what specifically I could do, or what needed to be done, in order to settle and forgive my loan once the qualifying payments were made/met.

I understand the ruling the court provided, and how Navient will better assist borrowers in the future; however, this does not help with individuals that have been diligently making payments and also work as stewards of their community.  While the ruling will enable future students, it does not make whole the ones who have been misled by Navient's deceptive practices.  I can't even begin to tell you how often I had to be redirected to another individual who "knows more about the program."  Only to be placated until my next payment, and the one after.

I would gladly speak in court regarding the fairness of the proposed settlement if need be.  Please feel free to contact me.

Regards,

Janet Thai
973-262-6294
Janet.thai@gmail.com

RECEIVED
SEP 16 2020
CHAMBERS OF
DENISE COTE

*Una versión en español de este aviso está disponible en www.PSLFSettlement.com.*

**What is the case about?** The plaintiffs who filed this lawsuit claim that Navient Solutions, LLC and Navient Corporation ("Navient") misled borrowers working in public service concerning their eligibility to benefit from the federal Public Service Loan Forgiveness Program ("PSLF"). Navient denies any wrongdoing. The Court dismissed all plaintiffs' claims except one. The parties agreed to the Proposed Settlement to provide relief to the Class and to avoid further expense associated with this litigation.

**What is the "Class"?** The Class includes all individuals who from October 1, 2007 to the Effective Date (i) have or had Federal Family Education Loan Program ("FFEL") or Direct Loans serviced by Navient; (ii) are or were employed full-time by a qualifying public service employer(s) for purposes of PSLF; and (iii) spoke to a Navient customer service representative about subjects relating to PSLF eligibility.

**What does the Settlement provide?** Under the Proposed Settlement, Navient will implement and maintain procedures to enhance its PSLF practices. Specifically, it will enhance its internal resources, maintain regular training and monitoring for call center representatives, update forms that are sent to borrowers and update its website. Navient will also contribute $1.75 million to a non-profit organization formed to educate and counsel public service borrowers. There will be no monetary recovery for Class Members under this settlement.

**Who is counsel to the Class?** Attorneys seeking to represent the Class. These attorneys will request that the Court award fees and expenses up to $500,000. You may hire your own attorney, at your own expense, if you wish.

**What are the legal rights of Class Members?** If the Court approves the Proposed Settlement, Class Members will be bound. Class Members will not be able to sue Navient for non-monetary relief, or for monetary relief in a class or aggregate action, based on the allegations made in this lawsuit. Class Members will retain the right to sue for money damages in individual lawsuits. You may retain your own attorney at your own expense if you wish to do so.

**You can tell the Court if you do not like the Proposed Settlement.** To do so, you must mail a letter postmarked by September 11, 2020, as outlined in the *Notice of Proposed Class Action Settlement*, which is available at www.PSLFSettlement.com.

**Will the Court approve the Proposed Settlement?** The Court will hold a Final Approval Hearing by videoconference or through a teleconference on October 2, 2020 at 3:00 P.M. to consider whether the Proposed Settlement is fair, reasonable, and adequate, the motion for attorneys' fees and expenses, and properly submitted comments and objections.

**For more information on the Proposed Settlement and to obtain a copy of the full *Notice of Proposed Class Action Settlement*:**

**Call 1-877-906-1589 or Visit www.PSLFSettlement.com**

**IF YOU ARE A BORROWER OF FEDERAL STUDENT LOANS THAT ARE OR WERE SERVICED BY NAVIENT SOLUTIONS, LLC AND ARE A PUBLIC SERVICE EMPLOYEE, A PROPOSED CLASS ACTION MAY AFFECT YOUR RIGHTS**

There is a Proposed Settlement in a class action lawsuit, *Hyland, et al. v. Navient Corp.*, *et al.*, No. 18 Civ. 9031, in the United States District Court for the Southern District of New York.

**The Proposed Settlement affects a "Class," or group, of people that may include you. This is just a summary of your rights. For complete information, visit www.PSLFSettlement.com or call 1-877-906-1589.**

SETTLEMENT ADMINISTRATOR
C/O RUST CONSULTING INC - 6972
PO BOX 44
MINNEAPOLIS, MN 55440-0044



\* C L M N T    I D N O \* - UAP - <<SequenceNo>>

<<NAME1>>
<<NAME2>>
<<ADDRESS1>>
<<ADDRESS2>>
<<CITY>> <<STATE>> <<ZIP>>
<<COUNTRY>>