September 10, 2020

Ms. Christina M. Rogers
PO Box 114
Whitwell, TN  37397

Honorable Denise L. Cote:
C-O Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY  10007-1312



18 CV 9031

Dear Honorable Denise Cote:

In regards to:
Hyland, et al v. Naviant Corp. et al. Case No 18 Civ. 9031,
I make an objection and request your permission
to address the Court.

Your Honor, the proposed settlement is defective
in an attempt to rectify the foul and unethical
business practices of Naviant Corp. et al. I am
willing to offer solutions, state my personal
grievances, and provide supporting documentation
to the Court.

Thank you for considering my request. May you
be open to receiving my objection and eager
to hear my personal plight. Until then,
stay healthy. My prayers are with you and
our country.

Humbly,
Ms. Christina M. Rogers
Educator, Tennessee Public Schools