```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
KATHRYN HYLAND, MELISSA GARCIA,          :
ELIZABETH TAYLOR, JESSICA SAINTPAUL,     :
REBECCA SPITLER-LAWSON, MICHELLE         :     18cv9031 (DLC)
MEANS, ELIZABETH KAPLAN, JENNIFER        :
GUTH, MEGAN NOCERINO, and ANTHONY        :          ORDER
CHURCH individually and on behalf of     :
all others similarly situated,           :
                                         :
                      Plaintiffs,        :
                                         :
            -v-                          :
                                         :
NAVIENT CORPORATION and NAVIENT          :
SOLUTIONS, LLC,                          :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of June 19, 2020 scheduled a hearing for the final approval the Settlement Agreement in the above-captioned matter for **October 2, 2020** at **3:00 pm**.  It is hereby

ORDERED that the October 2 conference will occur by telephone.  The parties shall use the following dial-in instructions for the telephone conference:

   Dial-in: 888-363-4749

   Access code: 4324948

IT IS FURTHER ORDERED that the parties shall use a landline

if one is available.

    SO ORDERED:

Dated:    New York, New York
           September 28, 2020

                                              _____
                                                DENISE COTE
                                      United States District Judge