```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
KATHRYN HYLAND, MELISSA GARCIA, ELDON    :
R. GAEDE, JESSICA SAINT-PAUL, REBECCA    :    18cv9031 (DLC)
SPITLER-LAWSON, MICHELLE MEANS,          :
ELIZABETH KAPLAN, JENNIFER GUTH, and     :    ORDER
MEGAN NOCERINO, individually and on      :
behalf of all others similarly           :
situated,                                :
                                         :
                        Plaintiffs,      :
                                         :
                -v-                      :
                                         :
NAVIENT CORPORATION and NAVIENT          :
SOLUTIONS, LLC,                          :
                                         :
                        Defendants.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

An Order of June 19, 2020 granted preliminary approval to the proposed settlement and notice to settlement class members (the "Notice") in the above-captioned matter and scheduled a Final Approval Hearing to occur on October 2 at 3:00 pm. The Notice advised class members that, if they wished to speak at the Final Approval Hearing, they could make such a request to the Court. The Notice further advised that class members wishing to speak must provide the following information with their request: the points they would address; copies of any documents on which they would rely; the identities of any

witnesses; the amount of time they would like to speak; and whether a lawyer would speak on their behalf.

Twenty-one class members have requested to be heard at the Final Approval Hearing. Of those, seven have complied with the requirements of the Notice. Accordingly, it is hereby

ORDERED that the seven class members, or their representative, who complied with the Notice requirements shall be allowed an opportunity to speak at the Final Approval Hearing. Those individuals and the time they are allotted to speak are:

- Jessica Amoroso: 5 minutes
- Nedra Barnes-Larrieux: 5 Minutes
- Richard Carson: 5 Minutes
- Jane Hanson: 5 minutes
- Michael Lombardo: 5 minutes
- William Yeatman: 5 minutes
- Gregory Clauss: 1 minute

IT IS FURTHER ORDERED that lead plaintiffs' counsel shall promptly serve a copy of this Order on all class members who

requested to speak at the Final Approval Hearing.

Dated:   New York, New York
         September 30, 2020

>                             _____
>                                    DENISE COTE
>                             United States District Judge

3