# Exhibit 2

10221 Centrepark Dr. Apt. 937
Houston, Tx 77043
(225) 354-6324
stepfaniealexander@gmail.com

September 11, 2020

Settlement Administrator
C/O Rust Consulting INC-6972
PO BOX 44
Minneapolis, MN 55440-0044

Dear Settlement Administrator:

I received your e-mail on **July 12, 2020** with regards to the proposed settlement in class action lawsuit, Hyland, et al. v. Navient Corp., et al., No. 18 Civ. 9031. I'm afraid I am unable to accept the terms as you've proposed them.

I am requesting the full amount of my loan REDACTED , which I believe to be a fair and reasonable sum based on **missed benefits that come with a degree**. You have offered a **settlement**, citing that Navient will implement and maintain procedures to enhance its PSLF practices. Specifically, it will enhance its internal resources, maintain regular training and monitoring for call center representatives, update forms that are sent to borrowers and update its website. Navient will also contribute $1.75 million to a non-profit organization formed to educate and counsel public service borrowers. There will be no monetary recovery for Class Members under this settlement.

I am willing to make reasonable compromises in the hopes of resolving this matter quickly and cleanly. Therefore, I propose the amount of REDACTED . Please respond no later than 5:00pm, 11/02/2020 or I will begin **legal action** against Navient.

Thank you for your time and consideration in this matter.

Sincerely,

Stepfanie Alexander

**001**

 Gmail

**Stepfanie Alexander <stepfaniealexander@gmail.com>**

## Notice of Proposed Class Action Settlement

1 message

**PSLF Settlement Administrator** <PSLFSettlement@class-action-administrator.com>  Sun, Jul 12, 2020 at 4:54 PM
Reply-To: PSLF Settlement Administrator <PSLFSettlement@class-action-administrator.com>
To: STEPFANIEALEXANDER@gmail.com

If you do not want emails about this matter, please unsubscribe.

<u>LEGAL NOTICE</u>

*Una versión en español de este aviso está disponible en*
www.PSLFSettlement.com.

**IF YOU ARE A BORROWER OF FEDERAL STUDENT LOANS THAT ARE OR WERE SERVICED BY NAVIENT SOLUTIONS, LLC AND ARE A PUBLIC SERVICE EMPLOYEE, A PROPOSED CLASS ACTION MAY AFFECT YOUR RIGHTS**

There is a Proposed Settlement in a class action lawsuit, *Hyland, et al. v. Navient Corp., et al.* , No. 18 Civ. 9031, in the United States District Court for the Southern District of New York.

**The Proposed Settlement affects a "Class," or group, of people that may include you. This is just a summary of your rights. For complete information, visit www.PSLFSettlement.com or call 1-877-906-1589.**

**What is the case about?** The plaintiffs who filed this lawsuit claim that Navient Solutions, LLC and Navient Corporation ("Navient") misled borrowers working in public service concerning their eligibility to benefit from the federal Public Service Loan Forgiveness Program ("PSLF"). Navient denies any wrongdoing. The Court dismissed all plaintiffs' claims except one. The parties agreed to the Proposed Settlement to provide relief to the Class and to avoid further expense associated with this litigation.

**What is the "Class"?** The Class includes all individuals who from October 1, 2007 to the Effective Date (i) have or had Federal Family Education Loan Program ("FFEL") or Direct Loans serviced by Navient; (ii) are or were employed full-time by a qualifying public service employer(s) for purposes of PSLF; and (iii) spoke to a Navient customer service representative about subjects relating to PSLF eligibility.

**What does the Settlement provide?** Under the Proposed Settlement, Navient will implement and maintain procedures to enhance its PSLF practices. Specifically, it will enhance its internal resources, maintain regular training and monitoring for call center representatives, update forms that are sent to borrowers and update its

website. Navient will also contribute $1.75 million to a non-profit organization formed to educate and counsel public service borrowers. There will be no monetary recovery for Class Members under this settlement.

**Who is counsel to the Class?** Attorneys seeking to represent the Class. These attorneys will request that the Court award fees and expenses up to $500,000. You may hire your own attorney, at your own expense, if you wish.

**What are the legal rights of Class Members?** If the Court approves the Proposed Settlement, Class Members will be bound. Class Members will not be able to sue Navient for non-monetary relief, or for monetary relief in a class or aggregate action, based on the allegations made in this lawsuit. Class Members will retain the right to sue for money damages in individual lawsuits. You may retain your own attorney at your own expense if you wish to do so.

**You can tell the Court if you do not like the Proposed Settlement.** To do so, you must mail a letter postmarked by September 11, 2020, as outlined in the *Notice of Proposed Class Action Settlement* , which is available at www.PSLFSettlement.com.

**Will the Court approve the Proposed Settlement?** The Court will hold a Final Approval Hearing by videoconference or through a teleconference on October 2, 2020 at 3:00 P.M. to consider whether the Proposed Settlement is fair, reasonable, and adequate, the motion for attorneys' fees and expenses, and properly submitted comments and objections.

**For more information on the Proposed Settlement and to obtain a copy of the full *Notice of Proposed Class Action Settlement*:**

**Call 1-877-906-1589 or Visit www.PSLFSettlement.com**

Navient | All Loan Details

 and your student loans.

## NAVIENT.

**STEPFANIE ALEXANDER**
Account # ******0621        ⟶ Log Out

# All Loan Details

Loan            All Loans                                    ▾                    🖨
                                                                                  Print

### Total Current Balance: REDACTED

## All Loan Details

| Loan ▲ | Current Balance ▾ | Interest Rate ▾ | Due Date ▾ |
|---|---|---|---|
| REDACTED | REDACTED | | |

ABOUT US ⅃
TERMS OF USE ⅃
PROTECTING YOUR PRIVACY ⅃
CALIFORNIA PRIVACY RIGHTS ⅃
SOCIAL MEDIA POLICIES ⅃
ABOUT OUR ADS ➊
SITE MAP
ACCESSIBILITY ⅃
CONTACT US ⅃

© 2020 - Navient Solutions, LLC. All rights reserved. Navient and the Navient logo are registered service marks of Navient Solutions, LLC. Other logos are trademarks or service marks of their respective owners. Navient Corporation and its subsidiaries, including Navient Solutions, LLC, are not sponsored by or agencies of the United States of America.

https://myaccount.navient.com/Loans/AllLoanDetails



Frederick DeTar
1300 South Miami Ave
#3911
Miami, FL 33130
11 September 2020

Settlement Administrator
C/O Rust Consulting, Inc – 6972
P.O. Box 44
Minneapolis, MN 55440-0044

Dear Sir/Ma'am,

This is in regards to case: Hyland, et al. v Navient Corp., et al., Case No. 18 Civ. 9031.

