```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
KATHRYN HYLAND, MELISSA GARCIA, ELDON   :
R. GAEDE, JESSICA SAINT-PAUL, REBECCA   :   18cv9031 (DLC)
SPITLER-LAWSON, MICHELLE MEANS,         :
ELIZABETH KAPLAN, JENNIFER GUTH, and    :   ORDER
MEGAN NOCERINO, individually and on     :
behalf of all others similarly          :
situated,                               :
                                        :
                    Plaintiffs,         :
                                        :
              -v-                       :
                                        :
NAVIENT CORPORATION and NAVIENT         :
SOLUTIONS, LLC,                         :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```



DENISE COTE, District Judge:

An Order of June 19, 2020 scheduled a Final Approval Hearing to occur on October 2 at 3:00 pm. An Order of September 30 advised the parties that the following class members, or their representatives, would be permitted to speak at the hearing: Jessica Amoroso, Nedra Barnes-Larrieux, Richard Carson, Jane Hanson, Michael Lombardo, William Yeatman, and Gregory Clauss. It is hereby

ORDERED that the seven class members who will speak at the Final Approval hearing shall use the following dial-in instructions for the telephone conference:

Dial-in: 888-363-4749

Access code: 4324948

IT IS FURTHER ORDERED that the class members shall use a landline if one is available.

IT IS FURTHER ORDERED that lead plaintiffs' counsel shall immediately serve a copy of this Order on the class members who will speak at the Final Approval Hearing.

Dated:   New York, New York
         October 2, 2020

```
                          _____
                               DENISE COTE
                          United States District Judge
```