Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Lena Konanova
Partner
212 390 9010
lkonanova@selendygay.com



October 7, 2020

<u>**Via ECF**</u>

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:    *Hyland, et al. v. Navient Corp., et al.*, No. 1:18-cv-09031

Dear Judge Cote:

Pursuant to the Court's instructions in the October 2, 2020 final approval hearing, Class Counsel respectfully submits the attached revised proposed order for the Court's consideration.

Respectfully submitted,

*/s/ Lena Konanova*

Lena Konanova


Cc:    All counsel (by ECF)