Anna St. John
HAMILTON LINCOLN LAW INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Phone: (917) 327-2392
Email:  anna.stjohn@hlli.org

*Attorney for Objector William Yeatman*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHRYN HYLAND, MELISSA GARCIA, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH, individually and on behalf of all others similar situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC,<br><br>                    Defendants. | Case No. 18-cv-9031-DLC<br><br>**CLASS ACTION** |

**NOTICE OF APPEAL**

Notice is hereby given that objecting class member William Yeatman hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Approval Order entered on October 9, 2020, as docket number 182 and all opinions and orders that merge therein.

1

Dated: November 2, 2020

          /s/ *Anna St. John*
          Anna St. John
          HAMILTON LINCOLN LAW INSTITUTE
            CENTER FOR CLASS ACTION FAIRNESS
          1629 K St. NW, Suite 300
          Washington, DC 20006
          Phone: (917) 327-2392
          Email: anna.stjohn@hlli.org

          *Attorney for Objector William Yeatman*

## Certificate of Service

The undersigned certifies she electronically filed the foregoing Notice of Appeal via the CM/ECF system for the Southern District of New York, thus sending the Notice of Appeal to the Clerk of the Court and also effecting service on all attorneys registered for electronic filing.

Dated: November 2, 2020

/s/ *Anna St. John*
Anna St. John
