UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KATHRYN HYLAND, MELISSA GARCIA, ELIZABETH TAYLOR, JESSICA SAINT-PAUL, REBECCA SPITLER-LAWSON, MICHELLE MEANS, ELIZABETH KAPLAN, JENNIFER GUTH, MEGAN NOCERINO, and ANTHONY CHURCH, individually and on behalf of all others similarly situated, | Civil Action No. 18-cv-9031-DLC  **CLASS ACTION** |
| Plaintiffs, | |
| vs. | |
| NAVIENT CORPORATION and NAVIENT SOLUTIONS, LLC, | |
| Defendants. | |

**NOTICE OF APPEAL**

**OF CLASS MEMBER AND OBJECTOR**

**RICHARD E. CARSON III**

- 1 -

- 2 -

NOTICE IS HEREBY GIVEN that **Richard E. Carson III**, a class member and objector bound by the district court's judgment in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the **FINAL APPROVAL ORDER** dated and entered on October 9, 2020 (**Docket Entry 182**), as well as from any prior rulings, opinions, or orders that merge therein.

DATED:  November 3, 2020

/s/ Eric Alan Isaacson
Eric Alan Isaacson (*pro hac vice*)

LAW OFFICE OF ERIC ALAN ISAACSON
6580 Avenida Mirola
La Jolla, CA 92037-6231
Telephone: (858) 263-9581
ericalanisacson@icloud.com

Attorney for Class Member and Objector
Richard E. Carson III

## Certificate of Service

I certify that I am electronically filing the foregoing Notice of Appeal via the PACER CM/ECF system for the United States District Court for the Southern District of New York, thereby sending the Notice of Appeal to the Clerk of the Court while simultaneously effecting service on all counsel of record registered for electronic filing.

DATED:  November 3, 2020

/s/ Eric Alan Isaacson
Eric Alan Isaacson (*pro hac vice*)

LAW OFFICE OF ERIC ALAN ISAACSON
6580 Avenida Mirola
La Jolla, CA 92037-6231
Telephone: (858) 263-9581
ericalanisacson@icloud.com

Attorney for Class Member and Objector
Richard E. Carson III