Full Name: Frederick Donald DeTar

Address: 1300 South Miami Ave, #3911, Miami FL 33130

Cell phone: (617)275-6713

Information demonstrating that I am a member of the class: I applied for the loan forgiveness in August of 2018.  I met the guidelines but was expeditiously denied approval into the loan forgiveness program.  I met each requirement including full time government/federal employment, had a qualifying loan and made the qualifying monthly payments.

Objection: I want to know why specifically I was not approved for the program as I met each of the requirements.

Documentation: please see copy of original application.  Pages included where the only section of application that I was required to fill out.  The remaining page

I have not filed any class actions to date but do not want to waive my right to which is why I am responding to this request.

Statement: If given the opportunity I would like to provide a statement.  I have not hired legal counsel at this time.

Hyland, et al. v Navient Corp., et al., Case No. 18 Civ. 9031:
11 September 2020
Page 2


Regards,


Frederick DeTar


Enclosures
   (a)  United States Coast Guard Public Service Loan Forgiveness Program Announcement
   (b)  Copy of my Public Service Loan Forgiveness (PSLF): Employment Certification Form
   (c)  Copy of full blank PSLF Employment Certification Form



**United States Coast Guard**
U.S. Department of Homeland Security

| | |
|---|---|
| **Advisory Notice from Civilian Human Resources** | 18-13 2018 |

### Public Service Loan Forgiveness Program

The Public Service Loan Forgiveness (PSLF) Program, administered by the U.S. Department of Education forgives the remaining balance on direct loans for full time civilian employees who have made 120 of qualifying monthly payments (e.g., 10 years) under a qualifying repayment plan while working full time for any federal, state, local, or tribal government agency including such employers as the U.S. military, public elementary and secondary schools, public colleges and universities, public child and family service agencies, and special governmental districts (including entities such as public transportation, water, bridge district or housing authorities. A government contractor is not considered to be a government employer. A listing of most government agencies and departments is available at this site: https://www.usa.gov/federal-agencies/a.

    A. **Full time employment** is a work schedule consisting of 40 hours in a week or 80 hours in a pay period.

    B. **Qualifying loans** are:

        1. **Direct Loan:** A federal student loan, made through the William D. Ford Federal Direct Loan Program, that eligible students and parents borrow directly from the U.S. Department of Education at participating schools. Direct Subsidized Loans, Direct Unsubsidized Loans, Direct PLUS Loans, and Direct Consolidation Loans are types of Direct Loans.

        2. **Direct PLUS Loan:** A loan made by the U.S. Department of Education to graduate or professional students and parents of dependent undergraduate students. The borrower is fully responsible for paying the interest regardless of the loan status.

    C. **Qualifying monthly payments** are payments made after 1 October 2007 under a qualifying repayment plan for the full amount due no later than 15 days after the due date while employed full time by Coast Guard.

Additional information about the Department of Education's Public Sector Loan Forgiveness program is available at *https://studentaid.ed.gov/sa/repay-loans/forgiveness-cancellation/public-service/questions*. The Department of Education's website provides a program description, provides a questions and answers page, and a number to call 1-855-265-4038 for additional questions about the loan program.

An employee who believes he/she qualifies should complete sections one and two of the PSLF Employment Certification Form and submit it to the servicing CG-123 HR Specialist via FedHR Navigator (see ANCHR 16-09, linked below). The servicing CG-123 Specialist will review and complete sections three and four. Once the form is completed by HR, it is returned to the employee to submit. The employee sends the

**008**

ANCHR 18-13:  Public Service Loan Forgiveness Program

application to the Department of Education at the address or using other methods specified in Section 7 on the form.

A list of servicing HR Specialists is available here: <u>My servicing CG-123 HR Specialist</u>

ANCHR 16-09 regarding FedHR Navigator is available here: <u>ANCHR 16-09</u>



2



## PUBLIC SERVICE LOAN FORGIVENESS (PSLF):
## EMPLOYMENT CERTIFICATION FORM

**PSLF ECF**

William D. Ford Federal Direct Loan (Direct Loan) Program

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

OMB No. 1845-0110
Form Approved
Exp. Date 5/31/2020
PSECF - XBCR

### SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.
☐ **Check this box if any of your information has changed.**

SSN      REDACTED

Date of Birth      REDACTED

Name   FREDERICK D DETAR

Address   437 NEW YORK AVE NW #1201

City DISTRICT OF COLUMBIA State DC ZipCode 20001

Telephone - Primary   517-275-6713   cell

Telephone - Alternate   202-372-2446   work

Email (Optional)   FREDERICK.D.DETAR@USCG.MIL

### SECTION 2: BORROWER AUTHORIZATIONS, UNDERSTANDINGS, AND CERTIFICATION

Before signing, carefully read the entire form. For more information on PSLF, visit **StudentAid.gov/publicservice**.

**I authorize:**

1.  My employer or other entity having records about the employment that is the basis of my request to make information from those records available to the U. S. Department of Education (the Department) or its agents or contractors.

2.  The entity to which I submit this request and its agents to contact me regarding my request or my loans at any cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

**I understand** that:

1.  To qualify for PSLF, I must make 120 qualifying payments on my Direct Loans while employed full-time by a qualifying employer or employers. Neither the 120 qualifying payments nor the employment have to be consecutive.

2.  To qualify for PSLF, I must be employed full-time by a qualifying employer when I apply for and receive PSLF.

3.  If I qualify for forgiveness, only the remaining balance on my Direct Loans will be forgiven.

4.  By submitting this form, my student loan(s) held by the Department will be transferred to FedLoan Servicing.

5.  The Department may request supplemental documentation substantiating my employment.

6.  The Department will notify me in writing or electronically of the number of qualifying payments I have made while employed full-time by a qualifying employer and how many more I must make before I am eligible to apply for PSLF.

7.  I will be notified if the form that I submit is incomplete, or if my employment or payments do not qualify for PSLF, why the determination was made, and the steps I need to take to correct the form or make qualifying payments.

8.  The Department will retain this certification form until I submit my application for forgiveness.

**I certify** that all of the information I have provided on this form and in any accompanying document is true, complete, and correct to the best of my knowledge and belief.

☐ Check this box if you cannot obtain certification from your employer because the organization is closed or because the organization has refused to certify your employment. The Department will follow up to assist you in getting documentation of your employment. **Complete Section 3, but do not complete Section 4.**

Borrower's Signature _Fred DeTar_      Date 17 AUG 18

Page 1 of 6

**Borrower Name** FREDERICK D DETAR    **Borrower SSN** `REDACTED`

## SECTION 3: EMPLOYER INFORMATION (TO BE COMPLETED BY THE BORROWER OR EMPLOYER)

1. **Employer Name:**

   U.S GOVERNMENT

2. **Federal Employer Identification Number (FEIN)**
   `REDACTED`

   Your employer's Federal EIN may be found on your Wage and Tax Statement (W-2).

3. **Employer Address:**

   DHS UNITED STATES COAST GUARD HQ
   2703 MARTIN LUTHER KING JR AVE SE
   WASHINGTON DC 20593-7324

4. **Employer Website (if any):**

   WWW.GOCOASTGUARD.COM

5. **Employment Begin Date:**

   11 JULY 1994

6. **Employment End Date:**

   _____ OR ☒ Still Employed

7. **Employment Status:** ☒ Full-Time  ☐ Part-Time

8. **Hours Per Week (Average)** 50

   Include vacation, leave time, or any leave taken under the Family Medical Leave Act of 1993. If your employer is a 501(c)(3) or a not-for-profit organization, do not include any hours you spent on **religious instruction, worship services, or proselytizing.**

9. Is your employer a **governmental** organization?

   A governmental organization is a Federal, State, local, or Tribal government organization, agency, or entity, a public child or family service agency, a Tribal college or university, or the Peace Corps or AmeriCorps.

   ☒ Yes - Skip to Section 4.
   ☐ No - Continue to Item 10.

10. Is your employer tax-exempt under Section **501(c)(3)** of the Internal Revenue Code (IRC)?
    If your employer is tax-exempt under another subsection of 501(c) of the IRC, such as 501(c)(4) or 501(c)(6), check "No" to this question.
    ☐ Yes - Skip to Section 4.
    ☐ No - Continue to Item 11.

11. Is your employer a **not-for-profit** organization that is **not** tax-exempt under Section 501(c)(3) of the Internal Revenue Code?
    ☐ Yes - Continue to Item 12.
    ☐ No - Your employer does not qualify.

12. Is your employer a partisan political organization or a labor union?
    ☐ Yes - Your employer does not qualify.
    ☐ No - Continue to Item 13.

13. Which of the following services does your employer provide as its primary purpose? Check all that apply and then continue to Section 4. If you you check "None of the above", do not submit this form.
    ☐ Emergency management
    ☐ Military service (See Section 6)
    ☐ Public safety
    ☐ Law enforcement
    ☐ Public interest legal services (See Section 6)
    ☐ Early childhood education (See Section 6)
    ☐ Public service for individuals with disabilities
    ☐ Public service for the elderly
    ☐ Public health (See Section 6)
    ☐ Public education (See Section 6)
    ☐ Public library services
    ☐ School library services
    ☐ Other school-based services
    ☐ None of the above - the employer does not qualify.

## SECTION 4: EMPLOYER CERTIFICATION (TO BE COMPLETED BY THE EMPLOYER)

By signing, I **certify (1)** that the information in Section 3 is true, complete, and correct to the best of my knowledge and belief, **(2)** that I am an authorized official (see Section 6) of the organization named in Section 3, and **(3)** that the borrower named in Section 1 is or was an employee of the organization named in Section 3.
*Note:* If any of the information is crossed out or altered in Section 3, you must initial those changes.

Official's Name CAPT J. B. RUSH    Official's Phone 202-372-2451

Official's Title OFFICE OF BOAT FORCES CHIEF    Official's Email JAMES.B.RUSH@USCG.MIL

Authorized Official's Signature _____    Date 8/17/2018

Page 2 of 6

**011**



**PSLF ECF**

## PUBLIC SERVICE LOAN FORGIVENESS (PSLF): EMPLOYMENT CERTIFICATION FORM
### William D. Ford Federal Direct Loan (Direct Loan) Program

OMB No. 1845-0110
Form Approved
Exp. Date 5/31/2020
PSECF - XBCR

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

### SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.
☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | _____ |
| Date of Birth | _____ |
| Name | _____ |
| Address | _____ |
| City | _____ State ____ Zip Code _____ |
| Telephone - Primary | _____ |
| Telephone - Alternate | _____ |
| Email (Optional) | _____ |

### SECTION 2: BORROWER AUTHORIZATIONS, UNDERSTANDINGS, AND CERTIFICATION

**Before signing, carefully read the entire form.** For more information on PSLF, visit **StudentAid.gov/publicservice**.

**I authorize:**

1. My employer or other entity having records about the employment that is the basis of my request to make information from those records available to the U. S. Department of Education (the Department) or its agents or contractors.

2. The entity to which I submit this request and its agents to contact me regarding my request or my loans at any cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

**I understand** that:

1. To qualify for PSLF, I must make 120 qualifying payments on my Direct Loans while employed full-time by a qualifying employer or employers. Neither the 120 qualifying payments nor the employment have to be consecutive.

2. To qualify for PSLF, I must be employed full-time by a qualifying employer when I apply for and receive PSLF.

3. If I qualify for forgiveness, only the remaining balance on my Direct Loans will be forgiven.

4. By submitting this form, my student loan(s) held by the Department will be transferred to FedLoan Servicing.

5. The Department may request supplemental documentation substantiating my employment.

6. The Department will notify me in writing or electronically of the number of qualifying payments I have made while employed full-time by a qualifying employer and how many more I must make before I am eligible to apply for PSLF.

7. I will be notified if the form that I submit is incomplete, or if my employment or payments do not qualify for PSLF, why the determination was made, and the steps I need to take to correct the form or make qualifying payments.

8. The Department will retain this certification form until I submit my application for forgiveness.

**I certify** that all of the information I have provided on this form and in any accompanying document is true, complete, and correct to the best of my knowledge and belief.

☐ Check this box if you cannot obtain certification from your employer because the organization is closed or because the organization has refused to certify your employment. The Department will follow up to assist you in getting documentation of your employment. **Complete Section 3, but do not complete Section 4.**

**Borrower's Signature**_____   **Date** _____

012

**Borrower Name** _____     **Borrower SSN** _____

## SECTION 3: EMPLOYER INFORMATION (TO BE COMPLETED BY THE BORROWER OR EMPLOYER)

1. Employer Name:

   _____

2. Federal Employer Identification Number (FEIN)

   _____

   Your employer's Federal EIN may be found on your Wage and Tax Statement (W-2).

3. Employer Address:

   ┌──────────────────────────────┐
   │                              │
   │                              │
   │                              │
   └──────────────────────────────┘

4. Employer Website (if any):

   _____

5. Employment Begin Date:

   _____

6. Employment End Date:

   _____  **OR**  ☐ Still Employed

7. Employment Status:  ☐ Full-Time  ☐ Part-Time

8. Hours Per Week (Average)  _____

   Include vacation, leave time, or any leave taken under the Family Medical Leave Act of 1993. If your employer is a 501(c)(3) or a not-for-profit organization, do not include any hours you spent on **religious instruction, worship services, or proselytizing**.

9. Is your employer a **governmental** organization?

   A governmental organization is a Federal, State, local, or Tribal government organization, agency, or entity, a public child or family service agency, a Tribal college or university, or the Peace Corps or AmeriCorps.

   ☐ Yes - Skip to Section 4.

   ☐ No - Continue to Item 10.

10. Is your employer tax-exempt under Section **501(c)(3)** of the Internal Revenue Code (IRC)?

    If your employer is tax-exempt under another subsection of 501(c) of the IRC, such as 501(c)(4) or 501(c)(6), check "No" to this question.

    ☐ Yes - Skip to Section 4.

    ☐ No - Continue to Item 11.

11. Is your employer a **not-for-profit** organization that is **not** tax-exempt under Section 501(c)(3) of the Internal Revenue Code?

    ☐ Yes - Continue to Item 12.

    ☐ No - Your employer does not qualify.

12. Is your employer a partisan political organization or a labor union?

    ☐ Yes - Your employer does not qualify.

    ☐ No - Continue to Item 13.

13. Which of the following services does your employer provide as its primary purpose? Check all that apply and then continue to Section 4. If you you check "None of the above", do not submit this form.

    ☐ Emergency management

    ☐ Military service (See Section 6)

    ☐ Public safety

    ☐ Law enforcement

    ☐ Public interest legal services (See Section 6)

    ☐ Early childhood education (See Section 6)

    ☐ Public service for individuals with disabilities

    ☐ Public service for the elderly

    ☐ Public health (See Section 6)

    ☐ Public education (See Section 6)

    ☐ Public library services

    ☐ School library services

    ☐ Other school-based services

    ☐ None of the above - the employer does not qualify.

## SECTION 4: EMPLOYER CERTIFICATION (TO BE COMPLETED BY THE EMPLOYER)

By signing, **I certify (1)** that the information in Section 3 is true, complete, and correct to the best of my knowledge and belief, **(2)** that I am an authorized official (see Section 6) of the organization named in Section 3, and **(3)** that the borrower named in Section 1 is or was an employee of the organization named in Section 3.

*Note:* If any of the information is crossed out or altered in Section 3, you must initial those changes.

Official's Name _____      Official's Phone _____

Official's Title _____      Official's Email _____

**Authorized Official's Signature** _____      **Date** _____

## SECTION 5: INSTRUCTIONS FOR COMPLETING THE FORM

If you have made 120 qualifying payments and the certification in Sections 3 and 4 does not cover all of those payments, you must provide information about other employers by submitting one copy of Sections 1 and 2 (Page 1), and one copy of Sections 3 and 4 (Page 2) per employer. When completing this form, type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy). Use only numbers. Example: March 14, 2016 = 03-14-2016. For more information about PSLF and how to use this form, visit StudentAid.gov/publicservice. **Return the completed form to the address shown in Section 7.**

## SECTION 6: DEFINITIONS

### QUALIFYING PAYMENT DEFINITIONS

**Qualifying payments** are separate, on-time, full monthly payments made on an eligible loan after October 1, 2007 under a qualifying repayment plan while employed full-time by a qualifying employer.

An **on-time payment** is a payment made no more than 15 days after the due date for the payment.

**Eligible loans** are loans made under the William D. Ford Federal Direct Loan (Direct Loan) Program that are not in default.

**Qualifying repayment plans** include the Revised Pay As You Earn (REPAYE) plan, the Pay As You Earn (PAYE) plan, the Income-Based Repayment (IBR) plan, the Income-Contingent Repayment (ICR) plan, the Standard Repayment plan with a maximum 10-year repayment period, and any other Direct Loan repayment plan if payments are at least equal to the monthly payment amount that would be required under the Standard Repayment plan with a 10-year repayment period.

### QUALIFYING EMPLOYMENT DEFINITIONS

A **Qualifying employer** includes the government, a not-for-profit organization that is tax-exempt under Section 501(c)(3) of the Internal Revenue Code, or a private not-for-profit organization that provides certain public services. Serving in an AmeriCorps or Peace Corps position is also qualifying employment.

**Government** includes a Federal, State, local or Tribal government organization, agency or entity; a public child or family service agency; or a Tribal college or university.

A **private not-for-profit organization** is an organization that is not organized for profit, is not a labor union, is not a partisan political organization, and provides at least one of the following public services as its primary purpose: **(1)** emergency management, **(2)** military service, **(3)** public safety, **(4)** law enforcement, **(5)** public interest legal services, **(6)** early childhood education, **(7)** public service for individuals with disabilities and the elderly, **(8)** public health, **(9)** public education, **(10)** public library services, **(11)** school library services, or **(12)** other school-based services.

**AmeriCorps position** means a position approved by the Corporation for National and Community Service under Section 123 of the National and Community Service Act of 1990 (42 U.S.C. 12573).

**Peace Corps position** means a full-time assignment under the Peace Corps Act as provided for under 22 U.S.C. 2504.

### QUALIFYING EMPLOYMENT DEFINITIONS (CONTINUED)

An **employee** means an individual who is hired and paid by the qualifying employer.

**Full-time** means working for one or more qualifying employers for the greater of: **(1)** An annual average of at least 30 hours per week or, for a contractual or employment period of at least 8 months, an average of 30 hours per week; or **(2)** Unless the qualifying employment is with two or more employers, the number of hours the employer considers full time.

An **authorized official** is an official of a qualifying employer who has access to the borrower's employment or service records and is authorized by the employer to certify the employment status of the organization's employees or former employees, or the service of AmeriCorps or Peace Corps volunteers.

**Early childhood education** includes licensed or regulated child care, Head Start, and State funded pre-kindergarten.

**Law enforcement** means crime prevention, control or reduction of crime, or the enforcement of criminal law.

**Military service** means service on behalf of the U. S. Armed Forces or the National Guard.

**Public education** includes services that provide educational enrichment or support directly to students or their families in a school or a school-like setting.

**Public interest legal services** refers to legal services that are funded in whole or in part by a local, State, Federal, or Tribal government.

**Public health** includes nurses, nurse practitioners, nurses in a clinical setting, and full-time professionals engaged in health care practitioner occupations and health support occupations, as such terms are defined by the Bureau of Labor Statistics.

### OTHER DEFINITIONS

A **forbearance** is a period during which you are allowed to postpone making payments temporarily, allowed an extension of time for making payments, or temporarily allowed to make smaller payments than scheduled. A forbearance can be a mandatory forbearance, meaning that your loan holder must grant the forbearance if you qualify for the forbearance and supply all supporting documentation. A forbearance can also be a discretionary forbearance, meaning that your loan holder may grant the forbearance, but is not required to do so.

Page 3 of 6

**014**

## SECTION 7: WHERE TO SEND THE COMPLETED FORM

Return the completed form and any documentation to:

**Mail to:** U.S. Department of Education, FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184.

**Fax to:** 717-720-1628.

**Upload to: MyFedLoan.org/FileUpload**, if FedLoan Servicing is already your servicer.

If you need help completing this form, call:

**Domestic:** 855-265-4038.
**International:** 717-720-1985.
**TTY:** dial 711, then enter 800-699-2908.

**Website: MyFedLoan.org**.

## SECTION 8: IMPORTANT INFORMATION ABOUT PSLF

You may receive loan forgiveness under this program only after you have made 120 qualifying payments (see "Payment Eligibility") on eligible loans (see "Loan Eligibility" on page 5) while working full-time in qualifying employment (see "Employment Eligibility" on page 5).

### PAYMENT ELIGIBILITY

To receive PSLF, you must make 120 on-time, full, scheduled, separate monthly payments on your Direct Loans under a qualifying repayment plan after October 1, 2007.

On-time payments are those that are received by your servicer no later than 15 days after the scheduled payment due date.

Full payments are payments on your Direct Loan in an amount that equals or exceeds the amount you are required to pay each month under your repayment schedule. If you make a payment that is less than what you are required to pay for that month, that month's payment will not count as one of the required 120 qualifying payments. If you make multiple, partial payments in a month and the total of those partial payments equals or exceeds the required full monthly payment amount, those payments will count as one qualifying payment.

Scheduled payments are those that are made while you are in repayment. They do not include payments made while your loans are in an in-school or grace status, or in a deferment or forbearance period.

You must make separate monthly payments. Except as explained below, lump sum payments or payments you make as advance payments for future months do not count as more than one qualifying payment. If you want to pay more than your scheduled monthly payment amount, follow the instructions on your bill to let your servicer know that your payment is not intended to cover future installments. Otherwise, you may not receive credit for future qualifying payments.

If you were an AmeriCorps or Peace Corps volunteer, you may receive credit for making qualifying payments if you make a lump sum payment by using all or part of a Segal Education Award or Peace Corps transition payment.

You may also receive credit for qualifying payments if a lump sum payment is made on your behalf through a student loan repayment program administered by the U.S. Department of Defense (DOD).

### PAYMENT ELIGIBILITY (CONTINUED)

If you make a lump sum payment by using an AmeriCorps Segal Education Award or a Peace Corps transition payment, or if a lump sum payment is made on your behalf through a DOD student loan repayment program, the Department will give you credit for qualifying payments equal to the lesser of **(1)** the number of payments resulting after dividing the amount of the lump sum payment by the monthly payment amount you would have made under one of the qualifying repayment plans listed below; or **(2)** 12 payments.

If you make an eligible lump sum payment using a Peace Corps transition payment, you must do so within 6 months of the Employment End Date, as reported in Section 3.

You may only use an AmeriCorps Segal Education Award or Peace Corps transition payment one time to receive credit for more than one qualifying payment towards PSLF. However, lump sum payments made on your behalf under a DOD student loan repayment program may be counted as up to 12 qualifying payments for each year that a lump sum payment is made.

Your payments must be made under a qualifying repayment plan. Qualifying repayment plans include the REPAYE plan, the PAYE plan, the IBR plan, the ICR plan, the 10-Year Standard Repayment plan, or any other Direct Loan repayment plan, but only payments that are at least equal to the monthly payment amount that would be required under the 10-Year Standard Repayment plan.

Though repayment plans other than the REPAYE, PAYE, IBR, and ICR plans are qualifying repayment plans for PSLF, you must enter REPAYE, PAYE, IBR, or ICR to have a remaining balance to forgive after becoming eligible for PSLF. Otherwise, your loans will be fully repaid within 10 years. To apply for these plans, visit StudentLoans.gov.

**IMPORTANT**: The Standard Repayment Plan for Direct Consolidation Loans made on or after July 1, 2006 has repayment periods that range from 10 to 30 years. Monthly payments you make under this plan are qualifying payments only if the repayment period is 10 years, which would be the case only if the total amount of the consolidation loan and your other eligible student loans is less than $7,500.

Page 4 of 6

**015**

## SECTION 8: IMPORTANT INFORMATION ABOUT PSLF (CONTINUED)

### LOAN ELIGIBILITY

Only Direct Loan Program loans that are not in default are eligible for PSLF. Loans you received under the Federal Family Education Loan (FFEL) Program, the Federal Perkins Loan (Perkins Loan) Program, or any other student loan program are not eligible for PSLF.

If you have FFEL Program or Perkins Loan Program loans, you may consolidate them into a Direct Consolidation Loan to take advantage of PSLF. However, payments made on your FFEL Program or Perkins Loan Program loans before you consolidated them, even if they were made under a qualifying repayment plan, do not count as qualifying PSLF payments. In addition, if you made qualifying payments on a Direct Loan and then consolidate it into a Direct Consolidation Loan, you must start over making qualifying payments on the new Direct Consolidation Loan.

If you are planning to consolidate your FFEL Program or Perkins Loan Program loans into a Direct Consolidation Loan to take advantage of PSLF and do not have any Direct Loans, do not submit this form until you have consolidated your loans. The online application for Direct Consolidation Loans contains a section that allows you to indicate that you are consolidating your loans for PSLF. If you plan to consolidate Perkins Loan Program loans, first understand that Perkins Loan Program loans may be cancelled for certain types of public service. If you consolidate a Perkins Loan Program loan, you will no longer be eligible for Perkins cancellation. The online application is available at **StudentLoans.gov**. If you don't know whether you have Direct Loans, go to **StudentAid.gov/login**.

### EMPLOYMENT ELIGIBILITY

To qualify for PSLF, you must be an employee of a qualifying employer. An employee is someone who is hired and paid by the employer. You may physically perform your work at a qualifying or non-qualifying organization, as long as you are an employee of a qualifying employer. If you are working at the location of or with an organization under contract with your employer, the organization that hired and pays you must be a qualifying employer, not the organization where you perform your work.

A qualifying organization is a government organization, a tax-exempt organization under Section 501(c)(3) of the Internal Revenue Code, or a private not-for-profit organization that provides certain public services. Service in an AmeriCorps or Peace Corps position is also qualifying employment.

### EMPLOYMENT ELIGIBILITY (CONTINUED)

A private not-for-profit organization that is not a tax-exempt organization under Section 501(c)(3) of the IRC may be a qualifying organization if it provides certain specified public services. These services include emergency management, military service, public safety, or law enforcement services; public health services; public education or public library services; school library and other school-based services; public interest legal services; early childhood education; public service for individuals with disabilities and the elderly. The organization must not be a business organized for profit, a labor union, or a partisan political organization.

Employment as a member of the U.S. Congress is not qualifying employment.

You must be employed full-time by your employer.

Generally, you must meet your employer's definition of full-time. However, for PSLF purposes, that definition must be at least an annual average of 30 hours per week. For purposes of the full-time requirement, your qualifying employment at a 501(c)(3) organization or a not-for-profit organization does not include time spent participating in religious instruction, worship services, or any form of proselytizing.

If you are a teacher or in another position under contract for at least eight out of 12 months, you meet the full-time standard if you work an average of at least 30 hours per week during the contractual period and receive credit by your employer for a full year's worth of employment.

If you are employed in more than one qualifying part-time job simultaneously, you may meet the full-time employment requirement if you work a combined average of at least 30 hours per week with your employers.

Vacation or leave time provided by the employer or leave taken for a condition that is a qualifying reason for leave under the Family and Medical Leave Act of 1993, 29, U.S.C. 2612(a)(1) and (3) is equivalent to hours worked in qualifying employment.

### OTHER IMPORTANT INFORMATION

If you submit this form and your employer qualifies, all of your loans held by the Department will be transferred to FedLoan Servicing. FedLoan Servicing will then determine how many qualifying payments you made during the period of qualifying employment within the dates provided in Section 3.

You are not permitted to apply the same period of service to receive PSLF and the Teacher Loan Forgiveness and Civil Legal Assistance Attorney Student Loan Repayment programs.

Page 5 of 6

**016**

## SECTION 9: IMPORTANT NOTICES

**Privacy Act Notice.** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

The authorities for collecting the requested information from and about you are §421 et seq., §451 et seq., or §461 of the Higher Education Act of 1965, as amended (20 U.S.C. 1071 et seq., 20 U.S.C. 1087a et seq., or 20 U.S.C. 1087aa et seq.) and the authorities for collecting and using your Social Security Number (SSN) are §§428B(f) and 484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 1091(a)(4)) and 31 U.S.C. 7701(b). Participating in the William D. Ford Federal Direct Loan (Direct Loan) Program, Federal Family Education Loan (FFEL) Program, or Federal Perkins Loan (Perkins Loan) Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the Direct Loan, FFEL, or Federal Perkins Loan Programs, to permit the servicing of your loans, and, if it becomes necessary, to locate you and to collect and report on your loans if your loans become delinquent or default. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed, on a case-by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loans, to enforce the terms of the loans, to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions.

To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment statuses, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

**Paperwork Reduction Notice.** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1845-0110. Public reporting burden for this collection of information is estimated to average 30 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain a benefit in accordance with 34 CFR 685.219. If you have comments or concerns regarding the status of your individual submission of this form, please contact your loan holder directly (see Section 7).

Page 6 of 6

**017**


RICK DETRE
1300 S. MIAMI AVE
#3911
MIAMI, FL 33130


7019 2970 0000 7470 5802





U.S. POSTAGE PAID
FCM LETTER
MIAMI, FL
33131
SEP 11, 20
AMOUNT
**$4.10**
R2303S103918-54

1020       55440


SEP 22 2020

Settlement Administrator
c/o Rust Consulting, Inc - 6972
P. O. Box 44
Minneapolis, MN 55440-0044

Settlement Administrator
c/o Rust Consulting, Inc. – 6972
P.O. Box 44
Minneapolis, MN 55440-0044

39 Bennett St.
Geneva, NY 14456
July 15, 2020

To Whom It May Concern:

I am writing regarding the case of *Hyland, et al. v. Navient Corp., et al.*, Case No. 18 Civ. 9031. I am a member of the class because I have Federal Family Education Loan Program (FFEL) loans serviced by Navient Corp. from at least October 1, 2007, to the present, have been employed full-time by a qualifying public service employer (school district), and have inquired to Navient Corp. regarding PSLF eligibility. I have been denied by Navient for multiple loan forgiveness opportunities and been denied qualifying for PSLF. I was once denied for taking out loans five weeks earlier than the arbitrary date (October 1, 1998) set forth by the government, Navient Corp., or some other magical deity that believes they can mettle in people's financial well-being without a shred of accountability.

I object to the terms of this settlement for multiple reasons. While I believe that Navient Corp. has been deceitful and negligent, the terms of this settlement are not nearly severe enough to make up for the unconscionable actions of Navient Corp. Their intentional withholding of critical information has cost me nearly $40,000 in loans that I am still repaying. This may not seem like much to millionaires like Navient CEO Jack Remondi, but I can assure you that, to the average American, it is a significant amount of money. I have had to put off my American Dream due to their greed – I couldn't purchase a house for several years and I am unable to afford to raise children. Meanwhile, Mr. Remondi, is making millions of dollars a year on the backs of public servants and our military servicemen and women while facing no accountability from the courts or government. I am requesting that the court ensure there is one justice system in this case and not separate systems for the rich, like Navient, and the average American citizen, like me.

I became a special education teacher to help the world's most vulnerable students and in doing so, I became a victim. I earned my Master's degree in education under the premise that my loans would be forgiven after 10 years of working in public service, which in my case is a Title I school in New York State. My current compensation is not nearly enough to make up for the fiscal investment I placed in getting my education, which is the entire purpose of the PSLF program. Navient Corp. was and is intentionally deceitful and I believe they should be held accountable by the courts with a monetary settlement to each of their victims. They owe their victims financial settlements that exceed loan

**019**

balances upon the date they should have been eligible for PSLF. I have spent countless hours writing emails and making phone calls regarding my loan forgiveness status. This settlement is merely a slap on the wrist for an organization that preys on our country's most valued resources...teachers, police officers, nurses, fire fighters, and our military.

I do not have a lawyer and have not filed any previous objections in the last three years. I do not want to be heard at the final approval hearing to talk about my objections, as I doubt anyone will listen or even read this letter in its entirety. I would like to be exempt from the class in hopes that there will one day be a lawsuit with consequences that will hold Navient Corp. accountable for their selfish, greedy actions.

Sincerely,

Ellen B. Fanning
39 Bennett St.
Geneva, NY 14456
315.945.2815
fanning9@gmail.com



ELLEN FANNING
39 Bennett Street
Geneva, NY 14456



forever USA

juniper berry

Settlement Administrator
c/o Rust Consulting, Inc. -6972
PO Box 44
Minneapolis, MN 55440-0044

SEP 24 2020 SEP 2020 SEP

55440$0044 B014



To whom it concerns.
  PSLF Settlement
  I am responding to a letter
I recieved ~~~~~ regarding a settlement
Navient's false information about
PSLF.
  I attended Madison Tech
College ~~~~~ for my degree.
My federal loans were through
Great Lakes & Sallie Mae (navient)
Both companies knew I was
a state employe along with
my teachers.
  During my 5 years
attending school I only
heard rumors of PSLF
& recieved a few emails from
unknown resources on PSLF.
When I graduated a
coworker told me of the PSLF
program.
  I called Sallie Mae
& they ~~~~~ told me they
coued consolidated my
loans & set me up w/

a PSLF loan. As I started to prepare to consolidate & get this loan set up I questioned my co-worker. She told me Sallie Mae could not handle PSLF loans & directed me to fed loans.

I signed up w/ fed loans however my loan was not consolidated. It about 2 years one Senators office & several emails & letters & one ombudsman. Senator Sen Senterener office finally emailed that Navient was releasing my loans to fed loans. Through this entire process Navient was billing me & tell me Fed loans didn't request my loans



I lost several months of repayment, several years of not having the correct info and the pleasure of paying extra interest for all of this.

The time it took for my loans to be consolidated & my PSLF loan to start was very stressful & upsetting. I am not sure of to total interest incurred by navient for no payments & defferments with fed loans. I do believe this added quite a bit to my loan.

I am requesting to be included in this lawsuit and settlement.

Cris M. Stommer

I am still a State of Wisconsin employee. I am also willing to speak at the hearing.

024

Ann Hommer
215 Woolever Ln.
Johnson Creek, WI 53038

MILWAUKEE WI 530

8 SEP 2020    PM 5   L



love

FOREVER USA

C/o Rust Consulting Inc.
PO Box 44
Minneapolis, Mn
            55440-0044

30        6885

55440-004444

025

To:    System Administrator                                                        Page 1/2

c/o Rust Consulting , Inc-6972

P.O. Box 44

Minneapolis, MN 55440-0044

Re:    Hyland et.al. v. Navient Corp., et. al. Case No. 18 Civ. 9031

From:  Pamela Intintola

36 Coral Tree Ct.

Lawrenceville, NJ 08648

Phone: 609-638-0622

Member Group with Public Service Loan Forgiveness (PSLF) loans serviced by Navient t

Objection to settlement:

1. All members of this class acted in good faith based on what they were told by Navient employees who profited from the misinformation they intentionally told customers to keep getting Navient and themselves reimbursed with bonuses and fees for processing the student loans. All members of this class were deceived in this way and should at least me monetarily reimbursed with those bonus and processing fees that Navient fraudulently obtained.

2. It is patently unfair and unjust to bar all members of this class from any future aggregate class action suits for monetary relief because it is believed that this type of suit would be unsuccessful. My evidence was not heard and I had no access to provide that to a lawyer and less than three days of notice to gather that information.

3. I took a job with public service that paid considerably less money because I understood that my student loans would be forgiven with ten years of full repayment on time which I did, confirmed by Navient several times that I was prequalified and approved for this forgiveness. If I had worked the higher paying jobs, I would have been able to pay in full my student loans by now instead of still owing so I cannot afford to retire.

4. Navient intentionally lied to me on several occasions and integrity is not something you can teach an organization. It is either part of their business model or it is not. Clearly it is not part of Navient's business model and nothing but monetary "monetary punishment" will make it part of their priorities. Less than three million dollars that Navient has to pay for the millions of dollars they have "stolen" from those they service for student loans is not adequate, especially with no admission of wrong doing.

5. Navient's assertion that they are settling because it would take a very prolonged time period to address all the class members complaints is not valid since they have been intentionally misleading clients since 2007. Convenience of settlement for Navient should not even be considered for the millions of dollars they have inappropriately denied the loan members they service.

Page 2/2

Documents on which objection is based- none at this time

Number of class actions in which me or my lawyer(I do not have one) have filed an objection in the last three years:    NONE

I will not be able attend the final approval hearing to talk about my objections. I have no lawyer so none will be attending on my behalf.

Signature: *Pamela Jutirutala*

10 Sept 2020



P, Intirtola
840 Sparkleberry Lane
Apt 1210
Columbia, SC 29229

System Administrator
c/o RUST Consulting, Inc-6972
P.O. Box 44
Minneapolis, MN 55440-044

7019 2280 0000 4256 1502

5544080044 B014

**028**

# Generic Admin Topsheet

**SCN (will be auto created)**

133

**Claimant ID (if available)**

**Form Type (if available)**

Admin ID

GENADMIN

**029**

Latrice Justin
5308 Cole St
Oakland, CA, 94601

September 9, 2020

Settlement Administer
c/o Rut Consulting, Inc. -6972
P.O. Box 44
Minneapolis, MN 55440-0044

Your Honor:

I am writing to object to the proposed settlement. I don't like or agree with how Navient handled this situation. I have spoken to several Navient service representatives who told me that I don't qualify for the PSLF program. I spent four years trying to get a Navient rep to help me, but instead they would tell me that I only qualify for IBR program. After several stressful calls to them I had to reach out to my HR department for assistance on getting into the PSLF program. Now that I am in the program, I have to know deal with the stress of Navient saying that my years spent working for my employer still do not qualify. I am now forced to start fresh with the PSLF program due to Navient. This is unfair and Navient should be held accountable for what they are doing because it is not right. If you have any questions, please feel free to reach out to me at 510-712-1421. Thanks for taking the time to read my letter.

Sincerely,

Latrice Justin

030

Latrice Justin
5308 Cole St.
Oakland, CA, 94601



Settlement Administer
c/o Rut Consulting, Inc. -6972
P.O. Box 44
Minneapolis, MN 55440-6044



© USPS 2019

To Whom May Concern 9/20/20

This letter was
returned to me ——

because I wrote;

C/O Rest Consulting, Inc   6972
                          not 6772

The PO BOX
was correct so do not
understand why this
letter was returned to me

Sincerly again
S Richardson



Settlement Solutions
C/o RUST Consultins Inc 1972
PO Box 44                                    Sept 8, 2020
Minneapolis, MN 55440-0044

My letter to Count:

   I Disagree with Settlement, As I feel I was misled by NAVIENT and, feel they    were Aware of their Wrong doing.
• I graduated in 2020 with a debt of 69,000. I currently owe , 50,000, And interest of 7%.

When I first heard the Public Loan Forgiveness Program was Available, I called NAVient And spoke to agent handling my Ed Loan. He stated I did not qualify. I let him Know that I was a social worker for Washing State And felt I qualified, According to information I had/heard. Again, he stated I did not qualify

   I called again later in the year And Asked again. I was told that I still did not qualify for PSLF. I was told that I qualified for a ten year program — Where I would pay for 10 years on my Loan And then If I was still Working Would be Considered for forgiveness of loan.
   I gave up in frustration, And have continued making payments for last 20 years.

034

my loan earlier was with Sally Mae, who transfered my loan account, to Navient Solution.

I would like to be given the opportunity to Apply for PSLF, but unfortunatly, I just called Navient (9/9/2020) And they tell me, that I do not qualify now, because I have Retired, And do not qualify for PSLF.

I would ask the court to have Navient accept my PSLF, Application eventhough, I retired from public service this year. I would, have qualified for PSLF, earlier had Navient not denied me the opportunity.

At present Navient is via phone denying me the opportunity again — on 9/9/20 to apply, because I have retired. I Asked Navient Customer Service (9/9/2020) Rep, if they would consider Lowering the interest payment And WAS told NO — could not be done

Thank you,

J Richardson
PO Box 933
Grandview, WA 98930
509) 840-4334

I ASK the court to consider me And others in my situation, to be Allowed to Apply for PSLF And not be denied or, Excluded

**035**

GO. Richardson
PO Box 933
Grandview, WA
98930





RTS

5544030044 B014

**036**

Guadalupe Richardson
PO Box 933
Grandview, WA
98930



Settlement Administration
C/o Rust Consulting Inc — 6972
PO Box 464
Minneapolis, MN 55440-0044

5544080044 B014

037